# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Remy L Suane # B52215 )
_____ )  Case Number: **22-2716-SPM**
_____ )  _____
_____ )  *(Clerk's Office will provide)*
        *Plaintiff(s)/Petitioner(s)* )
v. )
 )  ☒ CIVIL RIGHTS COMPLAINT
IDOC )  pursuant to 42 U.S.C. §1983 (State Prisoner)
Director DR. P. Meyers, Wexford Health, )  ☐ CIVIL RIGHTS COMPLAINT
Rob Jeffreys, Medical Director )  pursuant to 28 U.S.C. §1331 (Federal Prisoner)
Steven Bowmen, Warden Daniel Monti )  ☐ CIVIL COMPLAINT
Warden Harris & LPN Kristy Fogerson, )  pursuant to the Federal Tort Claims Act, 28 U.S.C.
& Clint Hemann *Defendant(s)/Respondent(s)* )  §§1346, 2671-2680, or other law

Profesional and Individual capasity

I.    JURISDICTION

Plaintiff:

A.    Plaintiff's mailing address, register number, and present place of
      confinement.    Remy L Suane # B52215
                      Centralia C.C.  P.O. Box 7711
                      Centralia IL, 62801

Defendant #1:

B.    Defendant    DR. P. Meyers    is employed as
                   (a)    (Name of First Defendant)
      _____Doctor_____
                   (b)    (Position/Title)
      with Wexford Health  P.O. Box 16471
                   (c)    (Employer's Name and Address)
      Pittsburgh, PA. 15242-0771

      At the time the claim(s) alleged this complaint arose, was Defendant #1
      employed by the state, local, or federal government?    ☒ Yes    ☐ No

      If your answer is YES, briefly explain:
      A third party contractor FOR IDOC Medical
      Care provider who works for Wexford Health
      to provide medical care To IDOC Inmates

Rev. 10/3/19

Defendant #2:

C.    Defendant ___WexFord Health___ is employed as

(Name of Second Defendant)

___I.D.O.C Medical Provider By Contract___

(Position/Title)

with ___WexFord Health    P.O. Box 1647I___

(Employer's Name and Address)

___Pittsburgh, PA. 15242-0771___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:

Medical provider For Illinois Department of Corrections By Contract

Additional Defendant(s) (if any):

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3    Rob JeFFrey's
            I.D.O.C. Director
            1301 Concordia Court
                P.O. Box 19277
            SpringField IL 62794-9277
                        ☒ Yes    employed by the
                                    State

Defendant #7

Kristy Fogerson
I.D.O.C. LPN    Centralia Corr. Center
9930 Shattuc Road
Centralia IL 62801
[X] Yes employed by the State

Defendant #8

Clint Hemann
Centralia Corr. Center
9930 Shattuc Road
Centralia IL 62801
[X] Yes employed by the State
either By Wexford Health or directly by
The Illinois Department of Corrections

II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):  Remy Suane

Defendant(s):  Lake County County Jail

2.    Court (if federal court, name of the district; if state court, name of the county):  Northern District

3.    Docket number:  ?

4.    Name of Judge to whom case was assigned:  ?

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights Medical

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  Settled

7.    Approximate date of filing lawsuit: 'S ?

8.    Approximate date of disposition: 'S ?

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" All mentioned cases the answer to this question is NO

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take? grievances, Notarized letters

2.    What was the result? Denials, partily upheld

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☒ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?    Notarized letters To Director IDOC Rob Jeffreys. Med. Director Steven Bowmen, Warden Daniel Monti, Warden Harris, & Wexford Health

Rev. 10/3/19

2.    What was the result? Settled, Volunteraly Dissmissed By me, "I" Active & Dissmissed without prejudice

G.    If your answer is NO, explain why not.


H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

I arrived at Centralia C.C. on or about July 21, 2021 after a long battle at another institution from August 2020 to March 2021 over my pain issues and pain medication. Around or about March 16, 2021 Dr. Doris Williams gave me back my pain medication for sever back injuries and left flank hernia were my colon and spleen have pushed through my left 9th & 10th ribs which is in a large lump on my leftside the size of a soft ball. With my correct pain meds i was once doing fine again. From July 21, 2021 to October 23 2021, Do to proper pain meds i was funtioning physicaly as best as i could with injuries i have. 10/23/21 My pain med prescription ran out. DR. Meyers refused to refill my pain meds. It was fine to take it as long as he was not providing it. He allowed this Opiod pain med. Hydrocodone just to run out and just stoped it imediately. This is dangerous these meds need to be slowly Tappered off and then slowly stoped. So i went along with Dr. Meyers for months once again just like i went through in the other institution. I Tryed all the meds he offered for my pain all pain meds already prescribed to me before that do not work. So i went back to not being able to physicaly not be able to function again. Hard time walking, sitting up long, or standing long showering was hard again, Hard time reaching behind myself to wipe after using the rest room. Constant pain in my lower back left side to the point i could not sleep or finaly go to sleep but awake to pain again I

2

constantly explained my issue's to Dr. Meyers
but he seemed just not to care. And just kept
prescribing Meds that just dont work. Naproxen,
Tylenol 500 even wanted to give me pamelor
like the Dr. In the institution i came from. which
in my medical File shows is a dangerous drug to
me because i am bipolar it gave me suicidal
and Homicidal thoughts. IF Dr. Meyers even took
the time to review my med File and records
he would see the medical road he was taking me on
ive already been on. There seems to be a pattern
with this Dr. and the Dr. from the other prison.
take what i provide you iF it works or Not or
do without. Or refuse the meds so we can say
your refusing treatment. These Kind of Dr's in
I.D.O.C. just go through the motions to make it
look and seem as you are being medicaly cared For
when your realy not. Everything that involves
Wexford Health revolves around money and there
profits. Any Dr's or medical staff who realy help
us seem to be Fired or quit. They only allow certain
physical and mental Health meds by policy. So now
once again im in pain. IM also severly mentaly
Ill im bipolar one mixed episodes. Here we have
to walk to medline to recieve our mental
Health meds. at times my pain is so severe
i could barely move. So some times i

could not make it to pill line. So now LPN Kristy Fogerson starts writting me tickets. Stateing its I.D.O.C policy to write tickets for inmates who dont show up for medline. Even though she was made aware of my physical pain issues. She kept writting me tickets. So not only am i suffering from pain im being punished for it. She's the only nurse doing this. All the other nurses know my medical situation they refuse to write tickets on ADA mentaly and physicaly ill inmates. This policy against ADA Inmates is unconstitutional. Mrs. Fogerson punishes all ADA inmates by writting tickets for not coming to prison medline which she states is I.D.O.C policy according to The DR. 504. 405 Failure to report rules. According to DR. 504. 405 Definition it does not apply to medical in anyway. But this Institution and Director Rob Jeffrey allow her to do it anyways. Even though ive requested to please stop Mrs. Fogerson from doing so. She's still doing to All ADA and any inmates who dont make it to pill line. The adjustment committee worked with me several times and gave me breaks on the tickets because of my medical issue's. But aventualy they would not. So i was punished one month B grade so i could no longer call home when i wanted, i was only allowed two phone calls a week and $30 commissary a month. Commissary

3

I didnt care. I still could buy what items i needed. Being mentaly Ill and not being able to call my children when i was having semi mental issues needing someone to talk to like family was mental torture. Worrying are my Kids ok are my grandchildren ok. Being mentaly Ill i think crazy at times worrying did something or what if something has happened to my Family. So i call home to check just to be sure i call home daily just to stay mentaly stable. My Brother died From Covid, then my son inlaw died from covid, My aunt and Cousin also died from covid. alot of worry and crazy thoughts go through a mentaly ill persons mind. These people just dont get it. So now im staying up all night. barely sleeping vommitting for most of the month. all because of my physical pain issue's i was punished. These tickets were aventualy expunged because i fought them. But it was to late i served the punishment already to this day Mrs. Fogerson is still writting ADA inmates tickets and there allowing it. Even though ive proved by there own definition its not policy. It is now her own unwritten policy she does it alot and Still does it which i will prove by all inmates who are not scared to provide affidavits to Me. For the whole time i was here i begged Dr. Meyers to send me to a

Doctor For a CT- Scan and a new general surgeon. He refused. Finaly 3/16/22 I seen Physician Asisstant J Smith he was newly hired. he put me in to see a Surgeon, took x-rays, Stomach, chest & Abdomin here at the prison. This visit had Nothing to do with my medical requests written on 2/27/22 For having a hard time breathing and lower abdomin pain, 3/6/22 again request breathing issues, abdominal pain Left Flank Swollen and hard Back pain 3/12/22 Stomach abdomin, Leftside bloated No Bowel Movement 4 days in pain, Leftside upper and upper left lung hurt when breathing. These medical request Went ignored. The 3/16/22 visit had Nothing to do with my requests This visit was For chronic issues asthma, cholesterol & High Blood presure. Which P.A. J Smith Could not Figure out Why Dr. Meyers Just allowed my High Cholesterol & High Blood presure meds. Just stop with No Follow up by Dr. Meyers. Also Sent a medical request on 3/24/22 Same issues but now also having urination issues. Even though My 3 Medical requests went ignored. P.A. J. Smith took the time to try and address the issue's after My Chronic medical issues were addressed. My 3/24/22 request also went ignored. After my 3/16/22 Visit. 4/15/22 Seen outside Dr. Brandt SSM Sister's of ST. Marys Hospital She requested CT scan, diet pills, diet meal but do to policy

4

I had to go back to the prison, and await approval for the CT scan. 4/16/22 i talked to Nurse amy she said she gave the 4/15/22 med visit papers from Dr. Brandt to a women named pam. The CT scan Needs to be approved that i need to See Dr. Meyers about the diet pills 4/19/22 Follow up visit with Dr. Meyers he Stated No CT scan was ordered, and we dont have diet pills to give you. C/o West Brook heard everything Dr. Brandt ordered. Dr. Meyers insist No CT scan was ordered or Recommended and i was not getting a CT scan or diet pills at this time. Even showed me medical records from Carle Hospital trying to convince me Dr. Brandt did not order me anything. these were old records Not Med records from 4/15/22 visit from Dr. Brandt. I told Dr. Meyers i needed to take this issue Further. He stated call the govenor. I also told him about my urine issues ~~the status~~ and blood in my boxers he refused to address the issues said put it in a medical request we are here for the medical Furlough Follow up. IF it was not for P.A. J. Smith i would of never made it to the outside Hospital Dr. Meyers refused to send me out period. 4/21/22 i talked to Warden Harriss about the CT-Scan issues with Dr. Meyers She said she

5

Just wanted to make sure i had all the meds i needed. May 23, 2022 Finaly i had the CT scan only because P.A. J'smith Cared enough to medicaly help me. He actualy Signed the medical referral 4/18/22 the day before My 4/19/22 Visit with Dr. Meyers who Said no CT scan was ordered by Dr. Brandt. My CT-scan show's Left Flank Hernia L5 Spondyolosis and multy level Facet degeneration. These injuries causes Severe chronic pain. I had a CT Scan in Lawrence C.C. IF Dr. Meyers took the time to check them he would of Seen My Injuries were serious. Dr. Meyers just dont care His job is to save Wexford Health Money and Keep as many inmates From going to the outside Hospital to Keep cost down period. P.A J. Smith sent many inmates to the outside hospital since he came to Centralia C.C. April or March 2022 by 7/14/22 round about he was Fired. or quit This Seems to be the pattern of all medical staff who help us. It happened in Lawrence C.C also There needs to be a Full investigation one day I hope so. Ever since Dr. Meyers took my pain meds away all i have done is Suffered in Pain daily., IM Now having

right hip pain and severe back pain. 7/16/22
I was put on the Drs list 8/2/22 again
put on the Drs list. again 8/21/22 put on
the Dr. list. Still have not seen No Doctor. For
this issue. 7/28/22 Nurse        Stated we
have had No primary Dr. For one year
Now And Dr. Meyers is a temp Dr.
According to a written Statement by Warden
Harris   Dr. Meyers is here only 10 hrs a
week. ON 7/29/22 Nurse____ who i talked
to to renew my medical permits For low
bunk, waist chains and slow walk medical
permits. Which i do need for medical reasons
Stated at this time we have No doctor at
all. So theres No Doctor to renew my permits
Im being Forced to suffer the pain and walk
with regular line movement. IF im hand cuffed
i would slowly stop breathing. Security could
actualy Force me to walk with lines, hand
cuff me, or get on a top bunk. Because i
do Not have proper medical permits why
medical neglect period. ONe Nurse has
even Stated theres 1000 inmates on the
Dr. list waitting to see them 8/11/22 this
was said For the record i have all these
Nurses Names. I left them out so I.D.O.C.
Wont harass them or threatin them in anyway

6

or make them change what ive been told by them in anyway. As of late July 2022 I have also had No IBuProFen to keep the Swelling in my left side down. Sometime in June 2022, i saw Dr. Meyers and asked For my over the counter Meds back. Told him they said he took my meds away. He Said who Said that. I did Not tell him but its Stated in a grievance answer i believe. He gave me the meds back./6/9/22 1:45 pm i talked to Warden Monti in my unit About medical issues And Showed him my leftside how Swollen it was. And my issues with Dr. Meyers. He Stated that WexFord is a third party Contractor and there was Nothing he Could do. I told him he could tell Director Rob JeFFreys he had No reply. The last time i saw Dr. Meyers he raised my Tylenol to 3000 Mg a day it does Not work. With the IBU when i have them thats about 280 pills a Month. That can destroy my Stomach and liver compared to 2 7.5 Mg Hydrocodone daily 60 pills a Month. The Pain and medical care Dr. Meyers has

equals to Not properly medicaly treating me at all he's Not a pain specialist refused to send me to one Wexford/Idoc wont hire one. Dr. Meyers is deliberate indifference, and gross negligent medicaly Constitutional Violations.    LPN Kristy Fogerson is Abusing ADA inmates with policy as she states. which Constitutes a 14 Amendment Const. Violation. Not Sure? Diretor Rob Jeffreys, Medical Director Steven Bowmen, Warden Monti & Warden Harris are all deliberate indifferant I've Sent them all Notarized letters they do nothing. They are aware. Rob Jeffreys is in agreement in the Lippert V, Jeffrey Case for Change with ACLU, UPLC and the Federal Courts its been 3yrs things are just getting worse. IF he dont respect the Federal Courts and comply who am i Noone. My Health well being are in danger i am in fear of my life and Safety do to severe medical neglect here in Centralia C.C.

"I plenty more Notes"    Thankyou
To many to add all    Remy & Juane    NexT Page.

7

Continued: I apologize im Bipolar my mind wanders.

The begining of 2022 Jan. Feb. Maybe March. I was having an infected nail removed by Dr. Meyers after waitting two Months, He was having casual conversation With Nurse _____ and the Sargent whoms name i do Not Know but can identify on Sight on How during the rest of the week he was also in Pickneyvile c.c. and Vienna C.C. also Before also going to Centralia c.c. to care Medicaly for us inmates. How is one Dr. taking care of 3 prisons Medicaly ill inmates adequately and effectively? Also when i came to Centralia C.C. Psychiatrist Elisa Bell placed me back on My Anxiety Med Klonipin i was doing Fine. One Mental Health Visit Dr. Bell was Not available so Psychiatrist Chinweze the Dr. From Lawrence C.C. who took me off Klonipin Came on the video Screen. She saw it was me. She Said i see they put you back on hydrocodone. And i See you talked them into putting you back on Klonipin She Seemed mad. So my Next Mental

health visit with Dr. Bell she said
she had to take me off the Klonipin
and it was not because she did not
think i needed it. But it was because
Dr. Chinweze Called the medical
Director Complained i was back on
Klonipin. The medical Director Forced
Dr. Bell Verbaly to remove me back
off the Klonipin. Dr. Bell Kept telling
me she was sorry. What Authority or
policy gives Dr. Chinweze or the
medical Director to demand
another Dr. or psychiatrist on how
and what medications they are allowed
to provide there Patients. So once
again my pain medication Hydroco-
done and PTSD/Anxiety Medication
Were taken away For No medical
reasons. There was No Problems they
were Working. To Follow the money
We Could Stop Wexford Health /
I.D.O.C period. This company thrives
off Providing Poor Cheap medical
Care For Profits.
   Fileing Suit in Profesional and Individual
Capasity

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

WexFord Healths contract Terminated, DirectoR Rob Jeffrey's Medical Director Steven Bowman to step downN or be Fired From I.D.O.C. The Lippert V, JefFreys agreement honored. To See a Doctor who Specializes iN pain managment. To See a Doctor, To hire a Full time primary Doctor at Centralia C.C. Financial Restitution For pain and Suffering also ADA Mental Abuse To Find out whats all Medicaly wrong iNside Me a MRI Scan From Neck to groan area

## VI.    JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    11/5/22    (date)

Centralia C.C. P.O. Box 7711
Street Address

Centralia IL. 62801
City, State, Zip

Signature of Plaintiff

Remy L Suane
Printed Name

B52215
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

Assigned Grievance Administrator: _Centralia C.C.___ Grievance # _AS AS___

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender's Grievance**

| 1st Level | | 2nd Level | |
|---|---|---|---|
| Date: 10/29/21 | Offender (please print): Suane | ID #: B52215 | Race (optional): |
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)

- [X] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___ Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 10/2:/21 Night time medline I was told my
Hydrocodone 7.5 pain medication expired so
the nurse could not give it to me. which by no mean
is her fault Actually all the Nurses have ever done is
try and help me out since ive come to centralia c.c.
This is a very strong narcotic Pain medication
by law and Medical standards a patient can...

