# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Remy L Suane #B52215

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

IDoc Director DR. P. Meyers, Wexford Health, Rob Jeffreys, Medical Director Steven Bowmen, Warden Daniel Monti Warden Harris & LPN Kristy Fogerson Clint Hemann

*Defendant(s)/Respondent(s)*

Professional and Individual capasity

Case Number: 22-2716-SPM

(Clerk's Office will provide)

[X] CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

[ ] CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

[ ] CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I. JURISDICTION

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement.

Remy L Suane #B52215
Centralia C.C. P.O. Box 711
Centralia IL, 62801

Defendant #1:

B. Defendant __DR. P. Meyers__ is employed as
     (a)        (Name of First Defendant)

__Doctor__
     (b)        (Position Title)

with __Wexford Health  P.O. Box 16471__
     (c)        (Employer's Name and Address)

__Pittsburgh, PA. 15242-0771__

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  [X] Yes   [ ] No

If your answer is YES, briefly explain:

A third party contractor FoR IDoc Medical Care provider who works for WexFord Health to provide medical Care To IDoc INmates

Rev. 10/9/15

Defendant #2:

C.    Defendant ___Wexford Health___ is employed as

(Name of Second Defendant)

___I.D.O.C Medical Provider By Contract___

(Position/Title)

with ___Wexford Health    P.O. Box 16471___

(Employer's Name and Address)

___Pittsburgh, PA. 15242 -0771___

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☒ Yes    ☐ No

If you answer is YES, briefly explain:

___Medical provider For Illinois
Department of Corrections By Contract___

Additional Defendant(s) (if any):

D.    Using the outline set forth above, identify any additional Defendant(s).

Defendant #3    Rob Jeffrey's
        I.D.O.C. Director
        1301 Concordia Court
        P.O. Box 19277
        Springfield IL 62794-9277

                    ☒ Yes   employed by the
                                State

Rev. 10/3/19

Defendant #7

Kristy Fogerson
I.D.O.C. LPN    Centralia Corr. Center
9930  Shattuc  Road
Centralia  IL  62801
            [X] Yes  employed  by  the State

Defendant #8

Clint Hemann
Centralia  Corr.  Center
9930  Shattuc  Road
Centralia  IL  62801
            [X] Yes  employed  by  the State
either By Wexford Health  or directly by
The Illinois Department of  Corrections

Defendant #4
      Steven  Bowmen
I.D.O.C  Medical  Director
     1301  Concordia  Court
      P.O. Box  19277
    Springfield  IL  62794-9277
          ☒ yes  employed  by  the  State


Defendant #5
    # 1  Warden  Daniel  Monti
  Warden  of  Centralia  Corr. Center
I.D.O.C  Centralia  Corr.  Center
    9930  Shattuc  Road
   Centralia  IL, 62801
          ☒ yes  employed by the State


Defendant #6
    # 3  Warden  Harris
  Warden  of  Centralia  Corr.  Center
    9930  Shattuc  Road
   Centralia  IL, 62801
        ☒ yes  employed  by  the  State


over →

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  <u>List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability</u>, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):  Remy Suane

Defendant(s):  Lake County County Jail

2.   Court (if federal court, name of the district; if state court, name of the county):  Northern District

3.   Docket number:  ?

4.   Name of Judge to whom case was assigned:  ?

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):  Civil Rights Medical

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):  Settled

Rev. 10/3/19

#2 Remy Suane V, Heather Cecil et, al
I.0.0.C. Southern Distrist East ST. Louis IL.
DocKeT ? Judge ? Civil right legal Mail
Tampering Volentarily Dissmissed by request
by I Remy Suane

#3 Remy Suane #B52215 V, DR. Shah et,al
I.0.0.C. Southern District East ST. Louis IL.
DocKet# 3:21-CV-00213-SPM Civil Rights Medical
Judge: Stephen P. McGlynn
Case is Still Active

# Remy Suane V, Chaplain Noilman et, al
I.0.0.C Southern District East ST. Louis IL,
DocKet# ? Judge? Civil Rights Religous Deprivation
Diss Missed Without prejudice

7.   Approximate date of filing lawsuit: 's ?

8.   Approximate date of disposition: 's ?

9.   Was the case dismissed as being frivolous, malicious, or for failure to
     state a claim upon which relief may be granted and/or did the court
     tell you that you received a "strike?" All mentioned cases
     the answer to this question is NO

## III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner
     grievance procedure?                                   ☒ Yes    ☐ No

C.   If your answer is YES,
     1.   What steps did you take? grievances, Notarized letters

     2.   What was the result? Denials, partily upheld

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you
     complain to prison authorities?                        ☒ Yes    ☐ No

F.   If your answer is YES,
     1.   What steps did you take? Notarized letters To Director IDOC
          Rob Jeffreys, Med. Director Steven Bowmen,
          Warden Daniel Monti, Warden Harris, & Wexford
          Health

Rev. 10/3/19

2.  What was the result? Settled, Volunteraly Dissmissed By me, "1" Active & Dissmissed without Prejudice

G.  If your answer is NO, explain why not.

H.  Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Rev. 10/3/19

*Centralia Correctional Center* NO

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | | | |
|---|---|---|---|
| Date: 10/24/21 | Offender (please print): *Suane* | ID #: B52215 | Race (optional): W |
| Present Facility: Centralia CC | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☐ Other (specify)
☐ Disciplinary Report

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 10/24/21 Night time medline i was told by Hydrocodone 7.5 pain medication expired the nurse could not give it to me. which by no mean is her fault. Actually all the Nurses have ever done is try and help me out since ive came to Centralia cc. this is a Very Strong narcotic pain medication by law and Medical Standards a patient can _____ [☐ Continued on reverse]

**Relief Requested:** to the out with the total Left side of _____ over the pass three months i have Been told i will do the Surgery Now / until this Surgery happens i need the Hydrocodone theres no way around it

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

*Remy Suane* B52215 10/24/21
Offender's Signature ID # Date **RECEIVED**
(Continue on reverse side if necessary)

NOV 2 9 2021

ADMINISTRATIVE
REVIEW BOARD

**Counselor's Response (if applicable)** Date Received: _____ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

_____

_____

_____

_____ _____ _____
Print Counselor's Name Sign Counselor's Name Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW** Date Received: _____ DEC __ __ 2021

Is this determined to be of an emergency nature?

☒ Yes; expedite emergency grievance _____ CHIEF ADMIN OFFICER'S SIGNATURE
☐ No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ 10/29/21
Chief Administrative Officer's Signature Date

Distribution: Master File; Offender Page 1 of 2 DOC 0046 (Rev. 10/2015)

Assigned Grievance # Institution    Centralia C.C.     Housing Unit  N-18  Bed #  L-1

Not be taking this medication for a long period of
time like i have been for almost 6 months Now
No 8 months Dr Williams gave it back to March
19 2021 after i fought from August 2020 to March
19 2021 to get it back. This medication has to be
slowly decreased to be taken away do to
possible withdrawls / seizures That can happen if
suddenly just stoped. I've been taking this medication
since September 2017 to 2018 after my car accident
Nov 4 2018 i went to jail i have two severed ribs
the 9th and 10th ones where my colon and spleen pushing
out i am in constant pain I also have severe
lower back injuries, i need this medication just to
function daily wipe my self shower etc. The
problem here in Centralia C.C. We have no Reg-
problem Doctor here 40 hrs a week we have a Dr
Myers or Mvars who comes once a week and
sees 40 inmates a week there is 1700 or so
inmates here some things the nurses can take
care of these women go above and beyond
Nurse Duties they do extra carring the weight
of no Doctor being here. The blame is on
Wexford Medical Inc. But they work for the
Illinois Department of Correction's Not the
other way around. I DOC needs to make
Wexford Medical do what there getting paid
for. The contract between I DOC and Wexford
From 2019-20 & 21 Wexford made a little over
200 Million Dollars its Not going on inmates. How i
know this? I have the contract. This is just state
pay for medical but there's no full time Doctor here
They wasn't in Lawrence C.C. either when i left
The Doctor you have here refuses to prescribe my
pain medication just like Dr Shah did when i was in
Lawrence where's he doctoring the court summons
From the law suit i filed over the same issue. I'm Not
gonna keep fighting the same entity over the same
issue. I need to lose weight for the injury Dr
Stams of Urbana says thhis and other Nothing
do helps me lose weight Not even eating just
once a day. I need this medication i can not
wait No more the pain i'm going through is to
much its even worse now you took my pain
medication away send me to the hospital
Because im suffering pain I'M Not even being seen
for my injuries on the regular basis why. Because
we dont have a Doctor He only sees medical request
slip inmates I'M Not properly being medicaly
treated

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 10/26/2021 | Date of Review: 11/05/2021 | Grievance # (optional): E-21-10-305 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**
Medical treatment

**Facts Reviewed:**

Suane B52215 filed a grievance dated 10-24-21 regarding medical treatment and marked it as an emergency. The grievance was received on 10-26-21 by the Grievance Officer and forwarded to the Warden. The grievance was returned to the Grievance Officer on 10-28-21 deemed as an emergency. The grievance was forwarded to Health Care for review on 10-28-21. He claims that on 10-23-21 night med-line, he was told that his prescription for Hydrocodone 7.5 pain medication expired. He claims that he has been taking this very strong narcotic pain reliever for 8 months, after having to fight to get it back in March 2021. He claims that the medicine is not to be discontinued abruptly, as it could cause seizures. He claims it is supposed to be slowly decreased. He claims he has taken this medication since a car accident in Nov. 2018. He claims this medication allows him to do basic daily functions. He claims that the facility does not have a full time doctor and this seems to be a common occurrence with Wexford run Health Care Units.

Relief requested is: "To be sent to the outside Hospital For a new ct-scan im sure there more damage Find a Doctor who will do the surgery now/ until this surgery happens i need the Hydrocodone theres No way around it."

Per written response received on 11-1-21 from DON Lowery: Prescription expired 10/23/21, new prescription requested.

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane B52215 prescription for Hydrocodone expired on 10-23-21. A new prescription has been requested. As of the date of this response, no new prescription has been received. If he continues to have concerns prior to receiving his new prescription, he should submit a written request to be seen through Nurse Sick Call.

| Jeffrey Strubhart CCII | Jeffrey Strubhart Digitally signed by Jeffrey Strubhart Date: 2021.11.05 13:17:23 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 11/8/21 | ☒ I concur ☐ I do not concur | RECEIVED |
| Action Taken: | | NOV 2 5 2021 |
| | | ADMINISTRATIVE REVIEW BOARD |
| Chief Administrative Officer's Signature | | Date 11/8/21 |

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | ID# | Date |

Distribution    Master File; Offender

Page 1
Suane v. Nollman, et al. (21-1343) Document No. 000035

DOC 0047 (Rev. 3/2016)
Printed on Recycled Paper

Suane B52215 prescription for Hydrocodone expired on 10-23-21. A new prescription has been requested. As of the date of this response, no new prescription has been received. If he continues to have concerns prior to receiving his new prescription, he should submit a written request to be seen through Nurse Sick Call.

Distribution:   Master File; Offender                                      Page 2                                      DOC 0047 (Rev. 3/2019)

Suane v. Nollman, et al. (21-1343) Document No.    000036

RECEIVED

NOV 2 9 2021

ADMINISTRATIVE
REVIEW BOARD

To: Administrative Review Board

11-19-21

Even though the Warden Warden Mrs Davis and several other staff members have tryed to help me By requesting Medical refill my pain medication do to my sever medical issues that are fully documented. Wexford Medical staff refuse to comply do to severe pain at times i cannot walk par im missing meals I wasnt able to walk to medline i was written a ticket I have been forcing myself in pain to walk to medline refusing mental health meds i truly need So i will not have to walk there no more. Wexford Medical is Medicaly neglecting me Dr Meyers already told me once he refuses to refill my Hydacodone he is the Temp Doctor do to the fact we have no regular Doctor My family has Contacted ⇒

John M Froehlich the Vice President and CFO of Wexford Health Sources Inc. Via email JFroehlich @ Wexford health.com Phone 412-937-8590 no answers back or replys. I do not disagree with the grievance desecison I know the institution can only do so much and i apreciate the help they tryed to provide me relief. At this time im begging the administrative review board to talk to Director Rob Jeffreys and please step in and help me recieve the proper medical medications and medical care i truly need.

Thankyou

Sincerly

Remy Suane B52215
Centralia C.C.
P.O. Box 711
Centralia IL
62801

Remy L Suane
#B52215

Suane v. Nollman, et al. (21-1343) Document No.    000040

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Remy Suane                                                                   12/28/21
                                                                                    Date
ID# : B52215

Facility: Centralia

This is in response to your grievance received on __11/29/21__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your Issue regarding: Grievance dated: __10/24/21__   Grievance Number: __E-21-10-305__   Griev Loc: __Centralia__

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other   Medical Treatment - 10/23/21- Hydrocodone 7.5 pain meds expired- wants to find a doctor who will do surgery

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other:   MIXED:   Affirm that your pain medication did expire and you did not receive your dose, however, your new prescription has

been requested.   Treatment is at the discretion of the licensed medical provider.   Submit NSC for future medical concerns.