☐ Continued on reverse

**Relief Requested:**

To be sent to the outside Hospital for a new ___
... in sure there more ___ Fix a Doctor it h...
will do the surgery Now until this Surgery
happens i need the Hydrocodone theres No way
around it

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Remy Suane_ ___ B52215 ___ 10/29/21
Offender's Signature ___ ID# ___ Date

(Continue on reverse side if necessary)

RECEIVED
NOV 2 9 2021
ADMINISTRATIVE REVIEW BOARD

**Counselor's Response (if applicable)** Date Received: ___ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: ___

Print Counselor's Name ___ Sign Counselor's Name ___ Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ___

OCT 2 6 2021

Is this determined to be of an emergency nature.

[X] Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

CENTRALIA CORRECTIONAL CENTER
GRIEVANCE OFFICER

_aum_ ___ 10/29/21
Chief Administrative Officer's Signature ___ Date

Assigned Grievance #/Institution: _Centralia C.C._    Housing Unit: _N3-A8_   Bed #: _L-1_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                                           2nd Lvl rec:

Not be taking this medication for a long period of
time like i have Been for almost 6 months Now!
No 8 months Dr williams gave it back to Me March
19 2021 after i Faught from August 2020 to March
19 2021 to get it Back. This medication has to be
Slowly decreased to be taken away due to
possible withdrawls / Seizures That can happen if
Suddenly just Stoped I've been taking this medication
since September 2017 to 2018 after my Car accident
Nov 4 2018 i went to jail I have two Severed ribs
the 9th and 10th ones where my Colon and Spleen pushing
out i am in Constant pain, I also have Severe
Lower back injuries i Need this medication just to
Function daily wipe myself Shower etc. The
problem here in Centralia C.C. We have no Reg-
Doctor here 40 hrs a week we have a Dr.
Myers or Myars who Comes once a week and
Sees 40 inmates a week there is 1700 or so
inmates here Some things the Nurses can take
Care of these women go above and beyond
Nurse Duties they do extra carring the weight
of No Doctor being here The blame is on
Wexford Medical Inc. But they work for the
Illinois Department of Correction's Not the
other way around, I Doc Needs to make
Wexford Medical do what there getting paid
For. The contract Between IDoc and wexford
From 2019-20 & 21 Wexford made a little over
1.00 Million Dollars its Not going on inmates How i
Know this? I have the contract. This is just Staff
pay For medical But there's No full time Doctor Here
There wasnt in Lawrence C.C. either when i left
The Doctor you have here refuse's to prescribe My
pain medication just Like Dr. Shah did when i was in
Lawrence where's he stop clothing the court Summon's
From the lawsuit i filed overthe Same issue I'm Not
gonna Keep fighting the same entity over the same
issue I need to lose weight i'm the surgery Dr.
Stams of Urbana says thats one option Nothing
do helps me lose weight Not even eating just
once a day. I Need this i'm in pain and cant
Wait No More the pain im going through is to
much its even worse now you Took my pain
medication away Send me to the Hospital
because im suffering period I'M Not even being Seen
For my injuries on the regular basis why J Because
We dont have a Doctor He only sees medical request
Slip inmates I'M Not properly being medicaly
treated

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 10/26/2021 | Date of Review: 11/05/2021 | Grievance # (optional): E-21-10-305 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Medical treatment

**Facts Reviewed:**

Suane B52215 filed a grievance dated 10-24-21 regarding medical treatment and marked it as an emergency. The grievance was received on 10-26-21 by the Grievance Officer and forwarded to the Warden. The grievance was returned to the Grievance Officer on 10-28-21 deemed as an emergency. The grievance was forwarded to Health Care for review on 10-28-21. He claims that on 10-23-21 night med-line, he was told that his prescription for Hydrocodone 7.5 pain medication expired. He claims that he has been taking this very strong narcotic pain reliever for 8 months, after having to fight to get it back in March 2021. He claims that the medicine is not to be discontinued abruptly, as it could cause seizures. He claims it is supposed to be slowly decreased. He claims he has taken this medication since a car accident in Nov. 2018. He claims this medication allows him to do basic daily functions. He claims that the facility does not have a full time doctor and this seems to be a common occurrence with Wexford run Health Care Units.

Relief requested is: "To be sent to the outside Hospital For a new ct-scan im sure there more damage Find a Doctor who will do the surgery now/ until this surgery happens i need the Hydrocodone theres No way around it."

Per written response received on 11-1-21 from DON Lowery: Prescription expired 10/23/21, new prescription requested.

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane B52215 prescription for Hydrocodone expired on 10-23-21. A new prescription has been requested. As of the date of this response, no new prescription has been received. If he continues to have concerns prior to receiving his new prescription, he should submit a written request to be seen through Nurse Sick Call.

Jeffrey Strubhart CCII          Jeffrey Strubhart
Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 11/8/21 | ☒ I concur ☐ I do not concur | RECEIVED NOV 29 2021 ADMINISTRATIVE REVIEW BOARD |
| Action Taken: | | 11/8/21 |

Chief Administrative Officer's Signature

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature          ID#          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
### RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Suane B52215 prescription for Hydrocodone expired on 10-23-21. A new prescription has been requested. As of the date of this response, no new prescription has been received. If he continues to have concerns prior to receiving his new prescription, he should submit a written request to be seen through Nurse Sick Call.

Suane v. Mollman, et al. (21-1343) Document No.   000036

RECEIVED

NOV 2 9 2021

ADMINISTRATIVE
REVIEW BOARD

To: Administrative Review Board

11-19-21

Even though the Warden Warden
Mrs Davis and several other
staff members have tryed to help
me. By requesting Medical refill
my pain medication do to my
sever medical issues that are
fully documented. Wexford
medical staff refuse to comply
do to severe pain at times i can-
not walk for im missing meals I
wasnt able to walk to medline
i was written a ticket I have been
forcing myself in pain to walk to
medline refusing mental health meds
i truly need. So i will not have
to walk there no more. Wexford
medical is Medicaly neglecting me
Dr Meyers already told me once
he refuses to refill my Hydroco-
done he's the Temp Doctor do to
the fact we have no regular Doctor
My family has Contacted →

John M Froehlich the Vice President and CFO of Wexford Health Sources Inc. Via email JFroehlich @ WexFord health.com Phone 412-937-8590 no answers back or replys. I do not disagree with the grievance desecion I know the institution can only do so much and i apreciate the help they tryed to phovide me. relief. At this time im begging the administrative review Board to talk to Director Rob Jeffreys and please step in and help me recieve the proper medical mediations and medical care i truly need.

Thankyou

Sincerly

Remy Suane B52215
Centralia C.C.
P.O. Box 711
Centralia IL
62801

Remy L Suane
#B52215

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Remy Suane                                                12/28/21
                                                                 Date
ID#: B52215

Facility: Centralia

This is in response to your grievance received on **11/29/21**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 10/24/21    **Grievance Number:** E-21-10-305    **Griev Loc:** Centralia

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other   Medical Treatment - 10/23/21- Hydrocodone 7.5 pain meds expired- wants to find a doctor who will do surgery

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: MIXED:   Affirm that your pain medication did expire and you did not receive your dose, however, your new prescription has been requested.   Treatment is at the discretion of the licensed medical provider.   Submit NSC for future medical concerns.

FOR THE BOARD: _____    CONCURRED: _____
              DeAnna Kink                      Rob Jeffreys
         Administrative Review Board              Director

CC: Warden, Centralia _____ Correctional Center
    Remy Suane _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**
Suane v. Nollman, et al. (21-1343) Document No.    000034

Assigned Grievance #/Institution: _Centralia C.C._     Housing Unit: _S3 N4_     Bed #: _L_

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: ___     2nd Lvl rec: ___

| Date: 4-27-22 | Offender (please print): _Suane_ | ID #: B52215 | Race (optional): W |
|---|---|---|---|

Present Facility: _Centralia C.C._     Facility where grievance issue occurred: _Centralia_

**Nature of grievance:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): _grievance officer grievance tampering/possible mailfraud_
- [ ] Disciplinary Report

Date of report ___     Facility where issued ___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4/26/22 i recieved From Kohrman Angela L. office associate that emergency medical grievance's # E-22-3-18, #E-22-3-206, #E-22-03-197, #E-22-4-108 all have been returned to me I assure you they have not been I keep records of all returned grievances and the ones that have not been returned, and what ive done with them when they are returned. I have the proof these grievance have been

[x] Continued on reverse

**Relief Requested:**

All grievances and responses to grievances mentioned in grievance returned to me imediately. All grievance Staff removed and replaced. A full investigation of all grievance Staff and their Conduct. For them to know grievance tampering will not be tolerated

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
[ ] Check if this is NOT an emergency grievance.

_Tommy Shane_     B52215     4/27/22
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: ___     [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name ___     Sign Counselor's Name ___     Date ___

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received ___

Is this determined to be of an emergency nature?
[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

___     4/26/22
Chief Administrative Officer's Signature     Date

Page 1 of 2     DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _Centralia C.C._     Housing Unit: _53-04_   Bed #: _L_

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                     2nd Lvl rec:

received by the grievance office. She states they were sent back to me via prison/jail mailroom. Which now drags the mailroom into my grievance tampering issues. Grievance Staff has been tampering with my Medical grievances for some time now. By allowing medical to believe they can respond to "medically" deemed emergencies by Wardens whenever they feel like it. And now their tampering with the returns of said Medical emergency grievances that involve serious Medical issues, and Neglect in receiving from Dr. Meyers and Certain Westcott/Idoc Medical Staff at Centralia C.C. Therefore possibly placing my life in danger medically by trying to help Medical cover up's there using doing's for the record. I have never truly had any real Mail issues with staff members in the mailroom Ms. Courtney/Kortney or the long brown hair lloven who handle my legal mail. I will now Motion up to the courts for a full investigation of the mail I give to the officers in my wing who picks it up, where its dropped off, who sorts it out, the full process of all inmate mail, all security staff involved, all mailroom Staff involved. And all there names. I apologize to all Mail room staff. but your co-workers in the grievance office have placed the blame on you. By Stating it, that all grievances have been responded too and I sent to me via the mailroom.

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 04/26/2022 | Date of Review: 04/29/2022 | Grievance # (optional): E-22-4-163 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Grievance Process

**Facts Reviewed:**

Suane B52215 filed a grievance dated 4-27-22 regarding the grievance process and marked it as an emergency. The grievance was received on 4-26-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 4-27-22 deemed as an emergency. The grievance was forwarded to the Grievance Office to address the issue. Suane is claiming that his grievances are not being returned to him. Suane claims that he did not receive grievance #'s E-22-3-18, E-33-3-206, E-22-3-191 & E-22-4-108 back from the grievance office. Suane claims that Staff are tampering with his grievances.

Relief requested is: "All grievances and responces to grievances mentioned in grievance returned to me imedieatly. /All grievance Staff removed and replaced. A Full investigation of all grievance Staff and there conduct. For them to know grievance tampering will not be tolerated."

A review of CHAMP and the grievance log indicates that the above grievances (E-22-3-206 & E-22-4-108) have been responded to by the Grievance Office, signed by the CAO & have been returned via the Institutional mail per local policy and procedures. Grievance E-22-3-191 was returned to Suane on 3-30-22 with the first level grievance response and has not been received back for second level response. Grievance E-22-3-18 is not assigned to Suane.

Staff assignment and investigations are determined by Administrative decision and warrant no further review.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied. Staff assignment and investigations are determined by Administrative decision and warrant no further review. Grievances are responded to and returned to the Individual via the Institutional mail per local policy and procedures.

Jeffrey Strubhart CCII

Jeffrey Strubhart  Digitally signed by Jeffrey Strubhart Date: 2022.04.29 11:40:52 -05'00'

Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: | ☑ I concur | ☐ I do not concur | ☐ Remand |
| Action Taken: | | | |

Chief Administrative Officer's Signature                         4/29/22
                                                                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE (Continued)



J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: _Suane, Remy_                                      _6/22/22_
                                                              Date
ID# : _B52215_

Facility: _Centralia_

This is in response to your grievance received on _5/11/22_. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** _4/27/22_   **Grievance Number:** _E-22-4-163_   **Griev Loc:** _Centralia_

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report; Dated: _____ Incident # _____

☒ Other _Grievance Process_ _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _Debbie Knauer_                CONCURRED: _Rob Jeffreys_
              Debbie Knauer                              Rob Jeffreys
        Administrative Review Board                         Director

CC: Warden, _Centralia_ Correctional Center
    _Suane_ , ID# _B52215_

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution _Centralia C.C._   Housing Unit: _S3-04_   Bed #: _L_

1st Lvl rec: _X_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _4/19/22_

| Date: 4-14-22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Harassment/Retaliation/ Failure to protect
- [X] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

RECEIVED
APR 14 2022

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to the designated GRIEVANCE OFFICER
locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor

    **Chief Administrative Officer,** only if EMERGENCY grievance

    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-13-22 i was told by security staff on 3 to 11pm shift medical called my unit South 3 and requested i Remy Suane #B52215 Bring all my medications to health care so i complied. I arrived at Jhealth care. The skinny kinda tall older nurse Bloudish white hair glasses who i can identify on sight. Asked me did you bring your medications. i said yes. She said give them to me after i did comply. Then she informed me i would now be

[X] Continued on reverse

**Relief Requested:**

I would like to Know what medical staff are responsible for the actions takin against me. I request the acting Warden of Centralia C.C. Possibly Warden Austin, Director Rob Jeffreys, Illinois Prison Review Board And Springfield IDOC Administration to please investigate Fully all my medical complaints here in Centralia C.C. From 7-21-21 till Now

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Remy Suane_   _B52215_   _4-14-22_
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**   PLEASE ENSURE THOROUGH REVIEW OF INCIDENT

_____ Print Counselor's Name   _____ Sign Counselor's Name   _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _APR 1 2022_

Is this determined to be of an emergency nature?