FOR THE BOARD: _____         CONCURRED: _____
                DeAnna Kink                                    Rob Jeffreys
           Administrative Review Board                          Director

CC: Warden, __Centralia__ Correctional Center
    Remy Suane _____ ID# B52215

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

Suane v. Nollman, et al. (21-1343) Document No.     000034

E-22-4763

Assigned Grievance #/Institution: _Centralia C.C._   Housing Unit _S3 N4_   Bed #: _L_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender's Grievance

| 1st Lvl rec. | | | | 2nd Lvl rec. 4/27/22 |
|---|---|---|---|---|

| Date: 4/27/22 | Offender (please print): _Suane_ | ID #: B52745 | Race (optional): _W_ |
|---|---|---|---|

| Present Facility: _Centralia C.C._ | Facility where grievance issue occurred: _Centralia_ |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): _grievance officer grievance tampering/possible thift_
- [ ] Disciplinary Report

_____ Date of report _____   _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issue from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4/26/22 i recieved from Kohrman Angela L. office Associate that emergency medical grievance's #E-22-3-1 #E-22-3-706 #E-22-3-747, #E-22-4-108, all have been returned to me, I assure you they have not been recieved, I keep records of all returned grievances and the ones that have not been returned, and what i've done with them when they are returned I have the proof these grievances have been [x] Continued on reverse

**Relief Requested:**

All grievances and responses to grievances mentioned or grievances returned to me immediately, All grievances staff removed and replaced. A full investigation on all grievance staff and their conduct. For the to know grievance tampering will not be tolerated.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

_Larry Suane_ _____ Offender's Signature _____   B52745 (ID#)   4/27/22 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____
_____

_____ Print Counselor's Name _____   _____ Sign Counselor's Name _____   _____ Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance off

**EMERGENCY REVIEW:**   Date Received: _____

In this is determined to be of an emergency nature

- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature _____   4/26/22 Date

Page 1 of 2   DOC 0046 (Rev. 9/0)

Assigned Grievance #/Institution: **Centralia C.C.**

Housing Unit: **S3 04**  Bed #: **L**

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:          2nd Lvl rec:

recieved by the grievance office. She states they were sent back to me via prisun/jail mailroom. Which now drags the grievance mailroom into my grievance tampering issue's. Grievance Staff has been tampering with my Medical grievances for some time now. By allowing medical to believe they can respond to medically deemed emergencies. They can respond to medically deemed emergencies they can respond to medically deemed emergencies. And I now their by Wardens whenever they like like it. And I now their by tampering with the returns of said Medical Emergency grievances that involve serious Medical issue's and Neglect in recieving from Dr. Meyers and certain Medical Staff at Centralia C.C. (Wexford) and now Medical Staff of Centralia C.C. Therefore possibly placing my life in danger Medicaly by trying to Help Medical cover up their wrong doing's for the record i have never truely had any real mail issue's with Staff member's in the mailroom Ms. Courtney/Kortney or the long brown hair women who handle my legal mail. I will Now Motion up to the courts for a full investigation of the mail I give to the officer's in my unit who picks it up, where its droped off, who sorts it out, the full process of all inmate mail, all security Staff involved, all mailroom Staff Involved. And all there names. I apologize to all Mail room Staff. But your co-Worker's in the grievance office have placed the blame on you. By stating its, That all grievances have been responded toa and I sent to me via I the mailroom.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 04/26/2022     Date of Review: 04/29/2022     Grievance # (optional): E-22-4-163

Offender: Suane, Remy      ID#: B52215

**Nature of Grievance:**

Grievance Process

**Facts Reviewed:**

Suane B52215 filed a grievance dated 4-27-22 regarding the grievance process and marked it as an emergency. The grievance was received on 4-26-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 4-27-22 deemed as an emergency. The grievance was forwarded to the Grievance Office to address the issue. Suane is claiming that his grievances are not being returned to him. Suane claims that he did not receive grievance #'s E-22-3-18, E-33-3-206, E-22-3-191 & E-22-4-108 back from the grievance office. Suane claims that Staff are tampering with his grievances.

Relief requested is: "All grievances and responces to grievances mentioned in grievance returned to me imedieatly. /All grievance Staff removed and replaced. A Full investigation of all grievance Staff and there conduct. For them to know grievance tampering will not be tolerated."

A review of CHAMP and the grievance log indicates that the above grievances (E-22-3-206 & E-22-4-108) have been responded to by the Grievance Office, signed by the CAO & have been returned via the Institutional mail per local policy and procedures. Grievance E-22-3-191 was returned to Suane on 3-30-22 with the first level grievance response and has not been received back for second level response. Grievance E-22-3-18 is not assigned to Suane.

Staff assignment and investigations are determined by Administrative decision and warrant no further review.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied. Staff assignment and investigations are determined by Administrative decision and warrant no further review. Grievances are responded to and returned to the Individual via the Institutional mail per local policy and procedures.

Jeffrey Strubhart CCII      Jeffrey Strubhart   Digitally signed by Jeffrey Strubhart Date: 2022.04.29 11:40:52 -05'00'

Print Grievance Officer's Name        Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received:      ☑ I concur    ☐ I do not concur    ☐ Remand

Action Taken:

Chief Administrative Officer's Signature        4/29/22 Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature        ID#        Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE (Continued)**

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: _Suane, Remy_                                         _6/22/22_
                                                              Date
ID#: _B52215_

Facility: _Centralia_

This is in response to your grievance received on _5/11/22_____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _4/27/22_ Grievance Number: _E-22-4-163_ Griev Loc: _Centralia_

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report; Dated: _____ Incident # _____

☒ Other _Grievance Process_____

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _Debbie Knauer_          CONCURRED: _Rob Jeffreys_____  _date_
                Debbie Knauer                              Rob Jeffreys
            Administrative Review Board                      Director

CC: Warden, _Centralia_ Correctional Center
    _Suane_, ID# _B52215_

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

Assigned Grievance #/Institution  Centralia C.C.  Housing Unit S3·04  Bed # 6

1st Lvl rec  X    2nd Lvl rec 4/19/20

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 4-14-22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |
| --- | --- | --- | --- |
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☒ Other (specify): Harassment/Retaliation/Failure to protect
☐ Disciplinary Report

RECEIVED
APR 14 2022
_____
Date of report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to:
locked receptacle marked "grievance":
GRIEVANCE OFFICER

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 4-13-22 i was told by Security Staff on 3 to 11pm shift Medical Called my unit South 3 and requested i Remy Suane # B52215 Bring all my medications to health care so i complied. i arrived at i health care. The skinny kinda tall older nurse Blondish whi hair glasses who i can identify on sight. Asked me did you bring your medications. i said yes She said give them to me after i did comply. Then She informed me i would Now be

☒ Continued on revers

**Relief Requested:**
I would like to know what medical Staff are responsible for the actions taking against me. I request the acting Warden of Centralia C.C. Possibly Warden Austin, Director Rob Jeffreys, Illinois Prison Review Board And Springfield IDOC Administration to please investigate Fully all M medical Complaints here in Centralia C.C. From 7-91-21 till Now

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Remy Suane        B52215        4-14-22
Offender's Signature        IDIN        Date

(Continue on reverse side if necessary)

---

Counselor's Response (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Please Ensure Thorough Review of Enclosed
_____
_____
_____
_____
_____
_____

_____        _____        _____
Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance off

---

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Thomas Austin        4/14/22
Chief Administrative Officer's Signature        Date

Page 1 of 2

Assigned Grievance #/Institution: __Centralia C.C.__     Housing Unit __53-D4__   Bed # __L__

1st Lvl rec _____     ILLINOIS DEPARTMENT OF CORRECTIONS     2nd Lvl rec _____
                              **Offender's Grievance**

in these meds now at medline from 8AM and 8PM which
makes No sense. These are all medications inmates are allowed
to take in there cells. Collace, Fiberex pepcid, IBuprofen,
Tylenol, High Blood presure pills and High cholesterol pills
They are Not controled meds or Mental Health Meds.
So this is very suspicous behavier on Medical STAFF!
ONly Renata Lowiery D.O.N. or Dr. Meyers or possibly
the medical Direcfor of Wexford/IDoc Medical Could make
Such an order But Why. Or even higher medical staff
can do this. I asked the nurse why this was happening
She said as she walked away issue's with your meds
The only issue's ever with my meds was Mr. J Smith
re ordered me meds. I was already prescribed by Dr.
Meyers which were not properly documented in my
medical records. So he was just making sure i had meds
i needed. This is No fault of Mr. J Smith or Myself
this was the fault of Dr. Meyers or whatever Medical
Staff that should of logged it in my file after Dr.
Meyers prescribed me the meds. So im being punished
for something i have no control over. And Medical
Staff who do not properly know how to do there Job.
Then at Night time Medline Medical Tech. Kristy Fogerson
who is employed by IDoc Medical Not Wexford
Medical Company. According to the Attorneys for Wex-
Ford Medical. And Dr. Vipin Shah! Refused to give me my
400 Mg IBuprofen which is for imflamation of My left-
Side flank area do to a severe chronic medical injury
do to a car accident. Stating you have to take your
IBuprofen with food. So when you eat your meals you
can tell the cb. in your unit to call medical and come
get your IBuprofen. So last Night i was up most the
Night because My left side was Swollen do to being denied
My imflamation medication. It's 1:30 AM Now as i
write this grievance i went to bed at 10PM. Im in severe pain
from the Swelling of my leftside. Without My proper pain
medication Kristy Fogerson is well aware it is impossible
For me to walk to medical 4x a day. I had a hard
time walking 2x daily to get my Mental Health meds. I
had to stop taking my Mental Health meds. Do to the
fact of pain i could Not walk to medline and Mrs.
Kristy Fogerson kept writing me tickets. Because its a
rule regardless of my medical issue's she stated. Medical
Staff is aware of the situation. They have Now placed
me back in the cross hairs of Kristy Fogerson's Pen
to write me tickets. For when i fail to report for Medline
do to pain issue's which will aventualy happen. This is
possibly Medicals goal to harass me to the Point where
i stop taking my medication. To again get away
from Kristy Fogerson to avoid being punished by the
Adjustment Committee from her tickets. So they

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: Centralia C.C.    Housing Unit: S3-04   Bed #: L

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:                                                    2nd Lvl rec:

will not be liable for all the medical Neglect, deliberate indifference i have suffered here at Centralia C.C. Because they will be able to say i refused treatment. I believe this stems from all the grievances deemed medical emergency that still go unanswered some 5 months now. And My family complaining to the prison, Springfield and other outside entities. In trying to help me obtain much needed medical care. I have 3 more medical issue's than when i arrived here July 21 2021 from Lawrence C.C. which are all well documented in grievances and Medical Records. I've even sent Renata Lowry D.O.N. and Director Rob Jeffreys Notarized letters asking for help. Still Nothing. It's very clear this is harassment and Retaliation by the higher up medical staff of Wexford/IDOC Medical there cannot be any logical reason to take regular meds from me. I'm pretty sure medical will come up with a great false reason. So to be very clear. This grievance is against. Renata Lowry, Dr. Meyers, Wexford Medical/IDOC Medical/Staff All Medical staff employed by Wexford Medical and IDOC Medical of Centralia C.C. (I will exclude Certain Medical Staff as i learn there names. Because some medical staff do try to help me. Mr. J Smith, Med Tech we call nessa, Nurse Amy and Nurse Britney are Not included in this issue or any medical grievances on file. at this time. They have tried to help me.) At this time Centralia C.C. Any Active Head Warden Possibly Warden Thomas Austin. Director Rob Jeffreys, the Illinois Department of Corrections. Will all be in failure to protect if they allow this poor medical behavior by medical staff to continue against me. I am award of the State Not Wexford Medical Health INC., IDOC Medical Staff. I Belong to the Illinois Department of Corrections until My Sentence is finished. To be very clear My family is aware of the situation, the courts have also been Notified do to the fact i already have a pending Medical civil suit against Wexford Medical Health INC. And I.D.O.C. Instead of getting medical care that i truely need i recieve retaliation from certain Medical staff and harassment to cover up there inadequate medical staff, Short Medical staff and Non Compliance to a court agreement made by Director Rob Jeffrey's Since 2019. Medical put on a good show for [THA] on 4-5-22 as they walked through Medical (Warden Days and Warden Austin and same security staff have tried to help me with adressing my medical issue's But to No avail certain Medical Staff Just Keep doing to me as they please.) all i ask for is I.D.O.C. And its staff to protect My Safety. In return i'll keep all my legal issue's with Medical. I've tried More than to exhaust this issue what else can i do? My hands are legally tied!

Assigned Grievance #/Institution _____          Housing Unit _____   Bed # _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec.                                                                                   2nd Lvl rec.

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): _____

- ☐ Medical Treatment
- ☐ HIPAA

- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

_____        _____
Date of report        Facility where issued

**Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.**

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

> Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
> Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
> Chief Administrative Officer, only if EMERGENCY grievance
> Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

_____
_____
_____
_____
_____
_____
_____
                                              ☐ Continued on reverse

**Relief Requested:**

_____
_____
_____
_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____        _____        _____
Offender's Signature        ID#        Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____
_____
_____
_____
_____

_____        _____        _____
Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____         _____
Chief Administrative Officer's Signature                Date

Distribution: Master File; Offender

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| **Date Received:** 04/14/2022 | **Date of Review:** 04/20/2022 | **Grievance #** (optional) E-22-4-108 |
| **Offender:** Suane, Remy | | **ID#:** B52215 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Suane B52215 filed a 3 page grievance dated 4-14-22 regarding medication distribution and marked it as an emergency. The grievance was received on 4-14-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 4-19-22 deemed as an emergency. The grievance was forwarded to Health Care to address the issue. Suane claims that he was called to Health Care and told to bring all his medications. Suane claims that when he arrived all his medications were taken and he was told his medications would now be issued at medline 8:00 A.M. & P.M. Suane claims that most of his medications can be taken in his cell, and this makes it difficult to get his medicine due to the pain he experiences. Suane claims this is likely due to his previous issues with K. Fogerson and refusing to take medications at times.

Relief requested is: "I would like to know what medical Staff are responsible for the actions takin against me./I request the acting Warden of Centralia C.C. Possibly Warden Austin, Director Rob Jeffreys, Illinois Prison Review Board And Springfield IDOC Administration to please investigate Fully all My medical complaints here in Centralia C.C. From 7-21-21 till Now."

Per written response from AWP Harris for HCU: Response to grievance E-22-4-108; A review of his medical file was completed by Medical Director Dr. Meyers, who works 10 hours per week for Centralia Correctional Center. It was determined that Suane B52215, will now be classified as DOT for all medications. This remedy will serve as the best interest for Suane B52215 to ensure medication compliance.                                                                                          con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be denied. A review of his medical file was completed by Medical Director Dr. Meyers, who works 10 hours per week for Centralia Correctional Center. It was determined that Suane B52215, will now be classified as DOT for all medications. This remedy will serve as the best interest for Suane B52215 to ensure medication compliance.

| | |
|---|---|
| Jeffrey Strubhart CCII | Jeffrey Strubhart  Digitally signed by Jeffrey Strubhart Date: 2022.04.20 10:18:56 -05'00' |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| **Date Received:** | ☑ I concur   ☐ I do not concur   ☐ Remand | |
| **Action Taken:** | | |

Chief Administrative Officer's Signature                                    4/20/22
                                                                              Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director  I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Suane has filed multiple grievances regarding his receiving his medication and having to go to med line to receive medications. This resolution was made by Dr Myors, the facility Medical Director. Decisions regarding medical care, prescriptions and when/how they will be distributed are determined by the Medical Director. These decisions are outside this Grievance Officer's discretion.