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_Thomas Aust_   _4-14-22_
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: __Centralia C.C.__    Housing Unit: __53-D4__    Bed #: __Lr__

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

in these meds now at medline from 8AM and 8PM which makes No sense. These are all medications inmates are allowed to take in there cells. Collace, Fibercx, pepcid, IBuprofen, Tylenol, High Blood presure pills and High Cholesteral pills. They are Not Controled meds or Mental Health Meds. So this is very suspicous behavior on Medical STAFF! ONly Renata Lowery D.O.N. or Dr. Meyers or possibly the medical Director of Wexford/IDoc. Medical Could make Such an order But why. Or even higher medical StaFF can do this. I asked the Nurse why this was happening She said as She walked away issue's with your meds The only issue's ever with my meds was Mr. J Smith re ordered me meds. I was already prescribed by Dr. Meyers which were not properly documented in my medical records. So he was just making sure i had meds i needed. This is No Fault of Mr. J Smith or MySelf this was the fault of Dr. Meyers or whatever Medical Staff that Should of logged it in my File after Dr. Meyers presccribed me the meds. So im being punished For Something i have no control over. And Medical Staff who do not properly Know how to do there Job. Then at Night time Medline Medical Tech. Kristy Fogerson who is Jemployed by IDoc Medical Not Wexford Medical Company. According to the Attorneys for Wex-Ford Medical. And Dr. Vipin Shah! Refused to give me my 400 Mg IBuprofen which is For iMFlamation of My left-Side Flank area do to a severe Chronic Medical iNjury do to a car accident. Stating you have to take your IBuprofen With Food. So when you eat your meals you Can tell the cb. iN your unit to call medical and come get your IBuprofen. So last Night i was up most the Night Because My left side was Swollen do to being denied My IMFlamation medication. It's 1:30 AM Now as i write this grievance i went to bed at 10pm. IM iN Severe pain from the Swelling of my leftside. Without My proper paid medication Kristy Fogerson is well aware it is impossible For me to walk to medical 4x a day. I had a hard time walking 2x daily to get my Mental Health meds. I had to Stop taking my Mental Health Meds. Do to the Fact of pain i could Not walk to medline and Mrs. Kristy Fogerson Kept writting me tickets. Because it's a rule regardless of my medical issue's. She stated. Medical Staff is aware of the situation. They have now placed me back in the cross hairs of Kristy Fogerson's Pen to write me tickets. For when i fail to report for Medline do to pain issue's which will aventualy happen. This is possibly Medicals goal to harass me to the point where i Stop taking my medication. To again get away From Kristy Fogerson to avoid being punished by the Adjustment CoMMittee From her tickets. So they

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: __Centralia C.C.__    Housing Unit: __S3-04__    Bed #: __L__

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

will not be liable for all the medical Neglect, deliberate
indifferance i have suffered here at Centralia C.C.
Because they will be able to say i refused treatment. I
Believe this stems from all the grievances deemed medical
emergency that still go unanswered some 5 Months Now. And
My Family complaining to the prison, springfield and
other outside entities. IN trying to help me obtain
much needed medical care. I have more medical issue's
than when i arrived here July 21, 2021 from Lawrence C.C.
Which are all well documented in grievances and Medical
Records. Ive even sent Renata Lowery D.O.N. and
Director Rob Jeffreys Notarized letters asking for help.
Still Nothing. Its very clear this is harassment and Retaliation
by the higher up medical staff of Wexford/IDOC Medical
there cannot be any logical reason to take regular meds
From me. I'm pretty sure medical will come up with a great
False reason. So to be very clear. This grievance is
against, Renata Lowery, Dr. Meyers, Wexford Medical/IDOC
Medical/Staff All Medical Staff employed by Wexford
Medical and IDOC Medical of Centralia C.C.. I will exclude
Certain Medical Staff as i learn there names. Because some
medical staff do try to help me. Mr. J Smith, Med Tech
we call nessa, Nurse Amy and Nurse Britney are Not
included in this issue or any medical grievances on file. at
this time. They have tryed to help me.) At this time
Centralia C.C. Any Active Head Warden possibly Warden
Thomas Austin. Director Rob Jeffreys, the Illinois
Department of Corrections. Will all be iN Failure to
protect if they allow this poor medical behavior by
medical staff to continue against me. I am aware of
the State Not Wexford Medical Health INC., IDOC Medical
Staff. I Belong to the Illinois Department of Corrections
until My sentence is Finished. To be very clear My Family
is aware of the situation the courts have also been Notified
do to the fact i already have a pending Medical civil suit
against Wexford Medical Health INC. And IDOC. Instead
of getting medical care that i truely need i recieve
retaliation From certain Medical staff and harassment
to cover up there inadequate medical staff, short
Medical Staff and Non Compliance to a court agreement
made by Director Rob Jeffrey's since 2019. Medical Put
on a good show for (JHA) on 4-5-22 as they walked
through Medical) Warden Davis and Warden Austin and some
security staff have tryed to help me with adressing My
Medical issue's But to No avail Certain Medical Staff
Just Keep doing to me as they please.) all i ask for
is IDOC. And its Staff to protect My Safety. In return
ill keep all My legal issue's with Medical. Ive tryed More
than to exhaust this issue what else can i do? My hands are
legaly tied!

Assigned Grievance #/Institution: _____

Housing Unit: _____   Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rec: _____                                                   2nd Lvl rec: _____

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____                                         _____
Date of report                                           Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____
_____
_____
_____
_____
_____
_____
_____

- [ ] Continued on reverse

**Relief Requested:**

_____
_____
_____
_____
_____

- [ ] Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is **NOT** an emergency grievance.

_____                    _____       _____
Offender's Signature                   ID#           Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____          _____          _____
Print Counselor's Name        Sign Counselor's Name        Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____                                       _____
Chief Administrative Officer's Signature                   Date

DOC 0046 (Rev. 01/2020)

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 04/14/2022     Date of Review: 04/20/2022     Grievance # (optional) E-22-4-108

Offender: Suane, Remy     ID#: B52215

Nature of Grievance:

**Medical Treatment**

---

**Facts Reviewed:**

Suane B52215 filed a 3 page grievance dated 4-14-22 regarding medication distribution and marked it as an emergency. The grievance was received on 4-14-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 4-19-22 deemed as an emergency. The grievance was forwarded to Health Care to address the issue. Suane claims that he was called to Health Care and told to bring all his medications. Suane claims that when he arrived all his medications were taken and he was told his medications would now be issued at medline 8:00 A.M. & P.M. Suane claims that most of his medications can be taken in his cell, and this makes it difficult to get his medicine due to the pain he experiences. Suane claims this is likely due to his previous issues with K. Fogerson and refusing to take medications at times.

Relief requested is: "I would like to know what medical Staff are responsible for the actions takin against me./I request the acting Warden of Centralia C.C. Possibly Warden Austin, Director Rob Jeffreys, Illinois Prison Review Board And Springfield IDOC Administration to please investigate Fully all My medical complaints here in Centralia C.C. From 7-21-21 till Now."

Per written response from AWP Harris for HCU: Response to grievance E-22-4-108; A review of his medical file was completed by Medical Director Dr. Meyers, who works 10 hours per week for Centralia Correctional Center. It was determined that Suane B52215, will now be classified as DOT for all medications. This remedy will serve as the best interest for Suane B52215 to ensure medication compliance.                                                    con't

---

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied. A review of his medical file was completed by Medical Director Dr. Meyers, who works 10 hours per week for Centralia Correctional Center. It was determined that Suane B52215, will now be classified as DOT for all medications. This remedy will serve as the best interest for Suane B52215 to ensure medication compliance.

Jeffrey Strubhart CCII                                    *Jeffrey Strubhart*  Digitally signed by Jeffrey Strubhart Date: 2022.04.20 10:16:56 -05'00'

Print Grievance Officer's Name                           Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

---

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received:                    ☑ I concur     ☐ I do not concur     ☐ Remand

Action Taken:

Chief Administrative Officer's Signature                                    4/20/22

Date

---

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                    ID#                    Date

---

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Suane has filed multiple grievances regarding his receiving his medication and having to go to med line to receive medications. This resolution was made by Dr Myers, the facility Medical Director. Decisions regarding medical care, prescriptions and when/how they will be distributed are determined by the Medical Director. These decisions are outside this Grievance Officer's discretion.

If Suane continues to have concerns, he should submit a written request to be seen through Nurse Sick Call.

Investigations are determined by Administrative decision, Administrative decisions warrant no further review.



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Remy Suane                                                                5/12/22
                                                                                 Date
ID# : B52215

Facility: Central a

This is in response to your grievance received on __4.27.22__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __4.14.22__   Grievance Number: __22-4-108__   Griev Loc: __Centralia__

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other  Medical Tx - 4.13.22- Healthcare requested grievant bring all meds to HCU. Was told to start going to medline for medications- retaliation from K Fogerson

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other: Staff misconduct is unsubstantiated. The Medical Director made the decision to change the method in which grievant takes medication. Treatment is at the discretion of the licensed medical provider.

FOR THE BOARD:  _DeAnna Kink_         CONCURRED: _Rob Jeffreys_
                 DeAnna Kink                           Rob Jeffreys
            Administrative Review Board                  Director

CC: Warden, __Centralia__ Correctional Center
    Remy Suane _____ ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution _Centralia C.C._    Housing Unit ___    Bed #: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec. ___    2nd Lvl rec. ___

Date: _5-6-22_    Offender (please print): _Suane_    ID #: _B5__15_    Race (optional): ___

Present Facility: _Centralia C.C._    Facility where grievance issue occurred: _Centralia_

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☑ ADA Disability Accommodation
☑ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility    ☐ Other (specify): ___
☐ Disciplinary Report

_____ Date of report _____ Facility where issued

RECEIVED

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and **place in the designated locked receptacle marked "grievance".**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-5-22 I asked the nurse to ___ ___ I ___ the ___ my
Left flank area was ___ from my ___ at my ___ ___
spleen pushing out my left side flank area. When this ___ ___
my ibuprofen to subside the inflammation to keep my pain
level down. It was around 6pm. I was refused and the
told to obtain said As Needed Med ___ the nurse had the
___ health care told him for me to wait till morning. So she ___

☑ Continued on reverse

**Relief Requested:** I would like my as needed meds returned. So I can take when I need it
for this nurse to know per this institution her behavior and mistreatment
of severely injured and (SMI) inmates will not be tolerated.) to learn
how to handle treat and care for (SMI) inmates properly.) If not her
position here as a nurse terminated her actions are a threat to
security and safety of this institution and inmates. By provoking
inmates

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

_Kerry Suane_    _B5.2215_    _5-6-22_
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

_____

_____ Print Counselor's Name    Sign Counselor's Name    _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: ___

Is this determined to be of an emergency nature?
☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____    _5/6/22_
Chief Administrative Officer's Signature    Date

DOC 0046 (Rev 01/2020)

Housing Unit: [illegible] Bed #: [illegible]

Assigned Grievance #/Institution: [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: 2nd Lvl rec:

[illegible] waited almost an hour
25 minutes [illegible] in pain. Ask the
[illegible] my cell in pain. Ask [illegible]
[illegible] at the window. I tryed
[illegible] Heavy set long Brown hair. She stated
[illegible] instead of [illegible]
I said [illegible] to explain to her the situation
[illegible] medical [illegible]
of [illegible]
[illegible] But she denied [illegible]
[illegible] asked the [illegible]
to [illegible] medical [illegible]
[illegible] when i [illegible] her do to the
[illegible] She stated i dont wanna hear
[illegible] your request. I got side
about anything [illegible] just your [illegible] your request. I got side
[illegible] She would say
[illegible] I told her i [illegible] my [illegible] She
what did i [illegible] I told her i could [illegible] my [illegible]
Stated i dont wanna [illegible] See my side [illegible]
[illegible] So i asked
her [illegible] She was very cocky and rude. So i asked
her her name. She stated [illegible] all of her. Go next [illegible]
ask for your [illegible] I saw Nurse Sara. She got me my
[illegible] to ask the name [illegible]
[illegible] had the issue with [illegible]
[illegible] So i asked Nurse
[illegible] right for my Ibuprofen. So i asked Nurse
Sara could she [illegible] the pill line Nurse for My
Ibuprofen for me. I [illegible] by the [illegible] pill line [illegible]
door. By the [illegible] from the regular pill
line desk. As Nurse Sara opened the door. She asked do you have
[illegible] Nurse Stated laughing
Same's [illegible] Ibuprofen. Heavy set nurse Stated laughing
i [illegible] and asked nurse [illegible] laughing did you [illegible]
how [illegible] my name. I [illegible] No reply by Nurse [illegible]
She gave me my [illegible] it was only nurse Sara
[illegible] Shift on 4-5-22
[illegible] Nurse Sara [illegible] denied me
I can [illegible] Nurse Sara [illegible] denied me
[illegible] She has never Not helped Me. The other Nurses
opinion of me should not affect My medical care from her. She
is here to provide medical [illegible] Not judge me. I have injuries
that [illegible] medical staff [illegible] So her [illegible]
[illegible] I am at [illegible] again in the
[illegible] to all medical Staff. [illegible] always
[illegible] unprofessional, uncaring, no compassion
[illegible] the older nurse [illegible] I'm sure
[illegible] Nurse [illegible] my complaints also. But
[illegible] They kept it professional. If
they [illegible] Your not here to like me
[illegible] your medical professional
[illegible] And Make
[illegible] for myself. And Make
Care and [illegible] for your families. As long [illegible]
[illegible] (SMI) I'M
[illegible] times i [illegible]
[illegible] Kind

[illegible]

E-22-#41 10

Assigned Grievance #/Institution: Centralia C.C.

Housing Unit: 53-04   Bed #: 2

1st Lvl rec: 2

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 5-8-22 | Offender (please print): Suane | ID #: 652215 | Race (optional): W |
|---|---|---|---|

Present Facility: Centralia C.C.

Facility where grievance issue occurred: Centralia

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [x] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-8-22 At Morning Pill line Nurse Britney handed
me my medication. I Noticed My IBuprofen
and Antibiotics were Not in the cup. I tried
explaining to her there always in another
Container to the left. And that i need them
She became frustrated. Placed what pills were
in the cup down. And said take your pills and

- [ ] Continued on reverse

**Relief Requested:**
To give me my over the counter med. Such as and take
them on time and properly or as i need them. Like they
are prescribed. Not when medical feels like giving my
as Needed meds when they feel like. Or not at all
Because they cant find it.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

Offender's Signature: Kenny Suane   ID#: 652215   Date: 5-8-22

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 5/9/22

Is this determined to be of an emergency nature?

- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature _____   Date 5/9/22

Assigned Grievance #/Institution    Centralia C.C.    Housing Unit S3-D4    Bed #: 6

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec    2nd Lvl rec

leave. I need all my over the counter meds to
function had regularly. I left the pills. She refused
to even hear me. Then with my E.N.T. Ibuprofen
My left I hank in pain. Very swollen and my pain is
worsening. I saw the Dr's with prescribed the
antibiotic and someone who gave me the first
dose. I've been off of the antibiotics 4 days now
when my meds I believe was over due. I been
off and on I almost caught on test results that
are incorrect. My head keep hurting a little
since starting new meds. It's starting to
hurt a little harder just now like it's unbearable
right now. On 3/11 after medical called medical
someone from medical told him maybe the
antibiotics did not come in yet. This is a
serious issue with medical staffing. Because if
some staff cant provide me over the counter
meds properly and correctly. How can i trust
them to provide me medications. That if taken
wrong or taken when they may not belong to
me. Which could possibly harm or even kill
someone. For the record I have never had any hard
time or any issues with Nurse Britney. She's a
Nurse. Who feels should only be passing out
Meds to assure they are not only correctly. Here it's
a serious problem one of the time. For the record
one medical staff has stated my over the counter
meds were taken away because the higher ups or
this institution requested it. Do to the fact
acquired their rejected and medical staff about my
medical care. And medical care could not
answer her questions. I am S.I.I. Not mentaly
retarded. I've been taking my own over the counter
meds since I been at Centralia C.C. I've had no problems
I take my own on time. I take my pills on
time. Everyday. And some. If a medicine dont work, i let
medical know. I have received improper care from the
Meyers from 2-11 - until 3/6. Until I seen M.D.A
T Smith. It is wrong for M.D.A T Smith who has
truly tried to help me and address my medical issues
I dont even wanna know how much poor my health would
be. I can only suggest any type Administration Not to be
involved In changing or altering my medical care in any way
especially do to the fact if you had out a medical professional
its not a nurse a legal decision. My over the counter meds
were taken do to medical care. Some I'm inadequate to cover
it up. It's this medical neglect, physical and mental abuse
against my complaint of title a complaint with (IHRA)
(ADA), (PRC). And the Not Disability Civil rights
Dept. And I will call a full Pinks Hunger strike news
media

DOC 0046 (Rev. 01/2020)

E-22#48 1606.

Assigned Grievance #/Institution: Centralia C.C.    Housing Unit: S3-04    Bed # L

1st Lvl rec'd [signature]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**    2nd Lvl rec [illegible]

| Date: 2/24/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [x] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): Mental & Physical abuse to SMI Person Incus-
- [ ] Disciplinary Report

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Per. IDoc Attorney's K. Fogerson is a IDoc/Med. Tech Not a LPN unless she went back to School to Now be a Nurse? She's back to writing me tickets again. For Failure to report to medline. On 5-22-22 Knowing i suffer from Severe pain do to a Left Flank Area injury Hernia and also Nerve damage to my lower back L3, L4, L5, L5L5 area. This's exactly what i said Medical would do when they took away my over the counter Medications and are Forcing

[x] Continued on reverse

**Relief Requested:**

For Warden Monti to stop the mental and physical Abuse by medical Staff against a SMI person incustody. Being I Remy Suane B52215/ K, Fogerson, Renata Lowery, and Dr. Meyers Medical credentials verified, are their capabilities and qualitization up to date. To care for Mentaly and Physicaly Ill persons ccording to the agreement in Lippert V. Jeffreys with the courts. A&L41. & 2IRLC.?