If Suane continues to have concerns, he should submit a written request to be seen through Nurse Sick Call.

Investigations are determined by Administrative decision. Administrative decisions warrant no further review.

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Remy Suane

Date 5/12/22

ID# : B52215

Facility: Central a

This is in response to your grievance received on 4.27.22 _____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4.14.22      Grievance Number: 22-4-108      Griev Loc: Centralia

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job. cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☒ Other   Medical Tx - 4.13.22- Healthcare requested grievant bring all meds to HCU. Was told to start going to medline for medications- retaliation from < Fogerson

Based on a review of all available information, this office has determined your grievance to be:

☐ Affirmed, Warden _____ is advised to
provide a written response of corrective action to this office by
_____.

☐ Denied, in accordance with DR504F, this is an administrative
decision.

☒ Denied, this office finds the issue was appropriately
addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in
DR525.

☐ Denied as procedures were followed in accordance with DR
420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due
process in accordance with DR504.80 and DR504.30. This
office is reasonably satisfied the offense cited in the report
was committed.

☒ Other:  Staff misconduct is unsubstantiated.   The Medical Director made the decision to change the method in which grievant

take medication. Treatment is at the discretion of the licensed medical provider.

FOR THE BOARD: _____
DeAnna Kink
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC:  Warden, Centralia _____ Correctional Center
Remy Suane _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody,*
*operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

E 22-5-46

Assigned Grievance #/Institution _Centralia CC_     Housing Unit ____ Bed # ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
1st Lvl rec. ___
**Offender's Grievance**     2nd Lvl rec. ___

| Date: 5-6-22 | Offender (please print): _____ | ID #: B52215 | Race (optional): W |
|---|---|---|---|
| Present Facility: Centralia CC | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____        RECEIVE
Date of report        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

        Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
        Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
        Chief Administrative Officer, only if EMERGENCY grievance.
        Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs,
        issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 5-5-22 I askd ... [handwritten, largely illegible]
Left Flank Area was ... from my spleen ... my ... Nurse
Spleen Pushing out my left side I think you ... to keep my ...
My ibuprofen to ... the inflammation to keep my ...
level down. It was around 6pm I was ... Nurse ... the
threat to obtain said As Needed meds ... the Nurse told the
... told him her not to ... til ... [x] Continued on reverse

**Relief Requested:** I would like my as Needed meds returned. So i can take when i Need it
For this Nurse to know per this institution her behavior and Mistreatment
of Severely injured and (SMI) inmates will not be tolerated.) to learn
how to handle treat and care for (SMI) inmates properly.) If not
Position becomes a Nurse terminated her actions are a threat to
Security and Safety of this institution and inmates. By Provoking

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self. I'm
- [ ] Check if this is NOT an emergency grievance.

_Kerry Liane_     B52215     5-6-22
Offender's Signature     IDN     Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

_____

_____

Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance o___

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?
- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____        5/6/22
Chief Administrative Officer's Signature        Date

Page 1 of 2        DOC 0046 (Rev. 0)

Assigned Grievance #/Institution: [illegible] Housing Unit: [illegible] Bed #: [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec: 2nd Lvl rec:

[illegible] [illegible] which i almost on floor
[illegible] [illegible] of my [illegible] in pain. [illegible]
[illegible] [illegible] the window. I tryed
[illegible] Heavy Set long Brown hair. She stated
I [illegible] [illegible]
[illegible] [illegible] the [illegible]
of [illegible]
[illegible]
[illegible] But [illegible] denied [illegible]
[illegible]
[illegible] again
[illegible] her do to the
[illegible] She stated [illegible]
about [illegible] your request. i got side
tracked a few [illegible] She would say
what did [illegible] i told [illegible] my [illegible] She
Stated [illegible] So [illegible] [illegible]
her [illegible] and She [illegible] very cocky and rude. So i asked
her her name. [illegible] here. Go next Store
ask for [illegible] Nurse Sara. She got me my
[illegible] the [illegible]
[illegible] the [illegible] when
i [illegible] So i asked Nurse
Sara [illegible] nurse for my
[illegible] pill line [illegible]
door by the [illegible] from the regular pill
line [illegible] opened the door. She asked do you have
same [illegible] Nurse Stated laughing
i [illegible] laughing did you [illegible]
[illegible] Nurse Sara
She [illegible] was only nurse [illegible]
[illegible] and [illegible] Shift on 4-5-22
I can [illegible] Nurse [illegible]
[illegible] other nurses
[illegible] my medical care from her. She
[illegible] not judge me I have injuries
that [illegible] medical [illegible]
[illegible] again in the
[illegible] medical [illegible] always
in [illegible] Compassion
[illegible] Nurse [illegible]
[illegible]
[illegible] Professional [illegible]
[illegible] Your [illegible] like [illegible]
[illegible] your Medical Professional
Care [illegible] And Make
[illegible]
[illegible] Still [illegible]
[illegible]
[illegible] Kind [illegible]

[illegible] (Rev. 01/2020)

E-22-5-10

Assigned Grievance Administrator: Centralia C.C.    Housing Unit: 55-04   Bed # 6

1st Lvl rec _____    2nd Lvl rec _____

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

| Date: 5-8-22 | Offender (please print): Suanc | ID #: B52410 | Race (optional): W |
|---|---|---|---|

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centrali |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [X] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [ ] Disciplinary Report

Date of report _____   Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

On 5-8-22 At Morning pill line Nurse Britney handed me my medication I Noticed My Ibuprofen and Antibiotics were Not in the cup I tryed explaining to her these always in another Container to the left. And that I need them She became frustrated, Placed what pills were in the cup down. And said take your pills and

[X] Continued on rever

**Relief Requested:**

To give me my over the counter meds. Lives depend take them on time and properly. or I will Take they are prescribed. Not other medication not going by as Needed meds when they told me its not at all Because they said take

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Corey Sugile    Offender's Signature    B52410 / IDR    5-8-22 / Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____    Sign Counselor's Name _____    Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance off

---

**EMERGENCY REVIEW:**    Date Received: 5/9/22

Is this determined to be of an emergency nature?

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature    Date 5/9/22

DOC 0046 (Rev. 01/2
Page 1 of 2

signed Grievance #/institution  *Centralia C.C.*                     Housing Unit: **S3-D4**  Bed #: **L**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
1st Lvl rec:                          **Offender's Grievance**                         2nd Lvl rec:

leave i need all my over the counter meds to
function half Normaly. I left the pills. She refused
to even hand in them! with my Ears Ibuprofen
to even hand in them! with my Ears swollen and my pain is
my left thumb injury. Doctor Smith prescribed the
increased ... i Think with prescribed the
Antibiotics and someone sure gave me the first
Dose. I've been taking the antibiotics 3 days now
when you take antibiotics you must take them
all and i already coughed up less mucus, that
are attractive to infection stop hurting a little
Since starting the antibiotics. To ... Starting to
hurt a little again but my like is unbearable
right Now ... Li L/Cpt/Sergt. called Medical
Someone from medical Told him maybe the
Antibiotics did Not come in yet. This is a
Seriouse issue with medical Staffing. Because if
Some staff cant provide me over the counter
meds properly and correctly. How can i trust
them to provide me medications. That if taken
wrong or taken when they may Not Belong to
Me. which could possibly hurt or even kill
someone for the record i have never had any hard
time or any issues with Nurse Britney. She's a
Nurse. Med techs Should only be passing out
Meds to assure these just add correctly. Here it's
Whoever is working at the time. For the record
one medical staff has stated My over the counter
Meds were taken away because the higher ups of
this institution requested it. Do to the fact
Warden Harris' questioned medical staff about my
medical care'. And Medical care could Not
Answer her questions. I am still Not mentaly
retarted. I've been taking my own over the counter
Meds Since 2009 at Pontiac/Menard/Lawrence C.C. I've had No problems
I turn in my Cards on time I take my pills on
time 9am and 9pm. Ti a medicare dont work i let
medical Know. I Have reviewed improper care From Dr.
Meyer's From 7-21-21 - until 3/6/22. until i seen M.D.A
Dr. Smith. Ti I wasn't for M.D.A Dr. Smith who has
truly tryed to help me and address My Medical issues
I dont ever wanna Know how much poor my health would
be. I can only suggest any I.Doc Administration Not to be
involved In changing or Altering my medical care if any way
especialy do to the fact if you Are Not a medical professional
Its Not a wise or legal Decision. My over the counter meds
were taken do to medical staff Some Inadequate to cover
it up. To this medical neglect Physical and Mental a buse
continue's I've truely will file a complaint with (JHA),
(ACLU), UP.C. And the IDJ Disability Civil rights
Dept. And i will Call a full pledge Hitner Strike News
Media and every ... Nothing Varies this is My Health

DOC 0046 (Rev. 01/2020)

E-22-5-1606.

Assigned Grievance Administrator: Centralia C.C.

Housing unit: 53-04   Bed #: L

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| Date: 2/24/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |
|---|---|---|---|
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [X] Other (specify): Mental + Physical abuse to SMI person
- [ ] Medical Treatment
- [ ] HIPAA
- [X] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Per IDOC Attorney's K. Fogerson is a IDOC/Med. Tech. Not a LPN unless she went back to school to Now be a Nurse? She's back to writting me tickets again. For Failure to report to medline on 5-22 Knowing i suffer from Severe pain do to a "Left Flank Area" injury Hernia and also Nerve damage to my lower back L3,L4,L5,L5-L area. This exactly what i said medical would do when they took away my over the counter Medications and are forcin

[X] Continued on reverse

**Relief Requested:**

For Warden Monti to stop the mental and physical Abuse by medical Staff against SMI person in custody. Being I Remy Suane B52215, K. Fogerson, Renata Lowery and Dr. Meyers Medical credentials verified are their capabilities and qualification up to date. To care for Mentaly and Physicaly ill persons cording to the agreement in Lippert V. Jeffreys with the courts A.C.L.U. + 2/PLC

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Remy Suane                    B52215          2/24/22
Offender's Signature              ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____        5-01-22
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1 of 2          DOC 0046 (Rev. 3/2)

Signed Grievance #8b/Shift### _Centralia C.C._                     Housing Unit _55-D4_   Bed # _L_

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st line:                                                          2nd 1st line:

me to walk to pill line to pick up medications that every person in
custody is allowed to have in there cells but me? They say its for my
own safety. All they really are doing is using IDOC Policy
to harass, and retaliate against me to the many deemed
medical emergency grievances pending against them filed by me. My
medication such as blood pressure & every special med grievance
I wrote several should accepts I've made I was already taking
and they were questioned by the Dept. ups. per MC A I Smith.
if you check I'm not the only. K Fergison wrote me several of
these same tickets which were expunged expunged this year in
April 4 to 7th of 2022. They know by them placing my meds
in pill line this would be the sure outcome. Because we went
through this same issue do to my pain meds not working. So i could
Not pick up my Mental Health meds. What they want me to do is
refuse my medication. so they can legally say im refusing meds
treatment. To cover up the ineffective inadequate medical
care ive been receiving since ive gotten here July 2th, 2021
until March 16, 2022 by C. Meyers and several medical staff
Since March 16, 2022 I have received some what ok medical care
only do to MC.A I. Smith. The proof of this behavior is
factual even tracked up by me stoping my mental health meds. And
two of K Fergison's tickets being expunged. This grievance
are for the actions being takin against me once again. Knowing
there's nothing i can do about my pain. Because Medical refuse's to
provide proper pain management medications to ease my pain. So i can
Somewhat proper function/physically. This grievance is also
against Kenetia Sweezy C.O.N. for allowing the poor behavior
from her medical staff. Poor Medical treatment by looking
the other way while Dr. Meyers does his best to cover up
his poor medical treatment of me For Warden Monti to
Allow this Poor Conduct and behavior by medical against
Me a Severly Mentaly Ill, and physicaly ADA person
in custody. Is Truly Failure to protect by law. Being
SMI and physicaly challenged. This is Mental and
physical Abuse! Being caused to me by Medical staff
here in Centralia, Corr. Center C. I humbly request
Warden Monti to Please Stop this Poor behavior by
medical against Me to cease immediately. by No means
is Warden Monti responsible for the Medical staffs
behavior or actions at this time or is said grievance
against Warden Monti is only requesting his help at said
issues based in this grievance)      ✓    Thank you
(Duress: compulsion by threat, Coercion, compulsion, constraint~
Force, pressure. More at Force this is what medical is doing. a) Either
walk in pain and get over the counter meds. b) don't walk in pain, get a
ticket. c) suffer the punishment of only two phone calls a week and limited
commissary not being able to call when needed being "SMI" is equal to me as a
death sentence. All this equals Mental and physical Abuse. d) refuse meds
that i truly need. So they will leave me alone. and they can continue getting away
with what they do to me and blame me. And there using IDOC policy to get
away with it. How long is IDOC and this institution gonna Allow this behavior
From medical to ①Continue _____

DOC 0046 (Rev. 01/2020)

against a SMI Physicaly Ill in custody person?

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/06/2022 | Date of Review: 06/21/2022 | Grievance # (optional): E-22-5-46 |
| Offender: Suane, Romy | | ID#: B52215 |

**Nature of Grievance:**

Medical treatment & Medication

**Facts Reviewed:**

Suane B52215 filed 3 grievances E-22-5-46 dated 5-6-22, E-22-5-70 dated 5-8-22 & E-22-5-166 dated 2-24-22 regarding medical treatment & medications and marked them as emergencies. The grievances were received on 5-6-22, 5-9-22 & 5-24-22 by the Grievance Office and forwarded to the Warden. The grievances were returned to the Grievance Office on 5-9-22, 5-10-22 & 5-25-22 deemed as emergencies. The grievances were forwarded to Health Care to address the issue. Suane claims on 5-5-21 he was having left flank pain and had the C/O call medical, he was told to wait to med line. Suane claims approximately 1.5 hours later he went to pill line and was disrespected by the nurse. Suane claims this same issue has occurred in the past. Suane claims that on 5-8-22 during pill line, his Ibuprofen and antibiotics were not in his cup. Suane asked for the pills and the nurse became frustrated and said take the pills in the cup and leave. Suane claims to have had the antibiotics for 3 days and now did not get them. Suane claims Staff checked and told him that maybe they did not come in yet. Suane claims that the over the counter medications were taken away by "higher ups" in the facility due to medical staff being questioned about Suane's medical care. Suane then claims that K. Fogerson is a Med. Tech, not a LPN and is writing him tickets again. Suane claims that he is being forced to go to pill line when he could be taking his over the counter medications in the cell just like everyone else. Suane claims that medical staff are refusing him proper pain management and trying to cover up poor medical treatment.