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

| [signature] Remy Suane | B52215 | 2/24/22 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| [signature] | 5/24/22 |
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance Officer's Initials _____ Centralia C.C. _____ Housing Unit SS-D4 Bed # L

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Me to walk to pill line to pick up medications that every person in custody is allowed to have in there cells but me? They say its for my own safety. All they realy are doing is useing IDOC Policy to harass and retaliate against me for the many deemed medical emergency grievances pending against them filed by Me. My medication once not taken now I repeated in a grievance medication's was already taking. it was written several double scrpts for Meds I was already taking and they were questioned by the higher up's for MCA J. Smith and they were questioned by the higher up's for MCA J. Smith and if you cheat a Man one day "K Ferguson wrote me several of these same tickets which were ~~expunged~~ expunged this year in April 4 or 7th of 2022. They knew by them placing my meds in pill line this would be the sure extreme. Premise We went through this same issue do to my pain meds not working. So i could not pick up my mental health meds. what they want me to do is refuse my medication. So they can legaly say im refusing meds treatment. To cover up the ineffective inadequate medical care ive been recieving since ive gotten here July 21, 2021 until March 16, 2022 by Dr Meyers and several Medical Staff Since March 16, 2022 i have recieved some what ok Medical care only do to MCA J. Smith. The proof of this behavior is Factual even backed up by me Steging my mental health meds. And two of K Fergusons Tickets being expunged. This grievance are for the actions being takin against me once again. Knowing there's Nothing i can do about my pain. Because Medical refuse's to provide proper pain managment medications to ease my pain So i can somewhat proper functionaly Physicaly. This grievance is also against Renota Lovery Co. N. for allowing the poor behavior from her medical Staff. Poor Medical treatment by looking the other way. While Dr Meyer's does his best to cover up his poor medical treatment of me For Warden Monti to Allow this Poor Conduct and behavior by medical against Me a Severly Mentaly Ill and Physicaly ADA person In custody. Is Truly Failure to protect by law. Being SMI and Physicaly challenged. This is Mental and Physical Abuse. Being caused to me by Medical Staff here in Centralia Corr. Center. I humbly request Warden Monti to please stop this Poor behavior by medical against Me to cease immediately. by No means is Warden Monti responsible for this Medical Staffs behavior or actions at this time or is Said grievance against Warden Monti in only requesting his help at said issues based in this grievance) Thank you (Duress compulsion by threat, Coercion, compulsion, constraint Force, pressure - More or Force) this is what medical is doing a) Either walk in pain and get over the counter Meds. b) dont walk in pain get a ticket c) suffer the punishment of only two phone calls a week and limited commissary Not being able to call when needed being "SMI" is equal to me as a death sentence. All this equals Mental and Physical Abuse. that i truly need so they will leave me alone and they can continue getting away with what they do to Me and Blame me. And there using IDoc Policy to get away with it. How long is IDoc and this Institution gonna Allow this behavior away with it From Medical to Continue

against an IDOC SMI Physicaly Ill In Custody Person?

DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|

Date Received: 05/06/2022    Date of Review: 06/21/2022    Grievance # (optional): E-22-5-46

Offender: Suane, Remy                                             ID#: B52215

**Nature of Grievance:**

Medical treatment & Medication

**Facts Reviewed:**

Suane B52215 filed 3 grievances E-22-5-46 dated 5-6-22, E-22-5-70 dated 5-8-22 & E-22-5-166 dated 2-24-22 regarding medical treatment & medications and marked them as emergencies. The grievances were received on 5-6-22, 5-9-22 & 5-24-22 by the Grievance Office and forwarded to the Warden. The grievances were returned to the Grievance Office on 5-9-22, 5-10-22 & 5-25-22 deemed as emergencies. The grievances were forwarded to Health Care to address the issue. Suane claims on 5-5-21 he was having left flank pain and had the C/O call medical, he was told to med line. Suane claims approximately 1.5 hours later he went to pill line and was disrespected by the nurse. Suane claims this same issue has occurred in the past. Suane claims that on 5-8-22 during pill line, his Ibuprofen and antibiotics were not in his cup. Suane asked for the pills and the nurse became frustrated and said take the pills in the cup and leave. Suane claims to have had the antibiotics for 3 days and now did not get them. Suane claims Staff checked and told him that maybe they did not come in yet. Suane claims that the over the counter medications were taken away by "higher ups" in the facility due to medical staff being questioned about Suane's medical care. Suane then claims that K. Fogerson is a Med. Tech, not a LPN and is writing him tickets again. Suane claims that he is being forced to go to pill line when he could be taking his over the counter medications in the cell just like everyone else. Suane claims that medical staff are refusing him proper pain management and trying to cover up poor medical treatment.

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane's left flank complaint has been evaluated, a CT scan was ordered and completed. Results of CT scan will be addressed on a follow up visit if not already completed. If Suane has further concerns, he should submit a written request for Nurse Sick Call.

Jeffrey Strubhart CCII                     Jeffrey Strubhart  Digitally signed by Jeffrey Strubhart
                                                              Date: 2022.06.21 11:41:17 -05'00'

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| | Chief Administrative Officer's Response | |
|---|---|---|

Date Received: _____    ☑ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**



Chief Administrative Officer's Signature                          6/21/22    Date

| | Offender's Appeal To The Director | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature                                ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Relief requested is: "I would like my as needed meds returned. So i can take when i need it. For this Nurse to Know per this institution her behavior and Mistreatment of Severely injured and (SMI) inmates will not be tolerated.) to learn how to handle treat and care for (SMI) inmates properly.) If Not her position here as a Nurse terminated her actions are a threat to security and safety of this institution and inmates. By provoking Inmates. To give me my over the counter meds. Back so i can take them on time and properly or as i need them. Like they are prescribed./ Not when medical Feels like giving my as needed meds when they Feel like. Or Not at all Because they can't Find it. For Warden Monti to stop the mental and physical Abuse by medical Staff against a SMI person in custody. being I Remy Suane B52215/K, Fogerson, Renata Lowery, and Dr. Meyers Medical credentials verified. are there capabilities and qualification up to date. To care For Mentally and physicaly Ill persons according to the agreement in Lippert v, Jeffreys with the courts A.C.L.U. & U.P.L.C.?."

Per 6-13-22 written response from Health Care: A review of his file indicates the following responses to the said grievances. Suane was placed on DOT (direct observation Therapy) of medication due to failure to take medication as required. The issue of left flank hernia; a CT scan was ordered on 4/22/22 with no contrast and completed on 5/23/22.

Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane's left flank complaint has been evaluated, a CT scan was ordered and completed. Results of CT scan will be addressed in a follow up visit if not already completed. If Suane has further concerns, he should submit a written request for Nurse Sick Call.

Staff training and qualifications are determined by Administrative decision and warrants no further review.



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (300) 526-0844

Name: Suane, Remy

ID# : B52215

Facility: Centralia

7/11/22
Date

This is in response to your grievance received on 6/29/22 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 2/24,5/6 & 5/8/22  Grievance Number: E-22-5-46  Griev Loc: Centralia

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other  Medical treatment; claims improper medical treatment by unnamed staff, nurse Britney & K. Fogerson on 5/6/, 5/8 & 2/24/22

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed. Warden _____ is advised to provide a written response of corrective action to this office by _____
- ☐ Denied, in accordance with DR504F, this is an administrative decision
- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.
- ☑ Other: Per HCUA reported response, Individual in Custody medical care is being addressed. This office is unable to substantiate Suane's claim. Grievance dated 2/24/22 is past time frame and will not be reviewed. Individual in Custody may appropriately request Medical Unit for further health need. Grievance is denied

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Bob Jeffreys
Director

CC: Warden, Centralia _____ Correctional Center
Suane, Remy _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: _Centralia_ E21-1489    Housing Unit: _A-3  A-8_    Bed #: _2_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

| Date: 11/24/21 | Offender (please print): Suane | ID #: BS2215 | Race (optional): W |
|---|---|---|---|

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____    Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 11-9-21 and 11-22-21 I inmate Suane received Failure to report tickets from K. Fogerson im Not argueing the tickets. IM arguing this Medical staff members conduct. 99.9% of the medical Staff Know and understand im seriously physicaly injured and they try to work with me and i appreciate it. even 50% Security staff understand and do what they can to

[X] Continued on reverse

**Relief Requested:**

For a mental Health Video Visit so my meds can stop. and for Dr. Meyer to please put my Nerve pain Med. as is or need r just stop it. I also K. Fogerson to be retrained in caring for Physicaly ill and mentaly ill inmates we are Not all the same if Not She need to be Fired & Tickets expunged

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Kerry Suane | BS2215 | 11-24-21 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

RECEIVED

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: NOV 29 2021

Is this determined to be of an emergency nature?    CENTRALIA CORRECTIONAL CENTER
WARDEN'S OFFICE
[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedures.

RECEIVED

NOV 29 2021

CENTRALIA CORRECTIONAL CENTER
GRIEVANCE OFFICER

C. Davis    11/29/21
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: Centralia C.C.     Housing Unit: N3-A8   Bed #: 6

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                    2nd Lvl rec

Work with me. But this Medical Staff Member has
No Mercy No compasien No discretion. I under-
stand rules without them there would be Kaos here.
I have my colon and spleen pushing out the left side of
my Left Flankside. In my lower back i have L3 L4
L5, & L5.5 nerve damage which all is documented
in my medical Records on 10-23-21 My pain medication
was stoped without My pain med. at times im useless
and can barely move let alone walk all the way to
Pill line. I had to write an emergency grievance and
get the Warden Mrs. Davis involved and two other
Staff members just to receive the fast Dr. Visit i
had last night with Dr. Meyers who has prescribed
me new pain medication i pray it works. Because
do to this Medical Staff member's Poor judge-
ment and conduct also her abuse of discretion
for the seriously injured and severly Mentaly
ill. Which is her job to care for. I have been
refusing My Mental Health medication for bipolar
one and severe anxiety, P.T.S.D, and Homicial
ten dency Plus Psycholic episodes. Just to get
away from medline and the abuse of Authority
by this medical staff member. Her ticket rate is
high just check you'll see sure some are Valid But
do to the nature of My medical issues Mine are not
the only thing that make my tickets Valid are because
of the rules. Its Not like im doing it on Purpose
and saying hell with pill line im not going. I am
Not Physicaly able to get there without pain meds
its impossible. IDoc staff Seem to be trying to
make an effort to work with Physicaly and Mentaly
ill inmates but K. Fogerson who's job is the medical
Feild to care for medicaly challanged inmates don't
Seem to grasp we are different than Physicaly fit
healthy inmates and are challenged at times. Im Not
asking for special treatment Just some consideracion
and medical common sense. Even the officer in the
adjustment committee Seems to understand im
medicaly challenged, and has done his best to
work with me. But a Medicaly trained Staff
member who's Field is to care and treat the ill just
dont get it? I will never take my mental health
medication as long as K. Fogerson works in pill line
Not even if you obtain a Court order. I Forgot to ask
Dr. Meyer to put my Nerve pain med as needed or stop it
I rather suffer than deal with this Staff Member. at
Pill line. Something Needs to be done by this
Institutions Administration about this kind of
improper medical unprofesional conduct. If Not im
left No choice but to ask the courts to step in
in my pending Ina/wexford civil suit. Thanyou. R. Suane

Distribution: Master File: Offender                    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 11/29/2021 | Date of Review: 04/04/2022 | Grievance # (optional): E-21-11-189 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Medical Treatment/Staff Conduct/IDR

**Facts Reviewed:**

Suane B52215 filed 9 grievances E-21-11-189 dated 11-24-21, E-21-12-12 dated 12-2-21, E-21-12-41 dated 12-9-21, E-22-1-91 dated 1-2-22, E-22-2-12 dated 2-1-22, E-22-2-80 dated 2-14-22, E-22-3-17 dated 3-1-22, 21-9-3 dated 8-31-21 and E-22-3-110 dated 3-12-22 regarding medical treatment/staff conduct & IDR's and marked them as emergencies. The grievances were received on 11-29-22, 12-3-21, 12-7-21, 1-13-22, 2-8-22, 2-16-22, 3-3-22, 3-14-22 (x2) by the Grievance Office and forwarded to the Warden. The grievances were returned to the Grievance Office deemed as emergencies. The grievances were forwarded to Health Care to address the issues. Suane claims that he has a serious physical injury on his left side where his colon and spleen are pushing out through his ribs. He claims that he has been trying to get treatment for this problem for months and is not receiving any help. He claims that the pain is so severe that he cannot at times get to health care for his pill line and then he receives tickets from a Nurse Fogerson for failure to report. Suane claims that Fogerson knows his condition and should take this into consideration when he does not make the pill line. Suane claims that his pain medication was discontinued and this is why he has difficulty making it to Heath Care. Suane claims he has been losing weight as he has been directed so he may receive the surgery he needs. He claims the medication he has been prescribed does not help his pain. He claims when he tested positive for COVID he was not checked properly. He claims that his injuries to his left flank place him at serious risk for severe health concerns. He claims to have lower back nerve damage. Suane claims to be bipolar 1, have severe anxiety, PTSD, Homicidal & psychotic episodes.

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance is partially upheld. Suane has been seen by the medical provider on 3-16-22 and scheduled to be seen on 4-5-22. Suane is scheduled to see Dr. Brandt in Centralia in the near future. D.R. 504 procedures were followed and I find no grounds to change the decision or the disciplinary action. Administrative decisions warrant no further review.

| Jeffrey Strubhart CCII | Jeffrey Strubhart Digitally signed by Jeffrey Strubhart Date: 2022.04.05 13:23:32 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: APR 0  202_ | ☐ I concur    ☑ I do not concur | ☐ Remand |
| Action Taken: CENTRALIA CORRECTIONAL CENTER WARDEN'S OFFICE | | |

*EXPUNGE IDR's; REVIEW MEDICATION LISTS.*
*4-5-22*

_____
Chief Administrative Officer's Signature

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand that this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Relief requested is: Be able to see Mental Health, Get medication for nerve pain, Have nurse Fogerson reassigned/retrained or fired, Have tickets expunged, Celling assignment-either in HCU or single-celled, referral to pain management facility/Doctor, Hire a full time doctor, get rid of Wexford, have cleaning supplies available and have Commissary bring items during quarantine.

Per written response from D.O.N.: You were seen on 2-16-22, 2-22-22, 2-23-22. Had blood drawn on 3-4-22, an x-ray on 3-16-22 and seen by provider on 3-16-22. If you still need assistance, please request to be seen by dropping a note.

Per written response from K. Fogerson: I, Kristi Fogerson CMT, LPN am denying these negative allegations. I did inform individual Suane B52215 that the medications are scheduled at 8 pm. Per state nursing guidelines and policies, nurses have 1 hour before and 1 hour after the medication is scheduled to administer the medication. I was also, at that time, performing other job duties. It is not efficient use of time to jump back & forth between duties. I explained all of this to individual Suane B52215, as to why it was too early for medications or to sign a refusal. As far as his condition issues and complaints, I informed individual Suane B52215 that if he felt he needed different accommodations to drop a slip to see the doctor. He said that he was not going to in Health Care infirmary. Another option I gave him was to speak to the doctor about making his medication on an as needed basis. This would allow individual Suane B52215 to only have to come to pill line if he needed the medication, and not every night.

Suane has been seen by the medical provider on 3-16-22 and scheduled to be seen on 4-5-22. Suane is scheduled to see Dr. Brandt in Centralia in the near future. Suane was scheduled to see Mental Health on 3-24-22 and was scheduled for Telepsych on 11-29-21 & 12-21-21, Suane was scheduled for Nurse Sick call on the following dates: 12-6-21, 12-11-21, 12-19-21, 1-12-22, 1-19-22, 3-31-22 & 4-3-22. If Suane has further concerns, he should submit a written request to be seen through NSC.

Celling based on Medical concerns are made by the Facility Medical Provider.

Celling assignments, Staff discipline & assignments are determined by Administrative decision and warrant no further review.

Wexford's hiring practices and contract with the State are outside the jurisdiction of this facility.

Cleaning supplies are delivered to the housing units twice per day and are available for use from the Security Staff.