<div align="right">con'</div>

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane's left flank complaint has been evaluated, a CT scan was ordered and completed. Results of CT scan will be addressed on a follow up visit if not already completed. If Suane has further concerns, he should submit a written request for Nurse Sick Call.

| Jeffrey Strubhart CCII | Jeffrey Strubhart | Digitally signed by Jeffrey Strubhart Date: 2022.06.21 11:41:17 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ☑ I concur  ☐ I do not concur  ☐ Remand | |

**Action Taken:**

| Chief Administrative Officer's Signature | 6/21/22 |
|---|---|
| | Date |

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Offender's Signature | ID# | Date |
|---|---|---|

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Relief requested is: "I would like my as needed meds returned. So i can take when i need it. For this Nurse to Know per this institution her behavior and Mistreatment of Severely injured and (SMI) inmates will not be tolerated.) to learn how to handle treat and care for (SMI) inmates properly.) If Not her position here as a Nurse terminated her actions are a threat to security and safety of this institution and inmates. By provoking Inmates. To give me my over the counter meds. Back so i can take them on time and properly or as i need them. Like they are prescribed./ Not when medical Feels like giving my as needed meds when they Feel like. Or Not at all Because they can't Find it. For Wardon Monti to stop the mental and physical Abuse by medical Staff against a SMI person in custody. being I Remy Suane B52215/K, Fogerson, Renata Lowery, and Dr. Meyers Medical credentials verified. are there capabilities and qualification up to date. To care For Mentally and physicaly ill persons according to the agreement in Lippert v, Jeffreys with the courts A.C.L.U. & U.P.L.C.?."

Per 6-13-22 written response from Health Care: A review of his file indicates the following responses to the said grievances. Suane was placed on DOT (direct observation Therapy) of medication due to failure to take medication as required. The issue of left flank hernia; a CT scan was ordered on 4/22/22 with no contrast and completed on 5/23/22.

Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane's left flank complaint has been evaluated, a CT scan was ordered and completed. Results of CT scan will be addressed on a follow up visit if not already completed. If Suane has further concerns, he should submit a written request for Nurse Sick Call.

Staff training and qualifications are determined by Administrative decision and warrants no further review.

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (300) 526-0844

Name: Suane, Remy

7/11/22

ID# : B52215

Date

Facility: Centralia

This is in response to your grievance received on __6/29/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 2/24,5/6 & 5/8/22  Grievance Number: E-22-5-46  Griev Loc: Centralia

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other  Medical treatment; claims improper medical treatment by unnamed staff, nurse Britney & K. Fogerson on 5/6/, 5/8 & 2/24/22

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed. Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☑ Other:  Per HCUA reported response, Individual in Custody medical care is being addressed. This office is unable to

substantiate Suane's claim. Grievance dated 2/24/22 is past time frame and will not be reviewed. Individual in Custody may

appropriately request Medical Unit for further health need. Grievance is denied

FOR THE BOARD: _____    CONCURRED: _____

Adewale Kuforiji
Administrative Review Board

Rob Jeffreys
Director

CC:  Warden,  Centralia _____ Correctional Center
Suane, Remy _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: Centralia  E21-11-189   Housing Unit: A   AS   Bed # 6

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| 1st Level | 2nd Level |
|---|---|

Date: 11/24/21   Offender (please print): Suane   ID #: BS2215   Race (optional): W

Present Facility: Centralia C.C.   Facility where grievance issue occurred: Centralia

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 11-9-21 and 11-22-21 I inmate Suane received failure to report tickets From K. Fogerson im Not argueing the tickets. Im arguing this Medical Staff members conduct. 99.9% of the medical staff Know and understand im seriously physicaly injured and they try to work with me and i appreciate it. Even 50% security staff understand and do what they can to

[x] Continued on reverse

Relief Requested:

For a mental Health video visit so my meds can stop. and For Dr. Meyer to please put my Nerv pain Med. as is or any other or just stop it. also K. Fogerson to be reviewed in careing for Physicaly ill and mentaly ill inmates we are Not all the Same if Not She need to be Fired & Tickets expunged

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Kenny Suane   BS2215   11-24-21
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____

Print Counselor's Name _____   Sign Counselor's Name _____   Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVED

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance process.

C Davis
Chief Administrative Officer's Signature

NOV 29 2021

CENTRALIA CORRECTIONAL CENTER
GRIEVANCE OFFICER
11-30-21   Date

Page 1 of 2

Distribution: Master File; Offender

DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution _Centralia C.C._   Housing Unit _N3-A8_   Bed # _2_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec.                                                                    2nd Lvl rec.

Work with me. But this Medical staff Member has
No Mercy No compasion No discretion. I under-
stand rules without them there would be Kaos here.
I have my colon and spleen pushing out the left side of
My left flank side, In my lower back i have L3 L4
TL5, S1 LS5 Nerve damage which all is documented
in my medical Records on 9-10-23. If My pain medication
was stoped without my pain med. at times in useless
and can barely move let alone walk all the way to
pill line. I had to write an emergency grievance and
get the warden Mrs. Davis involved and two other
staff members just to receive the fast Dr. Visit i
had last night with Dr. Meyer who has prescribed
me new pain medication i pray it work's Because
do to this Medical staff member's Poor judge-
ment and conduct also her abuse of discretion
for the seriously injured and severly mentaly
ill which is her Job to care for. I have been
refusing my mental health medication for Bipolar
one and severe anxiety, P.T.S.D, and Homicial
tendency plus Psychotic episodes. Just to get
away from meglike and the abuse of Authority
by this medical staff member. Her ticket rate is
high just check you'll see sure some are Valid But
do to the nature of my medical issues mine are not
the only thing that make my tickets Valid are because
of the rules. Its not like im doing it on Purpose
and saying hell with pill line im not going. I am
Not Physicaly able to get there without Pain meds
its impossible. I Doc staff seem to be trying to
make an effort to work with physicaly and mentaly
ill inmates but K. Fogerson who's Job is the medical
feild to care for medicaly challanged inmates dont
seem to grasp we are different than Physicaly fit
healthy inmates and are challenged at times. I'm not
asking for special treatment. Just some consideration
and medical common sense. Even the officer in the
adjustment committee seems to understand im
medicaly challenged and has done his best to
work with me. But a Medicaly trained staff
member who's field is to care and treat the ill just
dont get it? I will never take my mental health
medication as long as K. Fogerson works in pill line
Not even if you obtain a court order. I forgot to ask
Dr. Meyer to put my Nerve Pain med as needed or stop it
I rather suffer than deal with this staff member at
pill line. Something Needs to be done by this
Constitutions Administration about this kind of
improper medical unprofesional conduct. If Not im
left no choice but to ask the courts to step in
in my pending Doc/wexford Civil suit. Thankyou. K. Swami

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 11/29/2021 | Date of Review: 04/04/2022 | Grievance # (optional) E-21-11-189 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Medical Treatment/Staff Conduct/IDR

**Facts Reviewed:**

Suane B52215 filed 9 grievances E-21-11-189 dated 11-24-21, E-21-12-12 dated 12-2-21, E-21-12-4 dated 12-9-21, E-22-1-91 dated 1-2-22, E-22-2-12 dated 2-1-22, E-22-2-80 dated 2-14-22, E-22-3-17 dated 3-1-22, 21-9-3 dated 8-31-21 and E-22-3-110 dated 3-12-22 regarding medical treatment/staff conduct & IDR's and marked them as emergencies. The grievances were received on 11-29-22, 12-3-21, 12-7-21, 1-13-22, 2-8-22, 2-16-22, 3-3-22, 3-14-22 (x2) by the Grievance Office and forwarded to the Warden. The grievances were returned to the Grievance Office deemed as emergencies. The grievances were forwarded to Health Care to address the issues. Suane claims that he has a serious physical injury on his left side where his colon and spleen are pushing out through his ribs. He claims that he has been trying to get treatment for this problem for months and is not receiving any help. He claims that the pain is so severe that he cannot at times get to health care for his pill line and then he receives tickets from a Nurse Fogerson for failure to report. Suane claims that Fogerson knows his condition and should take this into consideration when he does not make the pill line. Suane claims that his pain medication was discontinued and this is why he has difficulty making it to Heath Care. Suane claims he has been losing weight as he has been directed so he may require the surgery he needs. He claims the medication he has been prescribed does not help his pain. He claims when he tested positive for COVID he was not checked properly. He claims that his injuries to his left flank place him at serious risk for severe health concerns. He claims to have lower back nerve damage. Suane claims to be bipolar 1, have severe anxiety, PTSD, Homicidal & psychotic episodes.

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance is partially upheld. Suane has been seen by the medical provider on 3-16-22 and scheduled to be seen on 4-5-22. Suane is scheduled to see Dr. Brandt in Centralia in the near future. D.R. 504 procedures were followed and I find no grounds to change the decision or the disciplinary action. Administrative decisions warrant no further review.

Jeffrey Strubhart CCII

*Jeffrey Strubhart* Digitally signed by Jeffrey Strubhart Date: 2022.04.05 13:23:32 -05'00'

Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ☐ I concur | ☒ I do not concur  ☐ Remand |
| Action Taken: | | |

EXPUNGE IDR's. REVIEW
MEDICATION LISTS.

4-5-22

Chief Administrative Officer's Signature    Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director  I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Offender's Signature    ID#    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Relief requested is: Be able to see Mental Health, Get medication for nerve pain, Have nurse Fogerson reassigned/retrained or fired, Have tickets expunged, Celling assignment-either in HCU or single-celled, referral to pain management facility/Doctor, Hire a full time doctor, get rid of Wexford, have cleaning supplies available and have Commissary bring items during quarantine.

Per written response from D.O.N.: You were seen on 2-16-22, 2-22-22, 2-23-22. Had blood drawn on 3-4-22, an x-ray on 3-16-22 and seen by provider on 3-16-22. If you still need assistance, please request to be seen by dropping a note.

Per written response from K. Fogerson: I, Kristi Fogerson CMT, LPN am denying these negative allegations. I did inform individual Suane B52215 that the medications are scheduled at 8 pm. Per state nursing guidelines and policies, nurses have 1 hour before and 1 hour after the medication is scheduled to administer the medication. I was also, at that time, performing other job duties. It is not efficient use of time to jump back & forth between duties. I explained all of this to individual Suane B52215, as to why it was too early for medications or to sign a refusal. As far as his condition issues and complaints, I informed individual Suane B52215 that if he felt he needed different accommodations to drop a slip to see the doctor. He said that he was not going to in Health Care Infirmary. Another option I gave him was to speak to the doctor about making his medication on an as needed basis. This would allow individual Suane B52215 to only have to come to pill line if he needed the medication, and not every night.

Suane has been seen by the medical provider on 3-16-22 and scheduled to be seen on 4-5-22. Suane is scheduled to see Dr. Brandt in Centralia in the near future. Suane was scheduled to see Mental Health on 3-24-22 and was scheduled for Telepsych on 11-29-21 & 12-21-21, Suane was scheduled for Nurse Sick call on the following dates: 12-6-21, 12-11-21, 12-19-21, 1-12-22, 1-19-22, 3-31-22 & 4-3-22. If Suane has further concerns, he should submit a written request to be seen through NSC.

Celling based on Medical concerns are made by the Facility Medical Provider.

Celling assignments, Staff discipline & assignments are determined by Administrative decision and warrant no further review.

Wexford's hiring practices and contract with the State are outside the jurisdiction of this facility.

Cleaning supplies are delivered to the housing units twice per day and are available for use from the Security Staff.

Commissary shopping schedules and delivery to quarantined housing units are determined by Administrative decision and warrants no further review.

A review of the 11-9-21 & 11-22-21 IDR's & Final Summaries indicates that the IDR's were read and no witnesses were requested. Suane B52215 was charged with Failure to Report on both dates. He pled not guilty to both stating, "I was in pain & I didn't go due to medical reasons." Suane was found guilty of Failure to Report based on Staff report stating on the above date and approximate time, CMT Fogerson was running evening pill line in HCU. Suane, Remy B52215 failed to report to HCU for scheduled medication. Individual positively identified by Offender 360 & medical records. The Program Committee recommended Verbal Reprimand and 1 Months B Grade-progressive discipline. The Warden concurred with both recommendations.

D.R. 504 procedures were followed and I find no grounds to change the decision or the disciplinary action.

This was the 1st time She Started writting Me tickets and i stoped taking My mental Health meds I let it go Because They Said it was policy come to find out its Not This Value is to show She refused to Respond Med. Believe they can do as They please

Assigned Grievance #/Institution: _Centralia C.C. E_____    Housing Unit _N-3-A9_   Bed # _1_

1st Lvl rec

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec _3/14/22_

| Date: 8-31-21 | Offender (please print): Suane | ID #: B52,215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Mail Handling
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [x] Other (specify): cruel and Unusual Punishment
- [ ] Disciplinary Report

RECEIVED

Date of report _____ Facility where issued

SEP 4 2021

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Clinical Services

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and placed in the collection locked receptacle marked "grievance":

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 8-30-21 Aprox Time 5:45pm i was called to health care it was raining down hard by the time i arrived to healthcare i Iwas Soakin wet all the way down to my Socks and Shoes to Find out they did not need M. even though i was so wet i was not mad i was ok with it things happen About 6pm i seen Nurse K. Folgarson She is the nurse who passes out the

[ ] Continued on reverse

**Relief Requested:** To receive No medical care at all from K. Folgarson im in Fear of retaliation for this grievance From her. Any officer or other staff herassment to me will be considered on her behalf. Believe My family is aware of what happens to Me! She needs retraining of SMI patie.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Kenny Suane_    B-52215    8-31-21
Offender's Signature       ID#        Date

(Continue on reverse side if necessary)

DECEIVED

**Counselor's Response (if applicable)**   Date Received: 2/7/22   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Grievance forwarded to Nurse Folgarson for a Response on 9/14/21, 12/7/21, And 2/7/22. As of 2/7/22 Nurse Folgarson was failed to respond.