Commissary shopping schedules and delivery to quarantined housing units are determined by Administrative decision and warrants no further review.

A review of the 11-9-21 & 11-22-21 IDR's & Final Summaries indicates that the IDR's were read and no witnesses were requested. Suane B52215 was charged with Failure to Report on both dates. He pled not guilty to both stating, "I was in pain & I didn't go due to medical reasons." Suane was found guilty of Failure to Report based on Staff report stating on the above date and approximate time, CMT Fogerson was running evening pill line in HCU. Suane, Remy B52215 failed to report to HCU for scheduled medication. Individual positively identified by Offender 360 & medical records. The Program Committee recommended Verbal Reprimand and 1 Months B Grade-progressive discipline. The Warden concurred with both recommendations.

D.R. 504 procedures were followed and I find no grounds to change the decision or the disciplinary action.

*This was the 1st time she Started writing Me tickets and i stoped taking my mental Health meds I let it go Because They Said it was policy come to find out its Not This value is to show She refused to Respond Med. Believe they can do as They please*

Assigned Grievance #/Institution: Centralia C.C. C-415    Housing Unit: N5-44    Bed #: E

| 1st Lvl rec: 8-31-21 | **ILLINOIS DEPARTMENT OF CORRECTIONS**<br>**Offender's Grievance** | 2nd Lvl rec: 3/14/22 |

| Date: 8-31-21 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): cruel and unusual Punishment
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

RECEIVED
SEP 1 6 2021
Central Administration Building
Clinical Services

Date of report ___    Facility where issued ___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 8-30-21 Aprox Time 5:45pm i was called to health care it was raining down hard by the time i arrived to healthcare i Was Soakin Wet all the way down to my Socks and Shoes to Find out they did not need Me even though i Was so Wet i Was not mad i was ok with it things happen About 6pm i seen Nurse K. Folgarson She is the Nurse who passes out the
[x] Continued on reverse

**Relief Requested:** To receive No medical care at all from K. Folgarson im iN Fear of retaliation for this grievance From her. Any officer or other Staff herassment to me will be considered on her behalf. Believe My family is aware of what happens to Me! She needs re training of SMI patients

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Kemp Suane (Offender's Signature) | B-52215 (ID#) | 8-31-21 (Date) |

(Continue on reverse side if necessary)

RECEIVED

**Counselor's Response (if applicable)**    Date Received: 2/7/22    [ ] Send directly to Grievance Officer

SEP 01 2021

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:** Grievance forwarded to Nurse Folgarson for a Response on 9/14/21, 12/7/21, and 2/7/22. As of 2/7/22 Nurse Folgarson has failed to respond.

MAR 14 2022
CENTRALIA CORRECTIONAL CENTER
GRIEVANCE OFFICER

| P.S. Hy (Print Counselor's Name) | [signature] (Sign Counselor's Name) | 2/7/22 (Date) |

RECEIVED

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED

**EMERGENCY REVIEW:**    Date Received: SEP 07 2021

FEB 16 2022

Is this determined to be of an emergency nature?    CENTRALIA CORRECTIONAL CENTER

[ ] Yes; expedite emergency grievance

[x] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

ADMINISTRATIVE REVIEW BOARD

| [signature] Chief Administrative Officer's Signature | 9/3/21 Date |

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

B52215    1345748?

Per T. Suane 2-8-22 recieved Final → cell[?]

Assigned Grievance #/Institution: Centralia C.C.

Housing Unit: N3/14     Bad #:

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec:     2nd Lvl rec:

pills at pill line around 7:30 to 8:30pm my unit
goes i Knew it was to early to receive my
meds at this time but i explained to her i
had no more uniforms and my only shoes are
super wet Could She allow me to sign a
refusal atleast. She said no! She dont pass out
pills or do refusals till 6:30pm pills im Sure there
are rules. She had no compassion she could
care less i came for Nothing and was
Soaked She could of let me sign a refusal
To my Knowledge THE Administration and
Wexford, Medical make the rules not one
Nurse doing as she pleases to us. She loves
writting us tickets is what it realy was I
First came to centralia i had no pain
medication i could Not make it to pill line
Instead of K.Folgarson checking on me a
new inmate at the time Nope She just
wrote me a ticket. She was very unprofess
ional and snotty when i talk to her about
the refusal She did not even give me room to
speak she just walked off like blank Me
She was checking my spider bite Knowing
i go to pill line calling 6pm 6:30 pm making
me walk twice instead of calling me close
to pill line i explained to her i have physical
damage to my side breathing issues her
reply i have all Kinds of ADA patients they
do it. there medical issues have nothing to
do with me My 9th 10th Ribs a seperated and
my colon and splean are pushing through My
injuries are severe this is clearly physical
and Mental Abuse by K Folgarson I have
a Full lawsuit against Lawrence C.C For
similar issues like this. I am also SMI. I
receive Controled meds For pain and Anxiety
that Nurse had no problem giving me my pain
med because its as needed But She
could not give me my PTSD/Anxiety meds
Because it was to early But She allowed
me to sign a refusal so i would not have to
come back wet. But i Knew if i didnt come
back K. Folgarson would write me a ticket
So i put on dirty clothes and soaked gym
shoes. This women should not medicaly
be taking care of inmates i have not Met
an inmate who said anything good about
her. What i went through is a 8th
Amendment Violation of cruel and unusual
punishment at the hands of K Folgarson

Distribution: Master File; Offender     DOC 0046 (Rev. 01/2020)



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

June 23, 2022

Remy Suane
Register No. B52215
Centralia Correctional Center

This is in response to your grievances received on April 27, 2022, regarding Medical Treatment violations, Staff Conduct issues, Disciplinary Report being expunged, cell placement, Safety & Sanitations issues and Commissary concerns which were alleged to have occurred at Centralia Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Suane's grievances dated August 31, 2021, November 24, 2021, December 2, 2021, December 9, 2021, January 2, 2022, February 1, 2022, February 14, 2022 and March 1, 2022, state in summary that grievant has not been receiving adequate medical care, is experiencing  harassment from Nurse K. Fogerson, is being exposed to unsanitary conditions, is unable to shop commissary and has received disciplinary reports for things the grievant cannot control.

The Grievance Officer's Report #E21-11-189 and subsequent recommendation dated April 4, 2022, and disapproval by the Chief Administrative Officer on April 5, 2022, have been reviewed.

Based on a total review of all available information the review is mixed. It is noted that the Warden recommended the disciplinary reports be expunged and #202102588/1 and #202102710/1 were expunged from the disciplinary record of the grievant. Staff misconduct allegations are unsubstantiated.  The additional complaints made by the grievant have been appropriately addressed by the facility Administration. The grievant is receiving medical and mental health treatment.   This office has no authority to override the opinion of a licensed medical professional therefore the remainder of the grievance is denied.

FOR THE BOARD:

DeAnna Kink
Administrative Review Board

Rob Jeffreys
Director

cc:    Warden, Centralia Correctional Center
       Remy Suane Register #B52215

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in*
*offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov.idoc

Assigned Grievance #/Institution _Centralia C.C._     Housing Unit _53-04_  Bed #: _L_

1st Lvl rec: _____     2nd Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 4-21-22 | Offender (please print): _Suane_ | ID #: _B52,215_ | Race (optional): _W_ |
|---|---|---|---|
| Present Facility: _Centralia C.C._ | | Facility where grievance issue occurred: _Centralia_ | |

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☒ Medical Treatment   ☐ ADA Disability Accommodation

☐ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☒ Other (specify): _DR. Meyer's interfecing with outside DR. Ca_

☐ Disciplinary Report

_____ Date of report _____     _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer,** only if EMERGENCY grievance
   **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_On April 15, 2022, I seen outside DR. Brandt? at SSM St. Mary's For My leftside Flank Area injury The Doctor explained to me. My CT-scan was 2 yrs old and that another CT-scan was needed to see whats going inside Me. So the DR. was ordering another CT-SCAN. But the CT-scan needed approval by the prison/Wexford Health, I asked the DR. How long you think that would take DR. said_

☒ Continued on reverse

**Relief Requested:** _Outside DR. At SSM St. Mary's contacted directly for her order's do to possible med. record tampering By DR. Meyers She's in Suite 105 Direct investigation by Administration and CAO of Centralia C.C. / All outside DR's order's For my care be approved. / DR. Meyers terminated as Doctor Here at Centralia C.C. and all IDOC /talk to officers who took me to Hospital_

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Kiny Suane_                    _B52215_              _4-21-22_
Offender's Signature                ID#                    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

_____ Print Counselor's Name _____     _____ Sign Counselor's Name _____     _____ Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ Chief Administrative Officer's Signature _____     _4/21/22_ Date

Housing Unit: 83 04  Bed #: L

Assigned Grievance #/Institution: Centralia C.C.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                    2nd Lvl rec:

3 to 4 weeks. DR. Also stated She was ordering Diet pills
and i be placed on a low calorie diet. She told me also
lose 43 pounds and She could repair my left side. So me
and the officers came Back to the prison. 11-16-22. I talked
to Nurse Amy in healthcare She said that She did my paper work
She gave the paper work to a women named pam. The CT-Scan
needed to be approved, the diet pills and the diet plan i
would need to talk to MDA. MR. Smith or DR. Meyers on my
Follow up visit with either one MR. Smith or DR. Meyers/This
is where the issue of the grievance is: April 19, 2022. Follow up
visit with DR. Meyers around 7/m or so. He reads the report
says the DR. says you need to lose weight or you can not have
the surgery. So i told him about the DR. ordering me a
new CT-scan. He states the DR. did Not order you a
CT-scan. The diet pills, she did Not order that either
and he also stated we dont have diet pills here anyway
I did not even bother to mention the diet tray. Me just
mentioning what the outside DR. ordered seem to Anger DR.
Meyers. JONe would think the way DR. Meyers reacted ho
may be paying for my medical care out of his own pockets. He
was mad. I tryed to insist he got mader asked me to leave
we were done here he said. As i left, i told him i would take
this issue up higher he stated good call the Gover Nor I
listened to the outside DR.'s words carefully this is my life
and health we are talking about. The CO's heard everything. If
the outside DR. stated. I even asked CO WEST BROOK if
he thought i would get approved for the CT-Scan he
said he dont see why not the DR. said she was ordering
it. Dont worry Duane you'll get it we left the DR.'s office
went back to the prison. When an outside DR. orders
care for an inmates By law these orders must be carried
out. Legaly noone can interfere. DR. Meyers has been Denying
me a new CT-Scan since we been here starting July 21, 2022
using every excuse to not send me out to the Hospital Also
I Thank MD.A Mr. J Smith without him i would of never seen
this Doctor at St. Mary's. DR. Meyers seems to have a differant
agenda and its Not "inmates health care or safety.) Interfere:
1) to come in collison or be in opasition or impedes 2) to take
an unwarranted active part in the affaics of others. 3) to
affect one another, Merriam Webster Dictionary and CAD Not to
printed may 2020. For the prison Administration and CAD Not to
investigate this medical issue fully to the best of there
Ability. do to my health and Safety would Be failure to
protect. I even mentioned pam to DR. Meyers he stated
She's just a secretary she cant order a CT scan only
I myself or Mr. Smith can order it. DR. Meyers is a
Clear threat to my health and safety and possibly other
inmates. He needs to be removed as the Physician at
Centralia C.C. and all and any I DOC prisin he cares
for inmates, Our lives depend on it. Our primary care is
Not his goal.

DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 04/21/2022 | Date of Review: 05/03/2022 | Grievance # (optional) E-22-4-138 |
| Offender: Suane, Remy | | ID#: B52215 |

Nature of Grievance:

Medical Treatment

**Facts Reviewed:**

Suane B52215 filed a grievance dated 4-21-22 regarding outside referral/medical treatment and marked it as an emergency. The grievance was received on 4-21-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 4-22-22 deemed as an emergency. The grievance was forwarded to the Health Care unit to address the issue. Suane is claiming that he saw a Dr. Brandt at SSM St. Marys and was told he needed a new CT scan, she was ordering diet pills for him, he should be place on a low calorie diet and he needs to lose 43 pounds before she could repair his left side. Suane claims the problem begins with getting the CT approved by Wexford. Suane claims the diet pills & diet plan need to be discussed with either PA Smith or Dr. Myers and Dr. Myers acted like none of what Dr. Brandt had ordered was in the records. Dr. Myers just said that he would need to lose weight before a surgery could be scheduled. Suane claims Dr. Myers became angry and asked him to leave when Suane tried to discuss Dr. Brandt's orders. Suane claims that Dr. Myers continues to interfere with his medical treatment and does not have Suane's health and safety as a priority.

Relief requested is: "Outside Dr. at SSM St. Marys contacted directly For her order's do to possible med. record tampering by Dr. Meyers She's in suite 125 Direct Investigation by Administration and CAO of Centralia C.C./All outside DR's order's For my care be approved./Dr Meyer's terminated as Doctor Here at Centralia C.C. and all IDOC. Talk to officers who took me to Hospital."

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane has been seen and recommendations have been made for weight loss management so a surgery can be scheduled. Suane should follow the Dietary recommendations by limiting Commissary items not conducive to weight loss. Staff assignment and investigations are determined by Administrative decision and warrant no further review.

| Jeffrey Strubhart CCII | Jeffrey Strubhart Digitally signed by Jeffrey Strubhart Date: 2022.05.03 13:33:39 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: | ☒ I concur | ☐ I do not concur | ☐ Remand |

Action Taken:

Daniel Monti v4

Chief Administrative Officer's Signature                    5/3/22
                                                                    Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | ID# | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Per written response from AWP Harris for the Health Care unit: In review of Suane B52215 file as seen on 4/5/22, Physician Assistant J. Smith recommended a special diet for weight loss. Current weight  347; goal 220. The Dietary Manager has placed Suane B52215 on a high protein diet 2200 calories per day at PA request; weight will be checked every two weeks. Suane B52215  has been diagnosed with HTN, Asthma, Acid Reflux, Psych, Obesity, and HPL. All medications are DOT (Directly Observed Therapy). Suane B52215 was seen by Dr. Brandt on 4/15/22 regarding pain: left flank hernia. The office recommended a CT scan to serve as a clearer scope to treat the hernia properly. The recommendation also suggests exercise, weight loss, and calorie count. On this day blood pressure was 158/98; temp 97.5; pulse 83; and oxygen saturation 99%. An authorization for general surgery was submitted by Wexford on 3/29/22. In review of medical file- diet pills were not recognized as a supplement for weight management/control. Please see the attached commissary items purchased by Suane B52215. It is my opinion, that Suane B52215 is aware of his weight loss management and control recommended by both Dr. Brandt and PA Smith and continues to purchase food items that are not conducive to weight management/control.

Staff assignment and investigations are determined by Administrative decision and warrant no further review.

Suane has been seen by an outside provider and recommendations have been forwarded to Wexford and Centralia CC Health care providers. The facility Medical provider reviews recommendations from outside providers and makes treatment recommendations based on these recommendations and from observations/evaluations completed at the facility.

Suane has been placed on a special high protein diet with weight checks every two weeks. An authorization for general surgery has been requested through Wexford. A review of Suane's commissary purchases was conducted and indicates that Suane is purchasing items that are not conducive to weight management/control. If Suane wishes to receive the recommended surgery, Suane should take the dietary recommendations more seriously and not purchase items that directly affect weight loss management.

Distribution.   Master File, Offender                              Page 2                              DOC 0047 (Rev. 3/2016)

Printed on Recycled Paper



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Remy Suane

ID# : B52215

Facility: Centralia

5/24/22
Date

This is in response to your grievance received on __5.11.22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4.21.22    Grievance Number: E22-4-138    Griev Loc: Centralia

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

■ Other    Medical Treatment - 4.15.22 - saw outside Doctor who ordered CT scan, diet pills, low calorie diet before surgery. Dr Myers refused orders

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other:  Mixed: Special diet was recommended and Grievant was placed on a high protein diet by Dietary however, diet pills are not approved.

Staff discipline is an Administrative decision.  Treatment is at the discretion of the licensed medical provider.