RECEIVE
MAR 14 2022

GRIEVANCE OFFICE

_7-3-14_                 _7-3-14_              _2/7/22_
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

RECEIVE

**EMERGENCY REVIEW**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

FEB 16 2022

ADMINISTRATI
REVIEW BOA

_____    _9/3/21_
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender                    Page 1 of 2                    DOC 0046 (Rev. 01/2020)

B52215   2-8-22 Original Ret + Copy

ned Grievance #/Institution: __Centralia C.C.__     Housing Unit: __N3-A4__   Bed #: __L__

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

4 rec _____                                          2nd lvl rec _____

pills at pill line around 7:30 to 8:30pm my unit
goes i knew it was to early to receive my
meds at this time but i explained to her i
had no more uniforms and my only shoes are
super wet could she allow me to sign a
refusal atleast. She said no! she dont pass out
pills or do refusals till 6:30pm pills im sure there
are rules. She had no compassion she could
care less i came for nothing and was
soaked she could of let me sign a refusal
To my knowledge The Administration and
Wexford, Medical make the rules not one
Nurse doing as she pleases to us. She loves
writting us tickets is what it realy was. I
first came to centralia i had no pain
medication i could not make it to pill line
Instead of K. Folgarson checking on me a
new inmate at the time. Nope she just
wrote me a ticket. She was very unprofess
ional and snotty when i talk to her about
the refusal she did not even give Me room to
speak she just walked off like blank Me
She was checking my spider bite Knowing
i go to pill line chilling 6pm 6:30pm making
me walk twice instead of calling me closer
to pill line i explaned to her i have physical
damage to my side breathing issues her
reply i have all Kinds of ADA patients they
do it. there medical issues have nothing to
do with me. My 9th 10th Ribs a seperated and
my colon and Splean are pushing through My
injuries are severe this is clearly physical
and Mental Abuse by K Folgarson I have
a full lawsuit against Lawrence C.C for
similar issues like this. I am also SMI. I
receive controled meds for pain and Anxiety
that Nurse had no problem giving me my pain
med because its as needed i But She
could not give me my PTSD/Anxiety meds
Because it was to early But She allowed
me to sign a refusal so i would not have to
come back wet. But i knew if i didnt come
back K. Folgarson would write me a ticket
So i put on dirty clothes and soaked gym
Shoes. This women should not medically
be taking care of inmates i have not Met
an inmate who said anything good about
her. What i went through is a 8th
Amendment Violation of cruel and unusual
Punishment at the hands of K Folgarson

Distribution: Master File; Offender                    DOC 0046 (Rev. 01/2020)

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

June 23, 2022

Remy Suane
Register No. B52215
Centralia Correctional Center

This is in response to your grievances received on April 27, 2022, regarding Medical Treatment violations, Staff Conduct issues, Disciplinary Report being expunged, cell placement, Safety & Sanitations issues and Commissary concerns which were alleged to have occurred at Centralia Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Suane's grievances dated August 31, 2021, November 24, 2021, December 2, 2021, December 9, 2021, January 2, 2022, February 1, 2022, February 14, 2022 and March 1, 2022, state in summary that grievant has not been receiving adequate medical care, is experiencing  harassment from Nurse K. Fogerson, is being exposed to unsanitary conditions, is unable to shop commissary and has received disciplinary reports for things the grievant cannot control.

The Grievance Officer's Report #E21-11-189 and subsequent recommendation dated April 4, 2022, and disapproval by the Chief Administrative Officer on April 5, 2022, have been reviewed.

Based on a total review of all available information the review is mixed. It is noted that the Warden recommended the disciplinary reports be expunged and #202102588/1 and #202102710/1 were expunged from the disciplinary record of the grievant. Staff misconduct allegations are unsubstantiated. The additional complaints made by the grievant have been appropriately addressed by the facility Administration. The grievant is receiving medical and mental health treatment.   This office has no authority to override the opinion of a licensed medical professional therefore the remainder of the grievance is denied.

FOR THE BOARD: _____
DeAnna Kink
Administrative Review Board

_____
Rob Jeffreys
Director

cc:     Warden, Centralia Correctional Center
        Remy Suane Register #B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

Assigned Grievance #/Institution __Centralia C.C.__     Housing Unit __S3-D4__   Bed #: __L__

1st Lvl rec: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: ___

| Date: 4-21-22 | Offender (please print): Suane | ID #: B52,215 | Race (optional): W |
|---|---|---|---|
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): DR. Meyer's/interfeeing with outside DR

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ____   Facility where issued ____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

On April 15, 2022, I seen Outside DR. BRandt? at SSM St. Mary's for my leftside Flank Area injury the Doctor explained to me. My CT Scan was 2yrs old and that another CT scan was needed to see what's going inside Me. So the DR. was ordering another CT-Scan. But the CT Scan needed approval by the Prison/Wexford Health I asked the DR How long you think that would take DR Said

[x] Continued on reverse

**Relief Requested:**

Outside DR. at SSM St. Mary's contacted directly for her order's do to possible med. record tampering By DR. Meyers she's in Suite 125 Direct investigation by Administration and CAO of Centralia C.C. / All outside DR order's for my care be approved / DR. Meyer's terminated as Doctor He. at Centralia C.C. and all IDoc Staff to officers who took me to Hospital

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Kenny Suane_          B52215          4-21-22
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____          4/21/22
Chief Administrative Officer's Signature          Date

Page 1 of 2          DOC 0046 (Rev. 01/20?)

signed Grievance #/Institution: _Centralia C.C._                    Housing Unit: _53 04_   Bed #: _L_

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Lvl rec:                                                    2nd Lvl rec:

3 to 4 weeks. DR. Also stated She was ordering Diet pills and i be placed on a low calorie diet. She told me also lose 43 pounds and She could repair my left side So me and the officers came back to the prison. 4-16-22, I talked to Nurse Amy in Healthcare She said that She did my paperwork She gave the paper work to a women named Pam. The CT-Scan needed to be approved. The diet pills and the diet plan i would need to talk to MDA, MR. Smith or DR. Meyers, This Follow up Visit with either one MR. Smith or DR. Meyers/This is where the issue of the grievance is: April 19, 2022. Follow up Visit with DR. Meyers around 1pm or so. He reads the report Says the DR. Says you need to lose weight or you can not have the surgery. So i told him about the DR. ordering me a new CT Scan. He states the DR. did Not order /you a CT Scan. The diet pills, She did Not order that either and he also stated we dont have diet pills here anyway I did Not even bother to mention the diet tray. He just mentioning what the outside DR. ordered Seem to Anger DR. Meyers. One would think the way DR. Meyers reacted he may be paying for my medical care out of his own pockets. He was mad! I tryed to insist he got mader asked me to leave we were done here he said. As i left i told him i would take this issue up higher he stated good call the Governor I listened to the outside DR's words carefully this is my life and health we are talking about. The C.O.'s heard everything the outside DR. Stated. I even asked Ofc. WEST BROOK if he thought i would get approved For the CT-Scan he said She dont see why not the DR. Said She was ordering it. Dont worry Suane you'll get it. We left the DR's office went back to the prison. When an outside DR. orders care for an inmates. By law these orders must be carried out. Legally noone can interfere. DR. Meyers has been Denying me a New CT SCAN Since ive been here Starting July 21, 2021 Also using every excuse to not send me out to the Hospital Also I Thank! MDA Mr. J Smith without him i would of Never Seen this Doctor at St Mary's DR. Meyers Seems to have a different agenda and its Not inmates health, care or Safety. Interfere: 1.) to come in collison or be in opasition or impedes 2.) to take an unwarranted active part in the affairs of others. 3.) to affect one another. Merriam Webster Dictionary and thesaurus printed May 2020. For the prison Administration and CAO Not to investigate this medical issue fully to the best of there Ability do to my health and Safety would be failure to protect. I even mentioned Pam To DR. Meyers he stated She's just a Secretary She cant order a CT scan only I, myself or Mr. Smith can order it. DR. Meyers is a clear threat to my health and Safety and possibly other inmates. He needs to be removed As the physician at Centralia C.C. and all and any IDOC prison he Cares For inmates. Our lives depend on it. Our primary care is Not his goal.

DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| | Grievance Officer's Report | |
|---|---|---|
| Date Received: 04/21/2022 | Date of Review: 05/03/2022 | Grievance # (optional): E-22-4-138 |
| Offender: Suane, Remy | | ID#: B52215 |

Nature of Grievance:

**Medical Treatment**

Facts Reviewed:

Suane B52215 filed a grievance dated 4-21-22 regarding outside referral/medical treatment and marked it as an emergency. The grievance was received on 4-21-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 4-22-22 deemed as an emergency. The grievance was forwarded to the Health Care unit to address the issue. Suane is claiming that he saw a Dr. Brandt at SSM St. Marys and was told he needed a new CT scan, she was ordering diet pills for him, he should be place on a low calorie diet and he needs to lose 43 pounds before she could repair his left side. Suane claims the problem begins with getting the CT approved by Wexford. Suane claims that the diet pills & diet plan need to be discussed with either PA Smith or Dr. Myers and Dr. Myers acted like none of what Dr. Brandt had ordered was in the records. Dr. Myers just said that he would need to lose weight before a surgery could be scheduled. Suane claims Dr. Myers became angry and asked him to leave when Suane tried to discuss Dr. Brandt's orders. Suane claims that Dr. Myers continues to interfere with his medical treatment and does not have Suane's health and safety as a priority.

Relief requested is: "Outside Dr. at SSM St. Marys contacted directly For her order's do to possible med. record tampering by Dr. Meyers She's in suite 125 Direct Investigation by Administration and CAO of Centralia C.C./All outside DR's order's For my care be approved./Dr Meyer's terminated as Doctor Here at Centralia C.C. and all IDOC. Talk to officers who took me to Hospital."

<div align="right">con't</div>

Recommendation:

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane has been seen and recommendations have been made for weight loss management so a surgery can be scheduled. Suane should follow the Dietary recommendations by limiting Commissary items not conducive to weight loss. Staff assignment and investigations are determined by Administrative decision and warrant no further review.

| Jeffrey Strubhart CCII | Jeffrey Strubhart Digitally signed by Jeffrey Strubhart Date: 2022.05.03 13:33:39 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |
| (Attach a copy of Offender's Grievance, including counselor's response if applicable) | |

| | Chief Administrative Officer's Response | |
|---|---|---|
| Date Received: | ☒ I concur  ☐ I do not concur | ☐ Remand |
| Action Taken: | | |

| _Daniel Mmti 4_ | 5/3/22 |
|---|---|
| Chief Administrative Officer's Signature | Date |

| | Offender's Appeal To The Director | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

Distribution   Master File, Offender

Page 1

DOC 0047 (Rev. 3/2

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Per written response from AWP Harris for the Health Care unit: In review of Suane B52215 file as seen on 4/5/22, Physician Assistant J. Smith recommended a special diet for weight loss. Current weight 347; goal 220. The Dietary Manager has placed Suane B52215 on a high protein diet 2200 calories per day at PA request; weight will be checked every two weeks. Suane B52215 has been diagnosed with HTN, Asthma, Acid Reflux, Psych, Obesity, and HPL. All medications are DOT (Directly Observed Therapy). Suane B52215 was seen by Dr. Brandt on 4/15/22 regarding pain: left flank hernia. The office recommended a CT scan to serve as a clearer scope to treat the hernia properly. The recommendation also suggests exercise, weight loss, and calorie count. On this day blood pressure was 158/98; temp 97.5; pulse 83; and oxygen saturation 99%. An authorization for general surgery was submitted by Wexford on 3/29/22. In review of medical file- diet pills were not recognized as a supplement for weight management/control. Please see the attached commissary items purchased by Suane B52215. It is my opinion, that Suane B52215 is aware of his weight loss management and control recommended by both Dr. Brandt and PA Smith and continues to purchase food items that are not conducive to weight management/control.

Staff assignment and investigations are determined by Administrative decision and warrant no further review.

Suane has been seen by an outside provider and recommendations have been forwarded to Wexford and Centralia CC Health care providers. The facility Medical provider reviews recommendations from outside providers and makes treatment recommendations based on these recommendations and from observations/evaluations completed at the facility.

Suane has been placed on a special high protein diet with weight checks every two weeks. An authorization for general surgery has been requested through Wexford. A review of Suane's commissary purchases was conducted and indicates that Suane is purchasing items that are not conducive to weight management/control. If Suane wishes to receive the recommended surgery, Suane should take the dietary recommendations more seriously and not purchase items that directly affect weight loss management.

Printed on Recycled Paper

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Remy Suane

5/24/22
Date

ID# : B52215

Facility: Centralia

This is in response to your grievance received on __5.11.22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 4.21.22    Grievance Number: E22-4-138    Griev Loc: Centralia

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

■ Other    Medical Treatment - 4.15.22 - saw outside Doctor who ordered CT scan, diet pills, low calorie diet before surgery. Dr Myers refused orders

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other: Mixed: Special diet was recommended and Grievant was placed on a high protein diet by Dietary however, diet pills are not approved.

Staff discipline is an Administrative decision. Treatment is at the discretion of the licensed medical provider.