FOR THE BOARD: _____
DeAnna Kink
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, __Centralia__ Correctional Center
Remy Suane , ID# B52215

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

E-22-5-45

Assigned Grievance #/Institution: Centralia C.C. Housing Unit: [illegible] Bed #: [illegible]

1st Lvl rec: [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec: 5/9/22

| Date: 5-5-22 | Offender (please print): [illegible] | ID #: [illegible] | Race (optional): W |
|---|---|---|---|
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☐ Other (specify): ______
- ☐ Disciplinary Report ______ Date of report ______ Facility where issued

RECEIVED

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 5-5-22 I talked to Mr Smith of the [illegible] about special order gym shoes do to the fact I am an ADA Medically obesity inmate do to the fact I have [illegible] pair of [illegible] Gym shoes from commissary already that have broken down on the inside of the shoes do to the fact these gym shoes cannot hold my weight I have to stuff the gym shoes [illegible]

☐ Continued on reverse

**Relief Requested:**

Gym shoes special ordered by my family [illegible] to Wexford Medical [illegible] Centralia C.C. [illegible] special ordered medical shoes ordered by medical [illegible] which will be at cost to Wexford Medical [illegible] and Centralia C.C. my issue is Medical

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

[illegible signature] Offender's Signature | [illegible] ID# | 5-5-22 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable) Date Received: ______ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

______ Print Counselor's Name ______ Sign Counselor's Name ______ Date

**Note to offender:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:** Date Received: ______

Is this determined to be of an emergency nature:

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

[signature] Chief Administrative Officer's Signature | 5/6/22 Date

DOC 0046 (Rev. 01/2020)

Housing Unit _____  Bed # _____

Assigned Grievance #/Institution _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec                                                        2nd Lvl rec

E 2-2462 97

Assigned Grievance #/Institution    Centralia C.C.    Housing Unit 33-04    Bed #: 2

1st Lvl rec.    ILLINOIS DEPARTMENT OF CORRECTIONS    2nd Lvl rec. 5/9/22
**Offender's Grievance**

| Date: 5-4-22 | Offender (please print): Syane | ID #: 652215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

| ☐ Personal Property | ☐ Mail Handling | ☒ Medical Treatment | ☒ ADA Disability Accommodation |
| ☐ Staff Conduct | ☒ Dietary | ☐ HIPAA | ☐ Restoration of Sentence Credit |
| ☐ Transfer Denial by Facility | ☐ Other (specify): | | |
| ☐ Disciplinary Report | | | |

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am a ADA Obesity Disabled inmate) I have been placed on a Diet Tray pec. medical and outside Dr. Brandt at St Mary's Hospital. To lose weight for a Much Needed surgery to repair My left Flank area injuries. Sunday 5-1-22 during breakfast I was told by dietary supervisor, that the tray was high Protein ON the line. Biscuits, gravy and cornflakes are not a high protein meal. Today ON 5-4-22 i was told by another

☒ Continued on reverse

**Relief Requested:**

To receive Whatever Protein Meals Dietary can truly provide me without extra cost to the institution.) To be allowed to purchase to buy (to fish, steaks, (to Mackerel, a rice, (beans, Sove beans Cody when Commissary has these items Available) Twin Lakes, Beans, Salad, whatever dietary offers for the day that can help me lose weight for my situation. For grievance

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Kerry Keane | 652215 | 5-4-22 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to  Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated.  Offender should submit this grievance according to standard grievance procedure.

| D.L.M for | 5/6/22 |
| Chief Administrative Officer's Signature | Date |

Page 1 of 2    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution _Centralia C.C.___     Housing Unit _S3-D4_   Bed #: _L_

1st Lvl rec:
ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**
2nd Lvl rec:

dietary Supervisor, that i just get a regular tray of
Watlles, Syrup, oatmeal (milk) wats, juice and at Breakfast
i just get a regular tray and lunch and dinner i get
extra Protien. These food supervisors are Not Named. Due
to the Fact its not their Fault they can only provide me
whats available for them the fault is of the Illinois
Department of Corrections they only allow Certian diets. Nothing a
food Supervisor can do about this they have tried to do what
they can for me though but that they has been ordered do
to medical diets. Ordered by Medical Staff. How real
outside Medical Staff to referring in anyways to
Intefere with medical treatment. I suffered Pain everyday
do to my injurys. i need this Surgery. These High
Protien foods like tuna, eggs, Beans, chicken, etc, I dont
expect the institution to cook food. Thats a Sin people
are starving in this world. But other diets Provide tuna,
eggs, etc. Peaniuts. When these diets are getting tuna,
eggs, chicken, Beans, Salads, I should be able to get
Some its gonna go to the garbage anyways. I'm Not
asking for Special treatment or cook me Special meals
this is Not the Hilton. I'm asking this Institution to
help me get my goal weight to lose 45 Pounds. and
have Surgery. Maybe im hoper to live a little
longer. I do what i can i buy all the fish i
can. get my Proteins on, Beans and Rice, I'm doing my
Part i dont eat Salads, bread, chips, pop, crackers
Once in awhile i eat a needle. I can only buy so
many fish, so many rice and beans. ~~●○●~~
~~●○●●○●●○●●○●~~ i only eat fish, rice beans and Noodles
if i buy. tea. No junk food. ~~●○●●○●●○●●○●~~
~~●○●●○●~~ But im doing it to Save my life Hopefully
to live anotherday to See my children and grandchildren
Again one Day. And retaliation for what im explaining to
you. its likes a Crappy Diet meals From the institution
and being able to Provide myself these meals by me paying
for them. will be such Interfering with my medical care.
i believe i should Pay for Medical - My diet meals. And i
will if the institution will allow me too. I'll spend every
dime i receive on Food. i need it now. it saves you money.
You can use if for Something else. Thank you

I'm Not Trying to Cause harm you only with your
help can i see this happen. Please help me if you can!

IDOC 0046 (Rev. 01/2020)

E-2265158

Assigned Grievance #/Institution: Centralia C.C.

History # Ord: S3 04    Ref # L

1st Lvl rec: ✓

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 5-18-22 | Offender (please print): Suane | ID #: BS2215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [X] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

RECEIVED

Date of report _____  Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Failure to carry out medical orders: Such cases often involve the failure to provide prescribed medication or or failure to act on medical recommendation for surgery or for other specialized care. Hospitalization or other care not available. ON 4-15-22 Dr. Brandt of Saint Mary's hospital located in Centralia IL. Recommeded a CT scan, Diet pills, and a diet tray. Which are needed for my Surgery to

[X] Continued on reverse

**Relief Requested:**

Be provided the diet pills to lose weight faster for surgery. / For medical to provide me medical gym Shoes that will hold my weight so i can exercise by walking like Dr. Brandt recroments. I cant wear boots everyday all day I have severe L3,L4,L5,LSLS back injuries. Warden Month to work with me for my Medical Needs. No More further Sanctions By Warden Harris/Warden Month, talk to me personaly

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Remy Suane    BS2215    5-18-22
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?
[✓] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

N/A

Chief Administrative Officer's Signature    5/20/22    Date

DOC 0046 (Rev. 01/2020)

Assigned Grievance After Moving ___ Centralia C.C.    Nursing Unit: S3-04    Bed # L

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

to repair my left flank hernia where my spleen and colon need
to be pushed back in and the inside of my left flank area repaired
to hold these organs in place. On 5-12-22 MD.A J Smith said he
was checking on the status of the CT-SCAN, But the diet pills
were just a recommendation. These diet pills were recommended
to lose weight for major surgery. And should be carried out. Some
such cases involve (conduct by doctors that simply makes no
sense) like on 4-19-22 Dr. Meyer's statement we don't have diet pills.
He denied all these recommendations were even ordered by Dr Brandt
at all. To deny me this care. Even showed me medical documents that
had nothing to do with my 4-15-22 Dr's Visit with Dr. Brandt. 5-12-22
MD.A J Smith showed me the 4-15-22 recommendations, CT scan,
Diet pills, diet. (Failure to respond to apparently serious complaints or
refusing to carry out prescribed or recommended treatments
For no apparent reason.) The constitution is violated "If deliberate
indifference caused an easier and less efficacious treatment to be
consciously chosen by the doctors.) MD.A Smith placed me on a
diet way before I saw Dr Brandt. I was 350.8 pounds then.
And he stated as long as I show weight loss He will continue the
diet. My last weight was Thursday 5-12-22 and was 339 pounds
which shows im compliant with weight loss. I lost 11 pounds since
my beginning way in on 4-10-22 of 350.8 Smith stated 6 to 7
pounds a month is good progress. I lost 11 pounds in a month
and 2 days. 350.8 weight was taken by Nurse Britney on 4-10-22
So no matter what Warden Harris stated in her reply to a grievance
about my purchases from commissary. I'm more than compliant to my
diet plan by MD.A Smith. Warden Harris should check what Feds im
being fed for my diet at dietary. I get the same food other inmates
are getting. Except I receive more eggs, peanut butter, extra meat. If
I ate everything on these trays id get as big as a house. I eat all
the extra protein dietary provides me. I don't eat the bread, tortillas,
the extra protein dietary provides me. I count my calories
cookies, cakes. What I purchase should not matter. I count my calories
try to stay under 1500 calories a day. Im doing a pretty good job.
The diet pills would curve my hunger. I'd eat even less lose weight
Faster. providing me just a diet tray is just taking the cheaper way out
period. and not wanting to pay for the diet. I could only suggest Warden
Harris not get to medically involved she's not a medical professional and her
action seems to be trying to help medical cover there actions up. Which Now
legally will involve Centralia C.C. and Idoc. Which im trying to avoid because
serious Centralia C.C. Staff have tried to help me. I'd like to keep it
this way. (It seems to us that when prison officials or medical staff
refer a prisoner to an outside consultant, they are in effect
conceding that there own judgment is not sufficient to address the
prisoners medical condition, and if they disregard the consultants
directions?) I'm fixely truly wanted to file suit I could. Thats not my
mission. "Missing Dr. Brandt said lose 43 pounds from her way in of 343
pounds. Which be 300 pnds she can do the surgery. the goal weight of 220
pounds is my goal presendly. Since Warden Harris got involved. They refuse
to order or allow my family to order shoes that will hold my weight. Taken
away my over the counter meds. Making me walk for meds I can hold in my
cell. Take on my own. Causing me more pain. I asked Warden Harris For
her help. She's just caused me more issue's.    DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|

Date Received: 05/06/2022          Date of Review: 06/17/2022          Grievance # (optional): E-22-5-45

Offender: Suane, Remy          ID#: B52215

Nature of Grievance:

Special shoes & Special diet/commissary

Facts Reviewed:

Suane B52215 filed 3 grievances E-22-5-45 dated 5-5-22, E-22-5-47 dated 5-4-22 & E-22-5-158 dated 5-18-22 regarding shoes & diet pills/commissary and marked them as emergencies. The grievances were received on 5-6-22 (2) & 5-20-22 by the Grievance Office and forwarded to the Warden. The grievances were returned to the Grievance Office on 5-9-22 (2) & 5-24-22 deemed as emergencies. The grievances were forwarded to Health Care to address the issue. Suane claims to have spoken to Medical Staff about having family special order gym shoes because the ones in Commissary can't hold his weight. Suane claims the boots he has are designed for walking for exercise. Suane claims to have been placed on a diet tray per Medical & an outside Dr. (Brandt) to lose weight or a surgery to repair the left flank. Suane claims the trays he is receiving are not high protein as prescribed, he gets a regular tray for all three meals. Suane claims that high protein foods are available (tuna, eggs, beans & chicken). Suane claims to purchase fish, rice and beans from Commissary, no sweets, bread, chips, pop or crackers. Suane claims to want to pay for his diet meals. Suane claims that the facility is failing to carry out medical orders. Suane claims the diet pills prescribed are not being ordered/given. This along with the improper diet are making it difficult to lose the weight he needs for the surgery, but he is losing weight.

con't

Recommendation:

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane has been prescribed a high protein diet effective 4-5-22 and should follow this with Commissary items as well. Special order gym shoes and the use of diet pills will be determined by Medical staff and Suane will be seen by the MD for further evaluation.

Jeffrey Strubhart CCII          *Jeffrey Strubhart* Digitally signed by Jeffrey Strubhart Date: 2022.06.17 14:29:42 -05'00'

Print Grievance Officer's Name          Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| | Chief Administrative Officer's Response | |
|---|---|---|

Date Received:          ☒ I concur          ☐ I do not concur          ☐ Remand

Action Taken:

*Daniel Monti* IH          6/17/22

Chief Administrative Officer's Signature          Date

| | Offender's Appeal To The Director | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature          ID#          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

---

Relief requested is: "Gym Shoes special ordered by My Family which is at No cost to Wexford Medical, IDOC or Centralia C.C.) or Special ordered medical Shoe's ordered by medical do to obesity. Which will be at Cost to Wexford, Medical, IDOC and Centralia C.C. My issue is Medical. To recieve Whatever protein Meals Dietary can truly provide me Without extra Cost to the institution.) To be allowed to purchase 16 tuna 16 Fish Steaks, 16 Mackeral, 8 rice, 8 Beans, & Rice & Beans. Only When Commissary has these items Available) Tuna, eggs, beans, Salad whatever dietary opens for the day that can help me lose weight) No retaliation For grievance. Be provided the diet pills to lose weight Faster For surgery./ For medical to provide Me Medical gym shoes that will hold my weight so i can exercise by walking like Dr. Brandt reccomends. I cant wear boots everyday allday I have severe L3,L4,L5 L5L5 Back injuries. Warden Monti to work with Me For My Medical Needs. No More Further Sanctions By Warden Harris/Warden Monti talk to Me personaly."

Per 6-13-22 written response from Health Care: A review of his file indicates the following responses to the said grievances. Suane was placed on DOT (direct observation Therapy) of medication due to failure to take medication as required, to be lifted from a high protein diet to a regular diet as said in the grievance will be a result of the physician's medical review, special order of gym shoes due to the quality sold in commissary. The recommendation for this request will be determined by medical authority. The grievant issue of diet pills is as follows: They were not approved by the Medical director however, he will be placed on the doctor's line for further evaluation and assessment.

Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane has been prescribed a high protein diet effective 4-5-22 and should follow this with Commissary items as well. Special order gym shoes and the use of diet pills will be determined by Medical staff and Suane will be placed on the line with the MD for further evaluation. If Suane has further concerns, he should submit a written request for Nurse Sick Call.

Commissary limits are an Administrative decision and warrants no further review.



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Suane, Remy

ID# : B52215

Facility: Centralia

Date: 7/11/22

This is in response to your grievance received on 6/29/22 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5/4-5 & 5/18/22  Grievance Number: E-22-5-45  Griev Loc: Centralia

- [ ] Transfer denied by the Facility
- [x] Dietary  claims not receiving recommended diet tray
- [ ] Personal Property
- [ ] Mailroom/Publications
- [ ] Assignment (job, cell)
- [x] Commissary / Trust Fund  claims not able to have proper gym shoes to accommodate weight
- [ ] Conditions (cell conditions, cleaning supplies, etc.)
- [ ] Disciplinary Report: Dated: _____  Incident # _____
- [x] Other  Medical treatment; claims improper medical treatment as diet pills prescription are not being ordered

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed  Warden _____ is advised to provide a written response of corrective action to this office by
  _____
- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [ ] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [x] Other:  Per HCUA response, Individual in Custody medical care is being addressed, including diet meal recommendation.

- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- [ ] Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

Special medical permits will be at the approval of facility administration. Continue to request Medical Unit for further health need.

Grievance is denied

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Centralia _____ Correctional Center
Suane, Remy _____ ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: Centralia C.C.    Housing Unit S3-04    Bed # 2

1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**    2nd Lvl rec 6/24/22

| Date: 6/21/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 6/14/22 i seen Dr. Meyers for my Continueing Left Flank Hernia pain and severe back pain the pain medication provided by Dr. Meyers has Not Worked. Regular Tylenol is for minor aches and pains its Not for long lasting chronic pain. On 6/14/22 Dr. Meyers raised my Tylenol from 500mg to 1000mg 3x daily as Needed. I've had Chronic pain Since my [x] Continued on reverse

Relief Requested:

Wexford Health Inc. To hire a Medical pain Managment Specialist, Send me to a Back specialist and pain Managment specialist for my Back issue's and left Flank area Hernia pain

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Remy Suane    B52215    6/21/22
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

JUN 23 2022
CENTRALIA CORRECTIONAL CTR
GRIEVANCE OFFICER

D Mart PN    6-23-22
Chief Administrative Officer's Signature    Date

Page 1 of 2

Distribution: Master File; Offender    DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _Centralia C.C._    Housing Unit _S3-D4_    Bed #: _2_

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                    2nd Lvl rec:

2017 car accident do to these injuries. Dr. Meyers refuses to provide me my regular chronic pain Medication for 6 Months Now. I've tryed everything he has asked me to try for pain. All its done is caused me more suffering and pain. Wexford refuses to hice a pain managment specialist. These doctors truely deal with sever chronic pain issues like mine. I was seeing one before i came to prison. I was doing fine with pain managment and physical Therapy At this point do to pain mentaly and physically its taking a toll on me. I'm already suffering from Mental illnesses this pain makes it worse.

DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|

**Date Received:** 06/23/2022     **Date of Review:** 08/19/2022     **Grievance #** (optional): E-22-6-190

**Offender:** Suane, Remy     **ID#:** B52215

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Suane B52215 filed a grievance dated 6-21-22 regarding medical treatment and marked it as an emergency. The grievance was received on 6-23-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 6-24-22 deemed as an emergency. The grievance was forwarded to Health Care for their review. Suane claims to have been seen by Dr. Myers on 6-14-22 for the continued left flank hernia pain. Suane claims the Tylenol, (which is for minor aches & pains) dosage was raised from 500 mg to 1000 mg 3x daily as needed. Suane claims the Tylenol does not help and he needs to have his regular chronic pain medication, but Dr. Myers refuses to order it. Suane claims that Wexford needs to hire a pain management specialist.

Relief requested is: "Wexford Health Inc. To hire a Medical pain Managment Specialist, Send me to a Back specialist and pain managment specialist For my Back issues and left Flank area Hernia pain."

Per written response from Health Care: Seen by Dr. Meyers who increased 500mg of Tylenol to 1000 mg of Tylenol 3x daily.

Suane has been seen by the MD and the Tylenol prescription was increased from 500 mg to 1000 mg. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be partially upheld. Suane has been seen by the MD and the Tylenol prescription was increased from 500 mg to 1000 mg. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

Jeffrey Strubhart CCII         *Jeffrey Strubhart* <small>Digitally signed by Jeffrey Strubhart Date: 2022.08.19 10:47:17 -05'00'</small>

Print Grievance Officer's Name           Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| | Chief Administrative Officer's Response | |
|---|---|---|

**Date Received:**     ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature         8/19/22
                                                                    Date

| | Offender's Appeal To The Director | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature         ID#         Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)



DOC 0047 (Rev. 3/2019)

Distribution:   Master File; Offender



J.B. Pritzker
Governor

Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Suane, Remy

ID#: B52215

9/6/22
Date

Facility: Centralia

This is in response to your grievance received on 8/31/22 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 6/21/22     Grievance Number: E-22-6-190     Griev Loc: Centralia

- ☐ Transfer denied by the Facility
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Assignment (job, cell)
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident #
- ☑ Other   Medical treatment; 6/14/22, saw Dr. Meyers for continuing left flank hernia but the medication provided has not worked

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other: _____

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC: Warden, Centralia _____ Correctional Center
Suane, Remy _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: Centralia C.C.    House # / Pod: S3-D4    Bed # L

1st Lvl rcv: ✓

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rcv: 6/27/22

| Date: 6/23/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☒ Medical Treatment
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☐ Transfer Denial by Facility
- ☐ Other (specify): _____
- ☐ Disciplinary Report

Date of report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 6/23/22 My unit c/o Dierkes informed me i had a 8am sick call pass. For HCU, I go to health care the officer on duty at health Finds my name on his list signs me in. A few days before this i seen the older kinda tall skinny white hair Nurse For a spider bite. She addressed the issue properly gave me cream and band aids told me I signed you up to see the doctor. This Thursday which is today 6/23.

☒ Continued on reverse

**Relief Requested:**

For Nurse Kelly to know and understand IDOC and this Institution will not allow Medical Abuse or Neglect against there inmate's if She can not grasp this concept. She needs to seek New employment her poor unprofessional behavior will not be tolerated by IDOC or Centralia C.C.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Remy Suane    B52215    6/23/22
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____
_____

Print Counselor's Name _____ Sign Counselor's Name _____ Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

D Moti mu
Chief Administrative Officer's Signature    6-24-22 3°°
Page 1 of 2    Date

Distribution: Master File, Offender    DOC 0046 (Rev. 01/2020)

RECEIVED
JUN 24 2022
CENTRALIA CORRECTIONAL CENTER
GRIEVANCE OFFICER

Assigned Grievance #/Institution:  Centralia C.C.   Housing Unit  S3-D4  Bed #  L

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Nurse Kelly States well your Not on my list. And refuses to properly address my spider bite which is very red now looks infected. This infection can go into my blood stream. Ive been on quarantine since 6/16/22 i Noticed this bite 6/17 or 18/22 the Dr. Could Not see me because of quarantine so 6 days Now ive had this possible infection in my Body. Nurse Kelly disregaurded my health and safety and refused to treat Me. This is the second time ive been biten by a spider. I need antibiotics its Not gonna just go away. Nurse Kelly had the look of disgust on her face from seeing Me. In reading her lips she was telling me other Nurses he's over here so Much im tired of seeing him. Then the other blond haired Nurse i asked her For Antibiotic cream. She gave me one packet. I had to ask for medical care. Because i was being refused medical by Nurse Kelly because im Not on her list. I'm on the institutions prison call pass list because medical staff signed me up for it. Nurse Kelly was telling the tall heavy set Nurse ~~she was tired of~~ ~~im over~~ there so much she's tired of seeing ~~me~~ Me. The tall heavy set Nurse is the one who said yes to allow me to have the cream. If Not i would of gotten No medical care at all. Nurse Kelly was very unprofessional and allowed her personal feelings about me get in the way of my health care and wellness. She's Not here to be my friend. Her medical oath is to medicaly care for me, to the best of her ability and bring me back to health the best She medicaly knows how. She has violated that oath. There is alot of communication problems in medical here at Centralia C.C. Alot of unprofessional and inadequate medical care. Wexford and IDOC needs to do a better job in screening the qualifications and proper medical documents. Before they hire medical staff who should protect our health. Not treat my life like its expendable and it dont matter if i live or die health wise. These kind of staff members are Not only a danger to my health and safety. But a security and safety issue for IDOC and its Institutions. Also a legal liability to IDOC. do the math. 90% of your civil suits are because of medical staff and Wexford Medical Health Inc. by terminating Wexfords contracts you would save millions of dollars in settlements, civil suit losses, lawyer fees, higher Medical Bills do to severe delays, because Wexfords policy is to keep as many inmates from getting outside medical care. Who pays? The Illinois Tax payers. who are the tax payers all of you who work here all our families. all of Illinois pays

Distribution: Master File; Offender
DOC 0046 (Rev. 01/2020)

while Wexford gets richer!

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/23/2022 | Date of Review: 08/19/2022 | Grievance # (optional): E-22-6-202 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Medical Treatment & Staff

**Facts Reviewed:**

Suane B52215 filed a grievance dated 6-23-22 regarding medical treatment & Staff and marked it as an emergency. The grievance was received on 6-23-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 6-24-22 deemed as an emergency. The grievance was forwarded to Health Care for their review. Suane claims to have been bitten by a spider and been seen and treated for this previously. Suane claims on 6-23-22 he was sent to HCU for a call pass by the Housing unit C/O and signed in by the HCU officer only to be told by the Nurse (Kelly) that he was not on her list. Suane claims that another Nurse allowed him to get a some antibiotic cream. Suane claims that if IDOC would get rid of Wexford it would save the State of Illinois millions of dollars.

Relief requested is: "For Nurse Kelly to Know and understand IDOC and this Institution will not allow medical Abuse or neglect against there inmate's if she can not grasp this concept she needs to seek New employment her poor unprofessional behavior will not be tolerated by IDOC or Centralia C.C."

Per written response from Health Care: Suane received antibiotic cream.

Suane has been seen & received antibiotic cream. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be partially upheld. Suane has been seen & received antibiotic cream. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

| Jeffrey Strubhart CCII | Jeffrey Strubhart   Digitally signed by Jeffrey Strubhart Date: 2022.08.19 11:12.37 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ☑ I concur ☐ I do not concur ☐ Remand | |

**Action Taken:**

Chief Administrative Officer's Signature                                8/19/22
                                                                          Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | ID# | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)



J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Suane, Remy

ID#: B52215

Facility: Centralia

9/6/22
Date

This is in response to your grievance received on __8/31/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 6/23/22    Grievance Number: E-22-06-202    Griev Loc: Centralia

- ☐ Transfer denied by the Facility
- ☐ Dietary _____
- ☐ Personal Property _____
- ☐ Mailroom/Publications _____
- ☐ Assignment (job, cell) _____
- ☐ Commissary / Trust Fund _____
- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☑ Other   Medical treatment; 6/23/22 claims inappropriate medical treatment from nurse Kelly

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☐ Other: _____

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD:

Adewale Kuforiji
Administrative Review Board

CONCURRED:

Rob Jeffreys
Director

CC: Warden, Centralia Correctional Center
Suane, Remy , ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Pages 1 to 6 are my original copies
where Warden Monti Refuses to deem
this grievance emergency or Non emergency So
8/26/22 i refiled it.

Pages 1 to 11 is what came back from
Springfield which i Never Sent any of this to
springfield All these documents are what i refiled
with the grievance officer Mr Daniel Morgan, When
Warden Monti First refused to deem the
grievance emergency or Non emergency. this
grievance has two Numbers   8/2/22 original #
E-22-8-19 / 8/29/22 after being refiled   8/26/22
New # E-22-8-240. / Page 1 of Pages 1 to 11
From ARB they dont even place what grievance #
this grievance is? If i was the one who filed
this grievance. it would be denied. Warden Monti
has Not deemed it Emergency or Non Emergency
has Not even Signed it? There's Not even the
grievance officers reply from grievance officer Daniel
Morgan. (ARB) Adewale Kuforiji States "No merit
grievance" they refused to properly File this
grievance correctly through all three Steps. IF i did
this it would be denied. But they do whatever they
want comes back "No merit grievance" Its very clear
My medical Health and well being. Means Nothing
to centralia C.C Staff or Springfield. Warden
Monti Never Signed it. Director Rob Jeffreys

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/02/22 09:40:19:930 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN ACADEMIC |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** KOHRMANN, ANGELA L., Office Coordinator | |

Received grievance marked emergency on 8/2/22, assigned #E-22-8-19 , forwarded to Warden on 8/2/22. Nature of grievance: medical permits/medical doctor coverage

Filed with refiled of grievance
# E-22-8-19  8/26/22

24 days after original fileing
that Warden Monti Refuses to
deem this grievance Emergency
or Non Emergency

Page 1 of 6

Primary Dr.

No Dr. Hr

No Doctor at all at this time

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/29/22 08:58:56:977 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** | MORGAN, DANIEL J., Correctional Counselor I |

Received grievance marked emergency on 8/29/22, assigned #E-22-8-240, forwarded to Warden on 8/29/22.  Nature of grievance: medical treatment

This grievance's original Number is #E-22-8-19 why they changed the Number? to E-22-8-240 ? #E-22-8-19 was originaly Filed 8-1-22 Warden Daniel Monti Refused to Deem it Emergency or Non Emergency. I Sent original Counseling Summary and the Same letter i sent to warden Monti to grievance officer So they do Know whats going on.

**Print Date  8/29/2022**

2 of 6

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/30/22 07:45:51:427 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** | STRUBHART, JEFFREY L., Correctional Counselor II |

Your grievance # E-22-8-240 dated 8-1-22 regarding Medical Tx & ADA has been deemed an emergency and forwarded for response from Health Care and the ADA Coordinator.

Since i refiled grievance #E-22-8-19 with this letter and original grievance they changed the grievance # to E-22-8-240 on 8/29/22) # E-22-8-19 Warden Monti refused to deem emergency or NON emergency #E-22-8-240 which is the exact grievance of #E-22-8-19. #E-22-8-240 has been deemed Emergency

Refiled : 8/26/22

Assigned Grievance #/Institution: __Centralia C.C.__    Housing Unit: __S3-04__  Bed #: __L__

**ILLINOIS DEPARTMENT OF CORRECTIONS**
1st Lvl rec: _____    **Offender's Grievance**    2nd Lvl rec: _____

| Date: 8/1/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |
|---|---|---|---|

Present Facility: __Centralia C.C.__    Facility where grievance issue occurred: __Centralia__

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report
- ☐ Mail Handling
- ☐ Dietary
- ☒ Other (specify): __Security & Safety of Physical Health__
- ☒ Medical Treatment
- ☐ HIPAA
- ☒ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

_____ Date of report _____    _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated locked receptacle marked "grievance":

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer**, only if EMERGENCY grievance
Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

as of 8/1/22 it has been over one year according to your own medical Staff that Wexford Health and I.D.O.C Jhas failed or refused to hire a Full time primary care Dr. According to Administrative Staff of Centralia C.C. Dr. P. Meyers Ji only here 10 hrs a week. Also according to Medical Staff there is Now No Doctor here at all. And this is the reason why My medical ☒ Continued on reverse

**Relief Requested:** My medical permits renewed imediately please. / an imediate Medical Transfer do to medical neglect and abuse here at centralia C.C. Do to the fact Director Rob Jeffreys and Wexford Medical refuse to make medical Corrections at this Facility. To an Institution with proper Medical Staff & Care.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

__Remy L Suane__    __B52215__    __8-1-22__
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____
_____

_____ Print Counselor's Name _____    _____ Sign Counselor's Name _____    _____ Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____    _____ Date _____

Page 1 of 2    DOC 0046 (Rev. 01/2020)

4 of 6

Assigned Grievance #/Institution: **Centralia C.C.**    Housing Unit: **S3-D4**    Bed #: **L**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                    2nd Lvl rec:

permits for slow walk and waist chains have not and cannot be renewed. There's No Doctor to do so. This places My life in Medical Danger. Do to severe Medical injuries of a left flank hernia where my colon and spleen have pushed through. And Multilevel facet degeneration. I'M being forced to walk with regular line Movement which causes Me pain to try to keep up with other inmates. The waist chain permit is do to the fact being hand cuffed behind my back do to my injuries of left flank hernia where there is Now a lump the size of a softball slowly causes Me to stop breathing My Broncitis/Asthma makes it worse. My life has been placed in Medical Danger at this time. To the point i fear for My lifes Health and safety from possible death. These Medical issues are facts its in my medical records file in Centralia C.C. HCU. your indangering My life at this time

DOC 0046 (Rev. 01/2020)

Distribution: Master File; Offender

Filed with Grievance

# E-22-8-19   8/26/22

Now # E-22-8-40

To: Warden Daniel Monti,
also Director Rob Jeffreys &   Aug. 8, 2022
Medical Director Steven Bowman
    Wexford Health...

Grievance # E-22-8-19 was forwarded to
warden Daniel Monti Marked Emergency.
According to Staff Kohman Angela L.
Office Coordinator... Medical Permits/
medical Doctor Coverage. You fail to
Deem this grievance Non Emergency or
Emergency. At this time. Warden Monti
and Director Jeffreys. Are Ilegaly
operating Centralia C.C. Without a
Doctor. indangering My life and many
other medicaly ill inmates with
serious medical needs. This is not
only ilegal. But also Constitutes a
criminal act. Wexford is in violation
of complying with there contract to
provide proper medical Staff. One year
No full time Doctor has been here.
For one year we have only had a doctor
Dr Meyers 10# hours per week for 1,300
plus inmates. You do nothing to stop
this. You are legaly and criminaly
as guilty as Wexford Health Inc.   over →
Director Bowman also   /S/ Perry L Swaine
does Nothing to stop this.   #B52215
5 of 6

To: Jeffrey Strubhart

July 22, 2022

Once again for the 3rd time now. You are allowing Medical to believe they can answer emergency grievances when they feel like it. (Grievance # E-22-6-92 its been almost a month and a half. (6-11-22) (Grievance # E-22-6-190 in 2 days it will be a month 6-24-22) I would also like to know where grievance # E-22-6-202 went to marked also recieved 6-24-22 Springfields answer is this issue has been addressed. It seems it has not because your clearly still doing it. My daughter will keep contacting the Director Rob Jeffreys no problem. Here's his chicago info. office 312-814-3017 Fax 312-814-3542 email rob.jeffreys@ illinois.gov What your allowing is medical to tamper with my health. You can save these letters for count. Because you will be there!

Sincerly

Remy Suane

#B52215

E-22-6-92 returned to you on 8/2/22

6 of 6        E-22-6-190 Still Waiting Hcu respone.