FOR THE BOARD: _____    CONCURRED: _____
DeAnna Kink                                      Rob Jeffreys
Administrative Review Board                       Director

CC: Warden, Centralia _____ Correctional Center
Remy Suane _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

*www.illinois.gov/idoc*

E-22-5-45

| Assigned Grievance #/Institution | | Housing Unit | Bed # |
|---|---|---|---|
| 1st Lvl rec. | ILLINOIS DEPARTMENT OF CORRECTIONS **Offender's Grievance** | | 2nd Lvl rec. |

| Date: | Offender (please print): | ID #: | Race (optional): W |
|---|---|---|---|
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

☐ Personal Property     ☐ Mail Handling     ☑ Medical Treatment     ☐ ADA Disability Accommodation

☐ Staff Conduct     ☐ Dietary     ☐ HIPAA     ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility     ☐ Other (specify)

☐ Disciplinary Report
_____  _____
Date of report           Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":**

     Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
     Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     Chief Administrative Officer, only if EMERGENCY grievance.
     Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

_(handwritten text, illegible)_

☐ Continued on reverse

**Relief Requested:**

_(handwritten text, illegible)_

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

_____  _____  _____
Offender's Signature         ID#           Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____  _____  _____
Print Counselor's Name        Sign Counselor's Name        Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to file grievance of

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____  5/6/22
Chief Administrative Officer's Signature        Date

Housing Unit: [illegible] Bed #: [illegible]

[illegible]gned Grievance #/Institution: [illegible]

2nd Lvl rec: 

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

Lvl rec: [illegible] to walk in the [illegible] plastic
with [illegible] in [illegible] to obesity being a
in my [illegible]. I asked Mr. Smith [illegible] So I could
medical [illegible] a [illegible] pair of gym shoes [illegible]
[illegible] my [illegible] A [illegible] a medical reason the
to my [illegible] Department of Corrections.
is [illegible] the [illegible] [illegible] information
Mr. Smith [illegible] they [illegible]
from the [illegible] Almost [illegible] all
on commissary which [illegible]
inmates [illegible] pair of gym shoes
[illegible] medically obesity disabled am
pair of [illegible] being able
[illegible] that
to [illegible] a pair of gym shoes
can [illegible] I have a pair of Gym
shoes [illegible] regular healthy inmates I have a
pair of [illegible] to walk and try to
exercise [illegible] for MD. A Mr. Smith
and outside Dr. FRANCIS at Sisters St. Mary's
Hospital 400 N. Pleasant Ave Centralia IL
[illegible] At this time im being denied
proper medical care. Mr. Smith said he is staying away
from this issue because he does not wanna get in
the middle of a conflict with the institution.
So at this time my medical care is being interfered
with by this institution [illegible]. They only
sell [illegible] no other brand so its
[illegible]. I did not have this Gym
shoe issue [illegible] different Commissary Vendors
we had [illegible] high top's made of
leather and [illegible] And cheaper ones for inmates who
had limited funds. Mr. Smith should not be [illegible]
about a conflict with the Institution/Wardens [illegible]
[illegible] on my proper Medical Care. At
this time im [illegible] defective gym shoes
[illegible] everyday all day. I have a
[illegible]
[illegible] I'm in pain everyday. Having
nerve damage [illegible] to my [illegible]
to wear [illegible]

E-22547

Assigned Grievance #/Institution: Centralia C.C.   Housing Unit: 04   Bed #: 2

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

1st Lvl rac ___   2nd Lvl rac ___

| Date: 5.4.22 | Offender (please print): Suane | ID #: B53015 | Race (optional): W |
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [x] Dietary
- [ ] Other (specify): ___
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___   Facility where issued ___

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance".

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

( I am a ADA (Beauty Disabled) inmate) I have been placed on a Diet Tray per medical and outside Dr. Brown at St. Mary's Hospital to lose weight for a Much needed surgery to repair My left flank area, injured sunday 5-1-22 denial fresh rust I was told by dietary Supervisor that the tray was high protein on the line, biscuit, gravy and corn flakes are not to their protein meal today _____

[x] Continued on reverse

**Relief Requested:**

To receive whatever protein meals dietary can help provide me without extra cost to the institution to continue to ___ the fish sticks the protein ___ when consessary has these items available ___ whatever dietary offers for the day that can ___ ___

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

Offender's Signature ___   IDR ___   Date 5-4-22

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)   Date Received: ___   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name ___   Sign Counselor's Name ___   Date ___

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

---

**EMERGENCY REVIEW:**   Date Received ___

Is this determined to be of an emergency nature?

- [x] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature ___   Date 5/6/22

Page 1 of 2   DOC 0046 (Rev. 01/202)

Assigned Grievance #/Institution: Centralia C.C.          Housing Unit: S3-D4   Bed #: 1

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

dietary supervisor. that i just get a regular tray at Waffles, Syrup, oatmeal, milk, and a juice and at breakfast i just get regular trays and lunch and dinner i get extra protein. these food supervisors are Not Named. Do to the fact its not there fault. they can only provide me what's available to them. the fault is at The Illinois Department of Corrections. they only allow certain diets. Nothing a food supervisor can do about that they have tried to do what they can for me though this diet they have been ordered do to medical issues. Ordered by Medical staff. Here and outside Medical want to interfere with anyway is to interfere with medical treatment. I suffer in pain everyday do to my injury. I Need this surgery. There's High Protein foods. like tuna, eggs, Beans, Chicken, etc. I dont Expect the institution to waste food. thats a sin people are starving in this world. But other diets provide tuna, eggs etc. + salads. When those diets are getting tuna, eggs, Chicken, Beans, salads, I Should be able to get some. its gonna go to the garbage anyways I'm Not asking for Special treatment or Cook me special meals this is Not the Hilton. I'm asking this institution to help me get my goal weight to lose 43 pounds and have Surgery. Maybe in hopes to live a little longer. I do what i can. I Buy all the Fish i can get my hands on, Beans and Rice, I'm doing My part I dont eat sweets, bread, chips, pop, crackers once in awhile i eat a noodle. I can only buy so many Fish, So many rice and beans. ~~I only buy Fish rice beans and noodles in my box. Tea, No Junk food.~~ But im doing it to save my life. Hopefully to live another day to see my Children and grand children again one day. And Retaliation for what im explaining to you. In Hopes of Proper Diet Meals from the institution and being able to provide myself these meals by me paying for them. Will be surely interfering with my medical care. I believe i Should Pay for Most of My diet meals And i will if the institution will allow me too. I'll Spend every dime i receive on it. You let me. It Saves you money. You can use it for Something else. Thank you

P.S. I'm trying to work with you only with your help can i this happen. Please help me if you can!

DOC 0046 (Rev 01/20/20)

E-22-5158

| Assigned Grievance # | Centralia C.C. | Grievance # S3-04 | Ref #: C |

| 1st Lvl #: | ILLINOIS DEPARTMENT OF CORRECTIONS | 2nd Lvl #: |
|            | **Offender's Grievance**              |            |

| Date: 5-18-22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |

**Nature of grievance:**

☐ Personal Property ☐ Mail Handling ☒ Medical Treatment ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ HIPAA ☐ Restoration of Sentence Credit
☐ Transfer Denial by Facility ☐ Other (specify): _____
☐ Disciplinary Report

_____ _____
Date of report         Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer**, only if EMERGENCY grievance
   Mail to **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs
   issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

Failure to carry out medical orders. Such cases often
involve the failure to provide prescribed medication or
or failure to act on medical recommendation for surg
or for other specialized care. Hospitalization or other
care Not Available. ON 4-15-22 Dr. Brandt of Saint Ma
hospital located in Centralia IL. Recommended a CT scan,
Diet pills, and a diet tray. Which are needed for my Surgery

☒ Continued on reverse

**Relief Requested:**
Be provided the diet pills to lose weight faster for surgery. / For
medical to provide me medical gym Shoes that will hold my weight So i can
exercise by walking like Dr. Brandt recommends. I cant wear Nerts everyday
I have Severe 23, L4, L5, L3L5 back injuries. Warden Hght to work with me For
Medical Needs. No More Further Santions By Warden Harris / Warden Hght talk to Me Pers

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Remy Suane_ _____ B52215 ___ 5-18-22
Offender's Signature                IDR        Date

(Continue on reverse side if necessary)

_____

**Counselor's Response** (if applicable)  Date Received: _____ ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____ _____ _____
Print Counselor's Name    Sign Counselor's Name    Date

**Note to offender:** If you disagree with the counselor's response it is your responsibility to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?
☒ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

_____ 5-20-22
Chief Administrative Officer's Signature    Date

Page 1 of 2                                    DOC 0046 (Rev. 01/20)

Centralia C.C.                                    Housing Unit S3-D4   Bed # L

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

to repair my left Flank Hernia where my spleen and colon need
the pushed back in and the inside of my left Flank area repaired
a hold these Casuins in place. On 5-12-22 MD. A J smith said he
was checking on the status of the CT-Scan. But the diet pills
were just a recommendation. these diet pills were recommended
to lose weight for major surgery. And should be carried out. Some
such cases involve "review" by doctor's that simply makes no
sense. like on 1/4/22 Dr. Freud's statement we don't have diet pills
e denied all these recommendations were even ordered by Dr. Brandt
it all. To deny me this care even showed me medical documents that
nd nothing to do with my 4/5-22 Dr. visit with Dr. Brandt. 5-12-22
MD. A J smith showed me the 4/5-22 recommendations, CT-Scan,
Diet pills, diet. (Failure to respond to apparently serious complaints or
refusing to carry out prescribed or recommended treatments
for no efficient reason.) The constitution is violated "If deliberate
indifference caused] an easier and less efficacious treatment to be
consciously chosen by the doctor.) MD. A Smith placed me on a
diet way before i saw Dr. Brandt. I was 350.8 pounds then.
And he stated as long as i show weight loss He will continue the
diet. My last weight was Thursday 5-1.-22 and was 339 pounds
which shows im compliant with weight loss. I lost 11 pounds since
my beginning way in. On 4/10-22 I. 350.8 Smith stated 6 to 7
pounds a Month is good progress. I lost 11 pounds in a Month
and 2 days. 350.8 weight was taken by nurse Britney on 4-10-22
So no matter what Warden Harris stated in her reply to a grievance
about my purchases from commissary. Im more than compliant to my
diet plan by MD. A Smith. Warden Harris should check what foods in
being fed for my diet or dietary. I get the same food other inmates
are getting. Except i receive mayo, eggs, peanut butter, extra meat. If
i ate everything on these trays id get as big as a house. I eat all
the extra protein dietary provides etc. I dont eat the bread, tortillas,
cookies, cakes. What i purchase should not matter. I count my calories
try to stay under 1500 calories a day. Im doing a pretty good job
the diet pills would curve my hunger. I'd eat even less lose weight
Faster.) Providing me just a diet temp is just taking the cheaper way out
period, and not wanting to pay for the diet.₇ I could only suggest Warden
Harris not get to medically involved she Not a Medical professional and her
action's seems to be trying to help medical cover three actions up. Which now
legally will involve Centralia C.C. and Fees. Which im trying to avoid because
i believe Centralia C.C. staff have tried to reprimand. I'd like to keep it
this way! (It seems to us that when prison officials or medical staff
refer "a prisoner to an outside consultant, they are in effect
conceding that their own judgment is not sufficient to address the
prisoners medical condition, and if they disregard the consultant's
directions?) If i really truly wanted to file suit i could. Thats not my
mission. "Mission Dr. Brandt said lose 43 pounds from her way in of 343
pounds. which he 300 pnds. she can do the surgery. the goal weight of 220
pounds is my goal personly. Since Warden Harris got involved. They refuse
to order or alter my foorly to order shoes that will hold my weight. Taken
away my over the counter meds. Making "out" for meds i can hold in my
cell. Take on my own. Causing me Chew pads. I asked Warden Harris for

her help does not personaly caused me these issue's.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 05/06/2022 | Date of Review: 06/17/2022 | Grievance # (optional) E-22-5-45 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Special shoes & Special diet/commissary

**Facts Reviewed:**

Suane B52215 filed 3 grievances E-22-5-45 dated 5-5-22, E-22-5-47 dated 5-4-22 & E-22-5-158 dated 5-18-22 regarding shoes & diet pills/commissary and marked them as emergencies. The grievances were received on 5-6-22 (2) & 5-20-22 by the Grievance Office and forwarded to the Warden. The grievances were returned to the Grievance Office on 5-9-22 (2) & 5-24-22 deemed as emergencies. The grievances were forwarded to Health Care to address the issue. Suane claims to have spoken to Medical Staff about having family special order gym shoes because the ones in Commissary can't hold his weight. Suane claims the boots he has are designed for walking for exercise. Suane claims to have been placed on a diet tray per Medical & an outside Dr. (Brandt) to lose weight or a surgery to repair the left flank. Suane claims the trays he is receiving are not high protein as prescribed, he gets a regular tray for all three meals. Suane claims that high protein foods are available (tuna, eggs, beans & chicken). Suane claims to purchase fish, rice and beans from Commissary, no sweets, bread, chips, pop or crackers. Suane claims to want to pay for his diet meal Suane claims that the facility is failing to carry out medical orders. Suane claims the diet pills prescribed are not being ordered/given. This along with the improper diet are making it difficult to lose the weight he needs for the surgery, but he is losing weight.

con't

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends that the grievance be partially upheld. Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane has been prescribed a high protein diet effective 4-5-22 and should follow this with Commissary items as well. Special order gym shoes and the use of diet pills will be determined by Medical staff and Suane will be seen by the MD for further evaluation.

| Jeffrey Strubhart CCII | Jeffrey Strubhart Digitally signed by Jeffrey Strubhart Date: 2022.06.17 14:29:42 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | [X] I concur   [ ] I do not concur   [ ] Remand | |

**Action Taken:**

_Daniel Monti_                                      _6/17/22_
Chief Administrative Officer's Signature                    Date

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Relief requested is: "Gym Shoes special ordered by My Family which is at No cost to Wexford Medical, IDOC or Centralia C.C.) or Special ordered medical Shoe's ordered by medical do to obesity. Which will be at Cost to Wexford, Medical, IDOC and Centralia C.C. My issue is Medical. To recieve Whatever protein Meals Dietary can truly provide me Without extra Cost to the institution.) To be allowed to purchase 16 tuna 16 Fish Steaks, 16 Mackeral, 8 rice, 8 Beans, & Rice & Beans. Only When Commissary has these items Available) Tuna, eggs, beans, Salad whatever dietary opens for the day that can help me lose weight) No retaliation For grievance. Be provided the diet pills to lose weight Faster For surgery./ For medical to provide Me Medical gym shoes that will hold my weight so i can exercise by walking like Dr. Brandt reccomends. I cant wear boots everyday allday I have severe L3,L4,L5 L5L5 Back injuries. Warden Monti to work with Me For My Medical Needs. No More Further Sanctions By Warden Harris/Warden Monti talk to Me personally."

Per 6-13-22 written response from Health Care: A review of his file indicates the following responses to the said grievances. Suane was placed on DOT (direct observation Therapy) of medication due to failure to take medication as required, to be lifted from a high protein diet to a regular diet as said in the grievance will be a result of the physician's medical review, special order of gym shoes due to the quality sold in commissary. The recommendation for this request will be determined by medical authority. The grievant issue of diet pills is as follows: They were not approved by the Medical director however, he will be placed on the doctor's line for further evaluation and assessment.

Suane was placed on DOT (direct observation therapy) as a result of not being compliant with medications. Suane has been prescribed a high protein diet effective 4-5-22 and should follow this with Commissary items as well. Special order gym shoes and the use of diet pills will be determined by Medical staff and Suane will be placed on the line with the MD for further evaluation. If Suane has further concerns, he should submit a written request for Nurse Sick Call.