Grievance office has NO CONTROL over
What HCU does or does Not do.

Mailed Via prison Mailto: Warden
Hariss 7/15/22  she sent this
Back to Me

To: Director Rob JeFFreys, Warden Daniel Monti,
WexFord Medical Health INC, All ILLINOis
Department of Corrections Medical STaFF
of Centralia Corr. Center, D.O.N Renata
Lowery, Doctor Meyers, Primary
Physician Shah Vipinchandra K, MD.
and P.A. J. Smith

At this time I Remy Suane B52215 duly
State and Swear. I am being improperly
inadequately being properly medicaly
cared for. For sever Chronic pain.
For a LeFt Lateral Hernia, DJD
Spine Bilateral Spondylolysis at L5,
Multilevel Facet degeneration in My
Lower Back, I have L3, L4, L5, LS L5
Lower back injuries that are documented
By my Outside DR. Neeraj Jain MD. OaK
Brook Surgical Centre INC. 2425 W
22 Nd ST  OaKBrook IL, 60523-4642
Phone (630)-928-1048, (630)-990-3130 I
Also recieved Physical Therapy at Advance
Physical Therapy 1731 N Western Ave
Chicago IL. You reFuse to order these
Outside Medical Records. DR. Meyers refuses
to provide proper Chronic pain Medication

To: Director Rob Jeffreys, Medical Director
Steven Bowmen and Wexford Health

Aug. 1, 2022

These are the medical Records of Sisters
of St. Marys Hospital here in Centralia Il.
That clearly state my current medical
issue's. And the definitions per the
medical dictionary. I suffer in pain everyday.
There has been no primary doctor here at
Centralia Con. Center in one year. Accord-
ing to your own medical Staff) Dr. Meyers
is only Here 10 hours a week. And according
to him he's also working in Vienna. CC
and Pickneyville C.C.. At this time there
is no Dr. Here at all. This is why my
medical permits for slow walk, and
waist chains have expired. There is no
doctor to re prescribe them. You have had
3 yrs to make medical changes in I.D.O.C. But
fail to do so. The lump in My left flank
area is almost the size of a softball. Its
clear for anyone to see. That is my colon
and spleen. According to Dr. Dawson and
Dr. Stgms. From Champain Urbana
Dr Lynn Pittman sent me to from
Lawrence C.C. in 2020. I have sent you
all many letters notarized asking for

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

your help and medical issue's relief. at
this time you still fail to do so. we
are severly Medicaly understaffed here.
The one Medical Physician's Attendant
we finaly recieved. who was trying to
help us. Mr. J Smith. You all fired. He
was here only about 5 months. This is a
pattern in I.D.O.C. You seem to fire any
Medical Staff. who make efforts to help
us medicaly correctly. This because true
proper medical care cost money. And in
Some medical cases we need to be sent
to the outside Hospital. From what we
inmate's hear. There is unwritten policy.
That Dr's and Medical Staff recieve.
Incentive's (Bonuses) to not send us to the
outside Hospital's. Even Security staff laugh
and Joke stateing tylenol & Ibuprofen are
the I.D.O.C. Cure all medication for every-
thing. Your patterns clearly show your
goals are money. Not the health care
needed by us. Your unwritten policy is
indangering our health and Lives Medicaly
attacked to this letter are medical
Records and definitions.. /S/ Kerry L Luane
#B52215

# AFTER VISIT SUMMARY



**SSM** Health
Medical Group

**Remy Suane**  MRN: 231939 DoB: 4/1/1974    📅 4/15/2022 11:45 AM  📍 SSM HEALTH Medical Group 618-436-5200

## Instructions

You saw Dr.Brandt in the clinic today.

You voiced you have a hernia.

Dr.Brandt did an exam on you today in the clinic.

Dr.Brandt recommends a CT of the area.

As far as your hernia once we have the CT scan this will help Dr.Brandt determine what plan to make in helping you.

This CT scan will show Dr.Brandt what is going on inside.

Our office will send these orders to the nurse at the prison. They will set you up for this.

We will call with the results.

It is highly recommended that you exercise and get the weight off. This will help with your pain.

The provider at the jail needs to order a weight loss medication for you. You need to keep a calorie count.

## Today's Visit

You saw Merrilee Brandt, MD on Friday April 15, 2022.

 Blood Pressure
**154/98**

 Temperature
**97.5 °F**

 Pulse
**83**

Oxygen Saturation
**99%**

## COVID-19 Vaccine

During your visit to SSM Health, it's the perfect time to receive your COVID-19 Vaccine if you haven't already done so or if you are due for your second dose. In this document, you will find information on the Vaccine and the benefits of getting vaccinated. Please feel free to discuss any additional questions you may have with your nurse, physician, nurse practitioner or physician assistant.

**What you need to know:**

- COVID-19 Vaccines are safe and effective.
- You may have side effects after vaccination. These are normal and should go away in a few days.

"The Bantam Medical Dictionary"
Page 200

1.) Left lateral "Hernia": n. the protrusion of an organ or tissue out of the body cavity in which it normaly lies. Hernias may be complicated by becoming impossible to return to their normal size (irreducible); swollen and fixed within their sac (incarcerated); or cut off from their blood supply, becoming "painful" and eventualy gangrenous (strangulated) The best treatment for hernias especialy if they are "painful" is Surgical repair.

2.)(Bilateral Spondylolsis at L5)

Page 46→ "Bilateral": adj. (in anatomy) relating to or affecting both sides of the body or a pair of organs.

Page 407 "Spondylolsis": n. degeneration of the intervertebral disk in the cervical, thoracic, or lumbar regions of the back bone, Symptoms include "pain" and restriction of movement "Spondylolsis" produces a Characteristic appearence on X-ray including narrowing of the space occupied by the disk and the presence of osteophytes; these features of disease (radiological Spondylossis) May not be

Page 2

accompanied by any signs and symptoms "<u>Pain</u>" is releaved by wearing a collar (when neck region is affected) or a surgical belt (For the lower spine), Which prevents Movement. Very Severe cases Sometimes require Surgical Fusion.

3.) (No evidence of Spondylolisthesis)

page 407   <u>Spondylolisthesis</u>: n. a Forward Shift of one vertebra upon another, due to a defect of the joints that normally bind them together. This may be Congenital or develope after injury.

4.) (Multilevel Facet Degeneration)

Page 160   "<u>Facet</u>": n. a small Flat Surface on a bone or tooth, especialy a surface of articulation.

Page 113   "<u>Degeneration</u>": n. the degeneration and loss of specialized function of the cells of a tissue organ the changes may be caused by a defective blood supply or by disease. Degeneration may involve the deposition of calcium salts, Fat (See Fatty degeneration, or Fibrous tissue in the affected organ or tissue (see also infiltration.

Page 3

Page 162 "Fatty Degeneration" deteroration in the health of a tissue due to the deposistion of abnormally large amounts of Fat in its cells, The accumulation of Fat in the liver and heart may Seriously impair their Functioning. The deposistion of Fat may be linked With inncorrect diet, excessive alcohol Consumption. or Shortage of Oxygen in the tissues Caused by poor Circulation or a deFiciency of hemoglobin.

Page 222 "InFiltration": n. the abnormal entry of a Substance (inFiltrate) into a cell, tissue or organ. Examples of inFiltrates are blood cells, Cancer cells, Fat, Starch, or Calcium and magnesium Salts.

"From THE Bantam Medical Dictionary"
Latest Medical Terms And Data
Cross - Referenced...

/s/ Remy L Suane

7/15/22 2 Agent to Warden Harriss
She sent it to HCU ignoring the issue She is fully aware of
My Severe medical issues that medical is putting me through
She's the warden over medical this letter came back 8/15/22

To: Director, Rob Jeffreys, Warden   July 15, 2022
Menti, Warden Hariss, Wexford Medical,
Director of Nursing ₹ Centralia C.C., ₹ Medical Director Steven Bowman
            According to my CT Scan from
Dr. Stams Plastic Surgeon that i was
sent to by, Dr. Pittman While in Lawrence
C.C. I have a left flank hernia with
my colon and spleen pushing through.
This was in July 13, 2020. According to
My CT Scan. Now from 5/23/22.
    Ordered by Dr. Brandt of Sister's of
St. Mary's Hospital of Centralia Il. I
have old healed lower left rib
fractures, Left lateral hernia, and
D.J.D. Spine Bilateral Spondylolysis
at L5. No. Evidence of spondylisphesis
Multilevel facet dengeration. Interpreting
Provider. Neatin Patel, M.D. only for
5/23/22 CT Scan by Imaging at
Sisters of St. Mary's Hospital. These
injuries cause me severe pain. I have a
hard time. walking, standing, or sitting
up long. Do to the pain these injuries
cause me. I often am woken up do to
this pain. And at times its even hard
to go to sleep. Because of my chronic
pain issues. Sometimes i only sleep
3 to 4 hrs in a 24 hr period. at



7-19-22

2

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

to 2 Hydrocodone daily 60 pills a month. only as needed. With this medication i can function i may have some pain but i can deal with it. And some days i only need one pill. 270 pills a month. Could destroy my stomach! I now have abdominal and right hip pain also. I understand Meyers is a M.D. But he is not a pain managment Doctor Specialist he's treating my Chronic pain from a severe car accident in 2017. with regular Tylenol as if i had a headache, or joint pain. Its way more severe than that. Your own Doctors you sent me to show this in my prison medical Records. I was going to pain managment and physical therapy every month on the outside for several years. At this time im requesting to be sent to a pain managment specialist and Physical Therapy. Or for Wexford Medical Sources & IDOC to hire a painmanagment Specialist and physical Therapist Ive suffered 8 months now do to sever Chronic pain. also request to see back specialist and have a x-ray of my right hip do to pain issue.

Sincerly Thankyou

Remy Suane

To: Warden Monti                                    6/20/22

At this time I Remy Swane #B52215 am requesting for the second time. For you to please Stop allowing. Grievance officer Jeffrey Strubart and all Grievance staff. To stop allowing J.D.O.C & Wexford medical staff. To believe they can when respond to medicaly deemed emergency grievances that have been expedited by you. Deemed emergency. DR. 504.810 (a) does not apply to these grievances. But DR.504.840 (b) does apply. By your staff allowing this. It is tampering and Hindering my grievance process. Not only that. It is making the grievance process unavailable properly to me at this time. Grievance # E-22-5-45 # E-22-5-47 # E-22-5-46 5/9/22 its been a month and a half) # E-22-5-70 5/10/22 same month and a half.) # E-22-5-158 5/20/22 its been one month) Also # E-22-5-166 not late yet. But, it maybe soon. I am also requesting at this time. To stop being forced to wear a mask. It is nolonger CDC or State of Illinois mandatory. Please stop forcing CDC rules and regulations upon me. That no longer apply at this time. By CDC or State of Illinois Regulations. also i

*(left margin:)* They feel like it to →

have been inhouse quarantined since 6/16/22 in S3-D4. Your staff keeps me locked up most of the day. In extreme heat. Because my neighbor in S3-D5 tested positive. The new CDC guidelines, do not require. Someone exposed to covid to be quarantined. And CDC quarantine regulation is no longer 10 days. Google it you will see what im saying is true. I have asthma/Broncitis and i am ADA Severly mentaly ill. At this time i am being treated under cruel and unusual punishment. By being forced to wear a mask i can barely breath as it is. Forced to mainly stay in my cell. For no legit. reason policy or CDC or Illinois mandates. Im in-house quarantined. But im allowed to leave my cell to walk to pill line. Called quarantine pill line. At this time i would like to Know who has authorized all this? At this time Warden Monti you are allowing your staff to do whatever they want to me. Please stop your staffs poor behavior against me.

Respectfully
Submitted By:
/s/ Remy L Suane
#B52215

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

6/21/22

Bowmen & Wexford Health USPS 7/19/22 Mailed To: Warden Monti, Warden Hariss & Director of Nursing 7/20/22 Via Prison Mail

To: Director Rob Jeffreys, Warden | July 15, 2022
Monti, Warden Hariss, Wexford Medical,
Director of Nursing & Centralia C.C, & Medical Director Steven Bowmen
                    According to my CT Scan from
Dr. Stams Plastic Surgeon that i was
sent to by Dr. Pittman While in Lawrence
c.c. I have a left flank hernia with
my colon and spleen pushing through.
This was in July 13, 2020. According to
My CT Scan, now from 5/23/22.
Ordered by Dr. Brandt of Sisters of
St. Marys Hospital of Centralia Il. I
have old healed lower left rib
fractures, Left lateral hernia, and
DJD. Spine Bilateral spondylolysis
at L5 No. Evidence of sondyishesis
Multilevel facet dengeration. Interpreting
Provider. Neetin Patel M.D. only for
5/23/22 CT Scan by Imaging at
Sisters of St. Marys Hospital. These
injuries cause me severe pain. I have a
hard time. Walking, standing, or sitting
up long. Do to the pain these injuries
cause me. I often am woken up do to
this pain. And at times its even hard
to go to sleep. Because of my chronic
pain issues. Sometimes i only sleep
3 to 4 hrs in a 24 hr period. at

7-19-22

2

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

to 2 Hydrocodone daily 60 pills a month. only as needed. With this medication i can function i may have some pain but i can deal with it. And some days i only need one pill. 270 pills a month. Could destroy my stomach! I now have abdominal and right hip pain also. I understand Meyers is a M.D. But he is not a pain managment Doctor Specialist he's treating my chronic pain from a severe car accident in 2017. with regular Tylenol as if i had a headache or joint pain. Its way more severe than that. Your own Doctors you sent me to show this in my prison medical Records. I was going to pain managment and physical therapy every month on the outside for several years. At this time im requesting to be sent to a pain managment specialist and Physical Therapy. Or for Wexford Medical Sources & I DOC to hire. a painmanagment Specialist and physical Therapist Ive suffered 8 months now do to sever Chronic pain, also request to see back specialist and have a x-ray of my right hip do to pain issue.

Sincerly Thankyou

Remy Suane

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

7/26/22

To: Director Rob Jeffreys, Warden Daniel Monti, Centralia Corr. Center Dietary Supervisors, Scott, Harris, Long & McCarthy. all Centralia Corr. Center Dietary Staff.

July 27, 2022

At this time you are non compliant with my medical ordered High protein diet tray. At breakfast i recieve no high protein tray at all. There is never a tray made for me at breakfast, of a high protein tray. At lunch i recieve 2 Hard Boiled eggs, or one extra piece of whatever meats being served. atleast at lunch dietary trys. Dinner i get a regular tray. One piece of Mystery lunch meat. Providing me regular trays with 2 eggs, or lunch meat, does not make a high protien tray. These are not High protein foods. "Fish, Tuna, Pork, Hamburger Meat, Ham," are all high protein foods. Also beans, & peas." At this time you are interfering with prescribed medical care. at this time i request a proper High protein tray per Doctors orders. At dinner the last few days all ive recieved is a regular tray

Sincerly
Remy Schane
B52215

Mailed Via prison mail oN 7/28/22
To: Dietary Supervisors, ScoTT, Harris, Long &
Mc. Carthy Also To: Warden Daniel Monti

Grievance Officer

March 5, 2022

Grievance # E-21-12-2  12/3/21 never seen
again?) # E-21-11-189 deemed emergency
by Warden 11/29/12 its 3/5/22  4 months
now?) # E-21-12-41 deemed emergency by
Warden 12/8/21 sent to you, for review
its 3/5/22, 3 months now?) # E-21-10-334
sent to Warden 10/29/21 never seen again)
# E-22-2-12 deemed emergency by Warden
on 2/9/22 forwarded to you for review?)
# E-22-2-80 deemed emergency by Warden
2-17-22 forward to you for review?) I also
have 2 new emergency Grievances) Filed),
(section 504.840 Emergency Procedures)
(b) If the Chief Administrative officer
determines that the grievance shall be handled
on an emergency basis, he or she shall
expedite processing of the grievance and
respond to the offender, indicating what
actions shall be or has been taken
    504.830(e) does not apply to my
emergency grievances you do not have
60 days or when you can get to then!

I apoligize to the Grievance Officer

but wexford medical and certain medical Staff believe my poor health is a joke. I suffer everyday Im not gonna let it go. If these grievances are not returned to me i will not have no choice but to notify the Courts of Grievance Tampering in an attempt to help cover up what medical is doing to me sorry!

Notary

Respectfully Submitted By /S/ Remy Swane



STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025