Commissary limits are an Administrative decision and warrants no further review

J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Suane, Remy

7/11/22
Date

ID# : B52215

Facility: Centralia

This is in response to your grievance received on **6/29/22**_____, This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 5/4-5 & 5/18/22  Grievance Number: E-22-5-45  Griev Loc: Centralia

- ☐ Transfer denied by the Facility

- ☑ Dietary  claims not receiving recommended diet tray

- ☐ Personal Property _____

- ☐ Mailroom/Publications _____

- ☐ Assignment (job, cell) _____

- ☑ Commissary / Trust Fund  claims not able to have proper gym shoes to accommodate weight

- ☐ Conditions (cell conditions, cleaning supplies, etc.) _____

- ☐ Disciplinary Report: Dated: _____ Incident # _____

- ☑ Other  Medical treatment; claims improper medical treatment as diet pills prescription are not being ordered

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed  Warden _____ is advised to provide a written response of corrective action to this office by _____.

- ☐ Denied, in accordance with DR504F, this is an administrative decision.

- ☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other: Per HCUA response, Individual in Custody medical care is being addressed, including diet meal recommendation.

Special medical permits will be at the approval of facility administration. Continue to request Medical Unit for further health need.

Grievance is denied

FOR THE BOARD: _____
Adewale Kuforiji
Administrative Review Board

CONCURRED: _____
Rob Jeffreys
Director

CC:  Warden, Centralia _____ Correctional Center
Suane, Remy _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Assigned Grievance #/Institution: Centralia C.C.                    Housing Unit: S3-D4   Bed #: C

1st Level: ☐                                                        2nd Level: 6/24/22

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 6/21/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |
|---|---|---|---|
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

☐ Personal Property  ☐ Mail Handling  ☒ Medical Treatment  ☐ ADA Disability Accommodation

☐ Staff Conduct  ☐ Dietary  ☐ HIPAA  ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility  ☐ Other (specify): _____

☐ Disciplinary Report

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON 6/14/22 i seen Dr. Meyers For my Continueing Left Flank Hernia pain and Severe back pain the pain medication provided by Dr. Meyers has Not worked. Regular Tylenol is For minor aches and pain its Not For long lasting Chronic pain. ON 6/14/22 Dr. Meyers raised My Tylenol From 500mg to 1000mg 3x daily as Needed. I've had Chronic pain Since My

☒ Continued on reverse

**Relief Requested:** Wexford Health Inc. To hire a Medical pain Managment Specialist, Send me to a Back Specialist and pain Managment Specialist For my Back issues and left Flank area Hernia pain

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Remy Suane      B52215      6/21/22
Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____      _____      _____
Print Counselor's Name      Sign Counselor's Name      Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**    Date Received: _____      JUN 2 3 2022

Is this determined to be of an emergency nature?

☒ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

DMartin MN      6-23-22
Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender

Centralia C.C.                    Housing Unit S3-04    Bed #  6

Assigned Grievance #/Institution

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec                                              2nd Lvl rec

2017 car accident do to these injuries. Dr. Meyers
refuses to provide me my regular chronic pain Medication
for 6 months now. i've tryed everything he has
asked me to try for pain. All its done is caused me
more suffering and pain. Wexford refuses to hire
a pain managment specialist. These doctors truely
deal with sever chronic pain issues like mine. I
was seeing one before i came to prison. I was doing
fine with pain managment and physical therapy
At this point do to pain mentaly and physically its
taking a toll on me. I'm already suffering from
Mental Illnesses this pain makes it worse.

DOC 0046 (Rev 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 06/23/2022    **Date of Review:** 08/19/2022    **Grievance #** (optional): E-22-6-190

**Offender:** Suane, Remy    **ID#:** B52215

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Suane B52215 filed a grievance dated 6-21-22 regarding medical treatment and marked it as an emergency. The grievance was received on 6-23-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 6-24-22 deemed as an emergency. The grievance was forwarded to Health Care for their review. Suane claims to have been seen by Dr. Myers on 6-14-22 for the continued left flank hernia pain. Suane claims the Tylenol, (which is for minor aches & pains) dosage was raised from 500 mg to 1000 mg 3x daily as needed. Suane claims the Tylenol does not help and he needs to have his regular chronic pain medication, but Dr. Myers refuses to order it. Suane claims that Wexford needs to hire a pain management specialist.

Relief requested is: "Wexford Health Inc. To hire a Medical pain Managment Specialist, Send me to a Back specialist and pain managment specialist For my Back issues and left Flank area Hernia pain."

Per written response from Health Care: Seen by Dr. Meyers who increased 500mg of Tylenol to 1000 mg of Tylenol 3x daily.

Suane has been seen by the MD and the Tylenol prescription was increased from 500 mg to 1000 mg. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be partially upheld. Suane has been seen by the MD and the Tylenol prescription was increased from 500 mg to 1000 mg. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

Jeffrey Strubhart CCII                    *Jeffrey Strubhart* Digitally signed by Jeffrey Strubhart Date: 2022.08.19 10:42:17 -05'00'

_____          _____
Print Grievance Officer's Name            Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** _____    [✓] I concur    [ ] I do not concur    [ ] Remand

**Action Taken**



_____                    8/19/22
Chief Administrative Officer's Signature            Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                      ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE (Continued)**



J.B. Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Suane, Remy                                                   9/6/22

ID# : B52215                                                        Date

Facility: Centralia

This is in response to your grievance received on __8/31/22__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: __6/21/22__   Grievance Number: __E-22-6-190__   Griev Loc: __Centralia__

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☑ Other   Medical treatment; 6/14/22, saw Dr. Meyers for continuing left flank hernia but the medication provided has not worked

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____

☐ Denied, in accordance with DR504F, this is an administrative decision.

☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____          CONCURRED: _____
                Adewale Kuforiji                                    Rob Jeffreys
            Administrative Review Board                              Director

CC: Warden, __Centralia__ Correctional Center
    Suane, Remy _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody,*
*operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Centralia C.C.

Assault/Grievance Administration

1st Level: ✓

Reviewing Officer: S3-04  Reld #: L

2nd Level: 6/27/22

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 6/23/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |
|---|---|---|---|
| Present Facility: Centralia C.C. | | Facility where grievance issue occurred: Centralia | |

**Nature of grievance:**

- [ ] Personal Property
- [X] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify)

- [X] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
    **Chief Administrative Officer,** only if EMERGENCY grievance
    Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 6/23/22 My unit c/o Dierkes informed me i had a 8a sickcall pass. For HCU. I go to health care the officer on duty at health finds my name on his list signs me in. A few days before this i seen the older kinda tall skinny white hair nurse for a spider bite. She addressed the issue properly gave me cream and bandaids told me I sign you up to see the doctor. This Thursday which is today c/o

[X] Continued on reverse

**Relief Requested:**

For Nurse Kelly to Know and understand IDOC and this Institution will Not allow medical Abuse or Neglect against there inmate's if She can Not grasp this concept She Needs to Seek New employment her poor unprofessional behavior will Not be tolerated by IDOC or Centralia C.C.

[X] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| Kenny Suane | B52215 | 6/23/22 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)  Date Received: _____  [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

| _____ | _____ | _____ |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**  Date Received: _____

Is this determined to be of an emergency nature?

[X] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| D Mott mv | 6-24-22 5° |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender      Page 1 of 2      DOC 0046 (Rev. 01/2020)

Centralia C.C.

Housing Unit S3-D4  Bed # L

Assigned Grievance Information

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

Nurse Kelly States well your Not on my list. and refuses to properly address my Spider bite which is very red now looks infected. This infection can go into my blood Stream. I've been on quarantine Since 6/16/22 i Noticed this bite 6/17 or 18/22 the Dr. Could Not see me because of quarantine so 6 days Now i've had this possible infection in my Body. Nurse Kelly disreguarded my health and Safety and refused to treat me. This is the second time i've been biten by a spider. I need antibiotics its Not gonna just go away. Nurse Kelly had the look of disgust on her face from seeing me. In reading her lips she was telling the other Nurses he's over here so much im tired of Seeing him. Then the other blond haired Nurse i asked her for Antibiotic cream. She gave me one packet. I had to ask for medical care. Because i was being refused medical by Nurse Kelly because im Not on her list. I'm on the institutions prison Call pass list because medical Staff Signed me up for it. Nurse Kelly was telling the tall heavy Set Nurse ~~she comes over~~ im over there so much she's tired of seeing ~~her~~ me. The tall heavy Set Nurse is the one who said yes to allow me to have the cream. If Not i would of gotten No Medical care at all. Nurse Kelly was very unprofessional and allowed her personal feelings about me get in the way of my health care and wellness. She's Not here to be my friend. Her medical oath is to medicaly care for me. to the best of her ability and bring me back to health the best She medicaly knows how. She has violated that oath. There is alot of communication problems in Medical there at Centralia C.C. Alot of unprofessional and inadequate medical care. Wexford and IDoc Needs to do a better job in screening the quclifications and proper medical documents. Therefore they hire medical staff who should protect our health. Not treat my life like its expendable and it dont matter if i live or die health wise. These kind of Staff Members are Not only a danger to my health and safety. But a security and safety issue for IDoc and it's Institutions Also a legal liability to IDoc. do the math. 90% of your civil suits are because of Medical Staff and Wexford Medical Health Inc. By terminating Wexford contracts you would Save millions of dollars in settlement, civil suit losses, lawyer fees, higher Medical bills do to Severe delays, because wexfords policy is to keep as many inmates from getting outside medical care. Who pays? The Illinois Tax payers. Who are the tax payers all of you who work here all our families. all of Illinois pays

Distribution: Master File, Offender

DOC 0046 (Rev 01/2020)

while wexford gets richer!

ILLINOIS DEPARTMENT OF CORRECTIONS
### RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/23/2022 | Date of Review: 08/19/2022 | Grievance # (optional): E-22-6-202 |
| Offender: Suane, Remy | | ID#: B52215 |

**Nature of Grievance:**

Medical Treatment & Staff

**Facts Reviewed:**

Suane B52215 filed a grievance dated 6-23-22 regarding medical treatment & Staff and marked it as an emergency. The grievance was received on 6-23-22 by the Grievance Office and forwarded to the Warden. The grievance was returned to the Grievance Office on 6-24-22 deemed as an emergency. The grievance was forwarded to Health Care for their review. Suane claims to have been bitten by a spider and been seen and treated for this previously. Suane claims on 6-23-22 he was sent to HCU for a call pass by the Housing unit C/O and signed in by the HCU officer only to be told by the Nurse (Kelly) that he was not on her list. Suane claims that another Nurse allowed him to get a some antibiotic cream. Suane claims that if IDOC would get rid of Wexford it would save the State of Illinois millions of dollars.

Relief requested is: "For Nurse Kelly to Know and understand IDOC and this Institution will not allow medical Abuse or neglect against there inmate's if she can not grasp this concept she needs to seek New employment her poor unprofessional behavior will not be tolerated by IDOC or Centralia C.C."

Per written response from Health Care: Suane received antibiotic cream.

Suane has been seen & received antibiotic cream. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

**Recommendation:**

Based upon a total review of all available information, this Grievance Officer recommends the grievance be partially upheld. Suane has been seen & received antibiotic cream. If Suane has further concerns, a written request may be sent to Health Care to be seen through Nurse Sick Call.

| Jeffrey Strubhart CCII | Jeffrey Strubhart  Digitally signed by Jeffrey Strubhart Date: 2022.08.19 11:12:37 -05'00' |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ☑ I concur   ☐ I do not concur   ☐ Remand | |
| Action Taken: | | |

| | 8/19/22 |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Offender's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE (Continued)**

J.B. Pritzker
Governor



Rob Jeffreys
Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Suane, Remy                                                                                   9/6/22
                                                                                                   Date
ID# : B52215

Facility: Centralia

This is in response to your grievance received on **8/31/22**_____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 6/23/22_____ **Grievance Number:** E-22-06-202 **Griev Loc:** Centralia_____

☐ Transfer denied by the Facility

☐ Dietary _____

☐ Personal Property _____

☐ Mailroom/Publications _____

☐ Assignment (job, cell) _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☒ Other    Medical treatment; 6/23/22 claims inappropriate medical treatment from nurse Kelly _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____.

☐ Denied, in accordance with DR504F, this is an administrative decision.

☒ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other: _____

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____     °CONCURRED: _____
                 Adewale Kuforiji                                    Rob Jeffreys
                 Administrative Review Board                         Director

CC:  Warden, Centralia _____ Correctional Center
     Suane, Remy _____, ID# B52215

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Pages 1 to 6 are my original copies
where Warden Monti Refuses to deem
this grievance emergency or Non emergency So
8/26/22 i refiled it.

Pages 1 to 11 is what came back From
Springfield which i Never sent any of this to
Springfield All these documents are what i refiled
with the grievance officer Mr Daniel Morgan. When
Warden Monti First refused to deem the
grievance emergency or Non emergency. this
grievance has two Numbers   8/2/22 original #
E-22-8-19/ 8/29/22 after being refiled   8/26/22
New # E-22-8-240./ Page 1  of Pages 1 to 11
From ARB they dont even place what grievance #
this grievance is? If i was the one who filed
this grievance. it would be denied. Warden Monti
has Not deemed it Emergency or Non Emergency
has Not even Signed it? There's Not even the
grievance officers reply From grievance officer Daniel
Morgan. (ARB) Adewale Kuforiji States "No merit
grievance" they refused to properly File this
grievance correctly through all three Steps. If i did
this it would be denied. But they do whatever they
want comes back " No merit grievance" Its Very clear
My medical Health and well being. Means Nothing
to centralia C.C Staff or Springfield. Warden
Monti Never Signed it. Director Rob Jeffreys

Did Not Sign off on the (ARB) decesion they will Say they never Seen this grievance. This is clear grievance tampering. For the benefit of plausable denieability its what (IDOC) hides behind to get away with what they do to any of us. you can See all other grievances Filed with this civil suit have all went through the proper Channels Signed by Warden's, grievance officers, even the last Final Decesion by ARB Signed off by Director Rob Jeffreys.

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/02/22 09:40:19:930 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN ACADEMIC |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** | KOHRMANN, ANGELA L., Office Coordinator |

Received grievance marked emergency on 8/2/22, assigned #E-22-8-19 , forwarded to Warden on 8/2/22.  Nature of grievance: medical permits/medical doctor coverage

Filed with refiled of grievance
# E-22-8-19   8/26/22

24 days after original Fileing
that Warden Monti Refuses to
deem this grievance Emergency
or Non Emergency

**Print Date  8/2/2022**

Page 1 of 6

Primary Dr.
No. Dr. Mr
No Doctor at
All at this time

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/29/22 08:58:56:977 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN  GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** | MORGAN, DANIEL J., Correctional Counselor I |

Received grievance marked emergency on 8/29/22, assigned #E-22-8-240, forwarded to Warden on 8/29/22.  Nature of grievance: medical treatment

This grievance's original Number is #E-22-8-19 why they changed the Number? to E-22-8-240 ? #E-22-8-19 was originaly Filed 8-1-22 Warden Daniel Monti Refused to Deem it Emergency or Non Emergency. I Sent original Counseling Summary and the Same letter i Sent to Warden Monti to grievance officer So they do Know whats going on.

**Print Date  8/29/2022**

2 of 6

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/30/22 07:45:51:427 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN GRIEVANCE OFFICER |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** STRUBHART, JEFFREY L., Correctional Counselor II | |

Your grievance # E-22-8-240 dated 8-1-22 regarding Medical Tx & ADA has been deemed an emergency and forwarded for response from Health Care and the ADA Coordinator.

Since i refiled grievance #E-22-8-19 with a this letter and original grievance they changed the grievance # to E-22-8-240 on 8/29/22) # E-22-8-19 Warden Monti refused to deem emergency or non emergency #E-22-8-240 which is the exact grievance of #E-22-8-19.
#E-22-8-240 has been deemed Emergency

**Print Date  8/30/2022**

3 of 6

Refiled 8/30/22

Assigned Grievance #/Institution: **Centralia C.C.**                Housing Unit: **S3-04**   Bed #: **C**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: **8/1/22** | Offender (please print): **Suane** | ID #: **B52215** | Race (optional): **W** |

| Present Facility: **Centralia C.C.** | Facility where grievance issue occurred: **Centralia** |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): **Security & Safety of Physical Health**
- [x] Medical Treatment
- [ ] HIPAA
- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
   **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
   **Chief Administrative Officer,** only if EMERGENCY grievance
   **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs.
   Issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

as of 8/1/22 it has been over one year according to your own medical staff that Wexford Health and I.D.O.C has failed or refused to hire a Full time primary care Dr. According to Administrative Staff of Centralia C.C. Dr. P. Meyers is only here 10hrs a week. Also according to Medical Staff there is Now No Doctor here at all. And this is the reason why my medical

[x] Continued on reverse

**Relief Requested:**

My medical permits renewed imediately please. / an imediate Medical Transfer do to medical neglect and abuse here at centralia C.C. Do to the fact Director Rob Jeffreys and Wexford Medical refuse to make medical Corrections at this Facility. To an Institution with proper Medical Staff & Care.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Remy L. Suane_          **B52215**         **8-1-22**
   Offender's Signature              ID#                 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to  Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____

_____

_____   _____   _____
Print Counselor's Name          Sign Counselor's Name          Date

**Note to offender:** If you disagree with the counselor's response it is your responsibility to forward grievance with the counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

[ ] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

4 of 6

_____   _____
Chief Administrative Officer's Signature          Date

Assigned Grievance #/Institution: _Centralia C.C._   Housing Unit _S3-D4_   Bed # _L_

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____   2nd Lvl rec: _____

Permits for Slow walk and waist chains have not and
cannot be renewed. There's No Doctor to do so. This
places my life in medical Danger. Do to severe medical
injuries of a left Flank hernia where my colon and
Spleen have pushed through. And Multilevel facet
degeneration. I'm being forced to walk with regular
line movement which causes me pain to try to keep up
with other inmates. The waist chain permit is do to the
fact being handcuffed behind my back do to my injuries
of left Flank hernia where there is now a lump the size of
a softball Slowly causes me to stop breathing my Bronchitis/
Asthma makes it worse. My life has been placed in
Medical Danger at this time. To the point i fear for my
lifes Health and Safety From possible death. These
Medical issues are facts its in my medical records
File in Centralia C.C. HCU. your indangering my
life at this time

# E-22-8-19    8/26/22
Now # E-22-8-40

To: Warden Daniel Monti,
also Director Rob Jeffreys &   Aug. 8, 2022
Medical Director  Steven Bowman
     Wexford Health...
Grievance # E-22-8-19 was forwarded to
Warden Daniel Monti, Marked Emergency
According to Staff Kohrman Angela L.
Office  Coordinator... Medical Permits/
Medical Doctor Coverage. You fail to
Deem this grievance  Non Emergency or
Emergency. At this time. Warden Monti
and   Director Jeffreys. Are Ilegaly
operating Centralia C.C. Without a
Doctor. indangering My life and many
other medicaly ill inmates with
Serious medical needs. This is not
only ilegal. But also Constitutes a
Criminal act. Wexford is in Violation
of complying with there contract to
provide proper medical Staff. ONe year
No full time Doctor has been here.
For one year we have only had a doctor
Dr Meyers 10.# hours per week for 1300
plus inmates. You do nothing to stop
this. You are legaly and Criminaly
as guilty as Wexford Health Inc.   ov
Director Bowman also   ISI Perry L Swan
does Nothing to stop this.   #B5221:
     5 of 6

Attached: to this notarized letter are a copy of the "State of Illinois - Department of Corrections" Counseling Summary per Angela L Kohrmann office Coordinator. And the Second hand written copy of Grievance # known now as Grievance # E-22-8-19 per Grievance Staff the number is not written on the grievance because grievance staff must do so. The original written copy was filed as you can see written on the Counseling Summary. If this grievance was only written against Wexford Warden Menti Would of in several days deemed it an emergency. or Non emergency But I.D.O.C. is mentioned he has not answered its 8/16/22 still no reply. Its clearly an emergency grievance. At this time also in The Lippert V. Jeffreys Case. The Federal Courts hold I.D.O.C. an Rob Jeffreys in Contempt of court. In failer to make medical agreed changes fa three yrs. Now in I.D.O.C.

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

8/17/2022

Remy L Severe
B52215

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: Suane _____ Remy _____ _____ B52215 _____
             Last Name            First Name           MI       ID#

Facility: Centralia _____

☐ Grievance: Facility Grievance # (if applicable) _____ Dated: 8/1/2022 ____ or ☐ Correspondence: Dated: _____

Received: 8/22/2022 _____ Regarding: Medical; 8/1/22, claims it has been over one yr since Wexford/IDOC hired full time primary doctor ____
        Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.
- ☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.
- ☐ Provide dates when incidents occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
  Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor or Field Services regarding this issue.
- ☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**
- ☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.
- ☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.
- ☐ This office previously addressed this issue on _____
                               Date
- ☐ No justification provided for additional consideration.

**Other** (specify): No merit grievance. However, you may appropriately follow sick call protocol for medical need. _____
_____

Completed by: Adewale Kuforiji _____ _____ 9/22/2022
                Print Name                              Signature               Date

Distribution:  Offender
               Inmate Issues                        Printed on Recycled Paper                    DOC 0070 (Rev. 3/2018)

*Pages 1 of 11*

2 of 2 copies

Bed # __L__

Printed Grievance Institution: Centralia C.C.

Housing Unit: S3-04

2nd Lvl Loc.

## ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender's Grievance

| Date: 8/1/22 | Offender (please print): Suane | ID #: B52215 | Race (optional): W |
|---|---|---|---|

| Present Facility: Centralia C.C. | Facility where grievance issue occurred: Centralia |
|---|---|

**Nature of grievance:**

☐ Personal Property ☐ Staff Conduct ☐ Transfer Denial by Facility ☐ Disciplinary Report ☐ Mail Handling ☐ Dietary ☒ Medical Treatment ☐ HIPAA ☒ ADA Disability Accommodation ☐ Restoration of Sentence Credit ☒ Other (specify): Security & Safety of Physical Health

| Date of report _____ | Facility where issued _____ |
|---|---|

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and place in the designated receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

As of 8/1/22 it has been over one year according to your own medical staff that Wexford Health and I.D.O.C. has failed or refused to hire a full time primary care Dr. According to Administrative Staff of Centralia C.C. Dr. Meyers is only here 10yrs a week. Also according to Medical Staff there is now No Doctor here at all. And this is the reason why my medical

☒ Continued on reverse

**Relief Requested:**

My medical permits renewed immediately please. I am immediate medical transfer do to medical neglect and abuse here at Centralia C.C. Do to the fact Director Rob Jeffreys and Wexford Medical refuse to make medical corrections at this Facility. To an Institution with proper Medical Staff & Care.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personnel injury or other serious or irreparable harm to self.

Kenny L Suane          B52215          8-1-22

Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Assigned Grievance #/Institution    **Centralia C.C.**    Housing Unit **S3-D4**   Bed # **L**

1st Lvl rec _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec _____

Permits For Slow walk and waist chains have not and caNNot be renewed. There's No Doctor to do so. This places My life iN medical DaNger. Do to severe Medical iNjuries of a left Flank hernia where my coloN and spleen have pushed through. And Multilevel facet degeneration. I'm being Forced to walk with regular line Movement which causes Me pain to try to Keep up with other inmates. The waist chain permit is do to the Fact being hand cuffed behind my back do to my injuries of left Flank herNia where there is Now a lump the size of a softball slowly causes Me to stop breathing My BroNcitis/ Asthma makes it worse. My life has been placed iN Medical DaNger at this time. To the point i fear For My lifes Health and safety From possible death. These Medical issues are Facts. its iN my medical records File iN Centralia C.C. HCU. your indangering My life at this time

AUG 2 2 2022

ADMINISTRATIVE
REVIEW BOARD

To: Warden Daniel Monti
also Director Rob Jeffreys &  Aug. 8, 2022
Medical Director Steven Bowman
    Wexford Health...
Grievance # E-22-8-19 was forwarded to
warden Daniel Monti Marked Emergency.
According to Staff Kohrman Angela L.
Office Coordinator... Medical Permits/
Medical Doctor Coverage. You fail to
Deem this grievance Non Emergency or
Emergency. At this time. Warden Monti
and Director Jeffreys. Are Illegaly
operating Centralia C.C. Without a
Doctor. indangering My life and many
other medicaly ill inmates with
Serious medical needs. This is not
only ilegal. But also Constitutes a
criminal act. Wexford is in violation
of complying with there contract to
provide proper medical Staff. One year
No full time Doctor has been here.
For one year we have only had a doctor
Dr Meyers 10 hours per week for 1,300
plus inmates. You do nothing to stop
this. You are legaly and criminaly
as guilty as Wexford Health Inc.    ove
Director Bowman also  /S/ Remy L Swain
does Nothing to stop this.   #B52215
            3 of 11

attached: to this notarized letter are a copy of the "State of Illinois - "Department of Corrections" Counseling Summary. per Angela L Rohrmann office Coordinator. And the Second hand written copy of Grievance # known now as Grievance # E-22-8-19 per Grievance Staff the number is not written on the grievance because grievance staff must do so. The original written copy was filed as you can see written on the Counseling Summary. If this grievance was only written against Wexford Warden Monti would of in Several days deemed it an emergency. or Non emergency. But I.D.O.C. is mentioned he has not answered its 8/16/22 still no reply. Its clearly an emergency grievance. At this time also in The Lippert V. Jeffrey case. The Federal Courts hold I.D.O.C. ba. Rob Jeffreys in Contempt of court. In failer to make medical agreed changes for three yrs. Now in I.D.O.C.

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

8/17/2022

Remy L Suren
B52215

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B52215 | **Counseling Date** | 08/02/22 09:40:19:930 |
| **Offender Name** | SUANE, REMY L. | **Type** | Collateral |
| **Current Admit Date** | 08/20/2019 | **Method** | Grievance |
| **MSR Date** | 08/04/2031 | **Location** | CEN  ACADEMIC |
| **HSE/GAL/CELL** | S3-D -04 | **Staff** KOHRMANN, ANGELA L., Office Coordinator | |

Received grievance marked emergency on 8/2/22, assigned #E-22-8-19 , forwarded to Warden on 8/2/22.  Nature of grievance: medical permits/medical doctor coverage

RECEIVED

AUG 2 3 2022

ADMINISTRATIVE
REVIEW BOARD

**Print Date  8/2/2022**

4 of 11

Primary Dr.

No Dr. yet

No Doctor at
all at this time

To: Director Rob Jeffreys, Medical Director Steven Bowmen and Wexford Health

Aug. 1, 2022

These are the medical Records of Sisters of ST. Marys Hospital here in Centralia Il. That clearly state my current medical issue's. And the definitions per the medical dictionary. I suffer in pain everyday. There has been no primary Doctor here in Centralia Cor. Center in one year. According to your own medical Staff) Dr. Meyers is only Here 10 hours a week. And according to him he's also working in Vienna .cc. and pickneyville c.c.. At this time there is no Dr. Here at all. This is why my medical permits for slow walk, and waist chains have expired. There is no doctor to represcribe them. You have had 3 yrs. to make medical changes in I.D.O.C. But fail to do so. The lump on My left flank area is almost the size of a softball. Its clear for anyone to see. That is my colo. and spleen. According to Dr. Dawson and Dr. Stgms. From Champain Urbana Dr Lynn Pittman sent me to from Lawrence C.C. in 2020. I have sent you all many letters notarized asking for.

5 of 11

RECEIVED

AUG 2 2 2022

ADMINISTRATIVE
REVIEW BOARD





8/11/2022



your help and medical issue's relief. at
this time you still fail to do so. We
are severly medically understaffed here.
The one Medical Physician's Attendant
we finaly recieved. Who was trying to
help us. Mr. J. Smith. You all fired. He
was here only about 5 months. This is a
pattern in I.D.O.C. You seem to fire any
Medical Staff. Who make efforts to help
us medicaly correctly. This because true
proper medical care cost money. And in
Some medical cases we need to be sent
to the outside Hospital. From what we
inmate's hear. There is unwritten policy.
That Dr's and Medical Staff recieve
Incentive's (Bonuses) to not send us to the
outside Hospital's. Even Security staff laugh
and Joke stateing tylenol & Ibuprofen are
the I.D.O.C. Cure all medication for every-
thing. Your patterns clearly show your
goals are money. Not the health care
needed by us. Your unwritten policy is
indangering our health and lives Medicaly
attacked to this letter are medical
Records and definitions.. /S/ Kerry L Luan
#B5221S