



# AFTER VISIT SUMMARY

**Remy Suane** MRN: 231939 DoB: 4/1/1974     📅 4/15/2022 11:45 AM   📍 SSM HEALTH Medical Group 618-436-5200

## Instructions

You saw Dr.Brandt in the clinic today.

You voiced you have a hernia.

RECEIVED

AUG 2 2 2022

ADMINISTRATIVE
REVIEW BOARD

Dr.Brandt did an exam on you today in the clinic.

<u>Dr.Brandt recommends a CT of the area</u>.

As far as your hernia once we have the CT scan this will help Dr.Brandt determine what plan to make in helping you.

This CT scan will show Dr.Brandt what is going on inside.

Our office will send these orders to the nurse at the prison. They will set you up for this.

We will call with the results.

It is highly recommended that you exercise and get the weight off. This will help with your pain.

The provider at the jail needs to <u>order a weight loss medication for you.</u> You need to keep a calorie count.

## Today's Visit
You saw Merrilee Brandt, MD on Friday April 15, 2022.

| 🫀 Blood Pressure | 🌡 Temperature | 🫀 Pulse | 🫁 Oxygen Saturation |
|---|---|---|---|
| **154/98** | **97.5 °F** | **83** | **99%** |

## COVID-19 Vaccine
During your visit to SSM Health, it's the perfect time to receive your COVID-19 Vaccine if you haven't already done so or if you are due for your second dose. In this document, you will find information on the Vaccine and the benefits of getting vaccinated. Please feel free to discuss any additional questions you may have with your nurse, physician, nurse practitioner or physician assistant.

**What you need to know:**

- COVID-19 Vaccines are safe and effective.
- You may have side effects after vaccination. These are normal and should go away in a few days.


*G of 11*



SSM Health St. Mary's - Centralia
400 N PLEASANT
CENTRALIA IL 62801-3056
Single Imaging Rpt

Suane, Remy
MRN: 222856, DOB: 4/1/1974, Sex: M
Adm: 5/23/2022, D/C: 5/23/2022

## Results

**CT ABDOMEN AND PELVIS W WO IV CONT 74178 [9329692991]**          Resulted: 05/23/22 1046, Result status: Final result

Ordering provider: Brandt, Merrilee, MD 05/23/22 0923
Resulted by: Patel, Neetin, MD
Accession number: 117077048E
Reading Radiologist(s): Neetin Patel, MD
Signing Physician: Signed by: Neetin Patel, MD on 5/23/2022 10:46 AM
Study Status: Final
Narrative:

Order status: Completed
Performed: 05/23/22 0925 - 05/23/22 0944
Resulting lab: SMC RADIOLOGY

PROCEDURE: CT ABDOMEN PELVIS WWO CONTRAST  5/23/2022 10:41 AM

HISTORY: R10.9: Unspecified abdominal pain
R31.9: Hematuria, unspecified.

FINDINGS AND IMPRESSION:

Radiation dose reduction technique was utilized.

COMPARISON: None

CONTRAST DOSE: 95 cc Isovue-300 IV.

KIDNEYS URETERS AND BLADDER:

No evidence of nephrolithiasis, hydronephrosis, or obstruction.

No solid or cystic renal mass lesion.

Nondilated ureters.

Unremarkable bladder.

Old healed lower left rib fractures.

Clear lung bases.

Left lateral hernia.

No evidence of bowel obstruction, or incarceration.

No intrahepatic ductal dilatation or mass lesions.

Mild fatty hepatic degeneration.

Normal-appearing spleen.

Unremarkable adrenal glands.

No solid or cystic pancreatic mass lesion

No evidence of calcific cholelithiasis.

No focal intra-abdominal or pelvic mass

No evidence of small bowel obstruction.

Normal appendix.

Moderate retained colonic stool.

Unremarkable abdominal aorta.

DJD spine. Bilateral spondylolysis at L5. No evidence of spondylolisthesis.

Multilevel facet degeneration.

Impression:



RECEIVED

AUG 29 2022

ADMINISTRATIVE
REVIEW BOARD

Printed on 5/24/22 11:01 AM                                                                 Page 2



7 of 11

SSM Health St. Mary's - Centralia
400 N PLEASANT
CENTRALIA IL 62801-3056
Single Imaging Rpt

Suane, Remy
MRN: 222856, DOB: 4/1/1974, Sex: M
Adm: 5/23/2022, D/C: 5/23/2022

**Results (continued)**

IMPRESSION:.

As described above

> Interpreting Provider: Neetin Patel, MD on 5/23/2022 10:46 AM

RECEIVED

AUG 2 3 2022

ADMINISTRATIVE
REVIEW BOARD

8 of 11

Page 1

AUG 2 9 2022

ADMINISTRATIVE
REVIEW BOARD

"The Bantam Medical Dictionary"
Page 200

1.) Left lateral "Hernia": n. the protrusion of an organ or tissue out of the body cavity in which it normaly lies. Hernias may be complicated by becoming impossible to return to their normal size (irreducible); swollen and fixed within their sac (incarcerated); or cut off from their blood supply, becoming "painful" and eventualy gangrenous (strangulated) The best treatment for hernias especialy if they are "painful" is surgical repair.

2.)(Bilateral Spondylolsis at L5)

age 46→ "Bilateral": adj. (in anatomy) relating to or affecting both sides of the body of a pair of organs.

age 407 "Spondylolsis": n. degeneration of the intervertebral disk in the cervical, thoracic or lumbar regions of the back bone, symptoms include "pain" and restriction of movement "Spondylolsis" produces a characteristic appearence on X-ray including narrowing of the space occupied by the disk and the presence of osteophytes; these features of disease (radiological spondylossis) May not be

9 of 11

AUG 2 3 2022

ADMINISTRATIVE
REVIEW BOARD

accompanied by any signs and symptoms "Pain" is releaved by wearing a collar (when neck region is affected) or a surgical belt (For the lower spine), which prevents movement. Very severe cases sometimes require surgical Fusion.

3.) (No evidence of Spondylolisthesis)

age 407 Spondylolisthesis: n. a forward shift of one vertebra upon another, due to a defect of the joints that normally bind them together. This may be congenital or develope after injury

4.) (Multilevel Facet Degeneration)

age 160 "Facet": n. a small flat surface on a bone or tooth, especialy a surface of articulation.

age 113 "Degeneration": n. the degeneration and loss of specialized function of the cells of a tissue organ the changes may be caused by a defective blood supply or by disease. Degeneration may involve the deposition of calcium salts, Fat (see Fatty degeneration or Fibrous tissue in the affected organ or tissue (see also infiltration.

10 of 11

age 162 "Fatty Degeneration" deteroration in the
health of a tissue due to the deposistion of
abnormally large amounts of Fat in its cells
The accumulation of Fat in the liver and
heart may Seriously impair their Functioning.
The deposistion of Fat may be linked
with inNcorrect diet, excessive alcohol
Consumption. or Shortage of oxygen in the
tissues caused by poor circulation or a
deficiency of hemoglobin.

ige 222 "INFiltration": n. the abnormal entry of a
Substance (inFiltrate) into a cell, tissue
or organ. Examples of infiltrates are
blood cells, cancer cells, Fat, Starch, or
Calcium and magnesium Salts.

"From THE Bantam Medical Dictionary"
Latest Medical Terms And Data
Cross - Referenced...

/S/ Remy L Suan

AUG 23 2022
ADMINISTRATIVE
REVIEW BOARD

|| of ||

To: Jeffrey Strubhart

July 22, 2022

Once again for the 3rd time now. You are allowing Medical to believe they can answer emergency grievances when they feel like it.   (Grievance #E-22-6-92 its been almost a month and a half. (6-11-22) (Grievance #E-22-6-190 in 2 days it will be a month 6-24-22) I would also like to know where grievance #E-22-6-202 went to marked also recieved 6-24-22 Springfield's answer is this issue has been addressed. It seems it has not because your clearly still doing it. My daughter will keep contacting the Director Rob Jeffreys no problem. Here's his chicago info. office  312-814-3017 Fax 312- 814- 3542  email rob.jeffreys @ illinois.gov What your allowing is medical to tamper with my health. You can save these letters for court. Because you will be there!

Sincerly

Remy Suane

#B52215

To: Grievance Officer Jeffrey Strubhart

From: Suane B52215
TO
S3- D4

July 22, 2022
8-17-22

Warden Hariss 7/15/22 she sent this Back to me

To: Director Rob Jeffreys, Warden Daniel Mont Wexford Medical Health INC, All ILLINOis Department of Corrections Medical Staff of Centralia Corr. Center, D.O.N Renata Lowery, Doctor Meyers, Primary Physician Shah Vipinchandra K, MD. and P.A. J. Smith

At this time I Remy Suane B52215 duly State and Swear. I am being improperly inadequately being properly Medicaly Cared For. For Sever Chronic pain For a Left Lateral Hernia, DJD Spine Bilateral Spondylolysis at L5, Multilevel Facet degeneration in My Lower Back, I have L3, L4, L5, Ls L5 Lower back injuries that are documente By my Outside DR. Neeraj Jain MD. Oak Brook Surgical Centre INC. 2425 W 22 Nd St OakBrook IL 60523-4642 Phone (630)-928-1048, (630)-990-3130 I Also recieved Physical Therapy at Advanc Physical Therapy 1731 N Western Ave Chicago IL. You reFuse to order these Outside Medical Records. DR. Meyers refuses to provide proper Chronic pain Medication



STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

6/28/22

and insists on constantly providing
regular Tylenol For the pain. Centralia
C.C does not sell or provide. Proper Gym
Shoes that will handle my ADA Obesity
Weight. Ive purchased 3 pair of Rawling
Gym Shoes Now. In 7 Months. They have
all broken down. At this time there are 2
extra Soles and paper Stuffed in My Shoes
to Fill the holes so i Wont have to walk on
hard plastic. WexFord Medical StafF refuse
to order Me medical Gym Shoes. Warden
Daniel Monti refuses to allow My daughter
Virgen Suane to order Me a pair of Sturdy
Gym Shoes and boxers that will Fit me
From amazon. She has emailed Warden
Monti, DR. MerriLee/ Brandt SSM Hospital request i
walk to lose weight. Without Proper pain
managment. And Proper Gym Shoes. It's
imposible At this time Im requesting proper
Chronic pain medication. And allowed Gym
Shoes Sent in to Centralia Corr. Center.
WexFord being 3rd Party Contractor. Has Nothing
to do with IDOC & Warden Monti in helping
Me aquire proper Gym Shoes... or Boxers
                        /s/ Remy Suane

"Notary"
↑

To: Director Rob Jeffreys, Medical Director Steven Bowmen and Wexford Health

Aug. 1, 2022

These are the medical Records of Sisters of St. Marys Hospital here in Centralia Il That clearly state my current medical issue's. And the definitions per the medical dictionary. I Suffer in pain everyday. There has been no primary Doctor here @ Centralia Cor. Center in one year. According to your own medical Staff) Dr. Meyers is only Here 10 hours a week. And according to him he's also working in Vienna .cc and pickney ville c.c.. At this time there is no Dr. Here at all. This is why my medical permits for slow walk, and waist chains have expired. There is no doctor to represcribe them. You have had 3 yrs to make medical changes in I.D.O.C. But fail to do so. The lump in My left flank area is almost the size of a softball. Its clear for anyone to see. That is my colon and spleen. According to Dr. Dawson and Dr Stams. From Champain Urbana Dr Lynn pittman sent me to from Lawrence c.c. in 2020. I have sent you all many letters notarized asking for





8/11/2022

your help and medical issue's relief. at this time you still fail to do so. we are severly medically understaffed here. The one Medical Physician's Attendant we finaly recieved. who was trying to help us. Mr. J. Smith. You all fired! He was here only about 5 months. This is a pattern in I.D.O.C. You seem to fire any Medical Staff. who make efforts to help us medically correctly. This because true proper medical care cost money. And in some medical cases we need to be sent to the outside Hospital. From what we inmate's hear. There is unwritten policy. That Dr's and Medical Staff recieve Incentive's (Bonuses) to not send us to the outside Hospital's. Even Security staff laugh and joke stateing tylenol & Ibuprofen are the I.D.O.C. Cure all medication for every-thing. Your patterns clearly show your goals are money. Not the health care needed by us. Your unwritten policy is indangering our health and Lives Medically attacked to this letter are medical Records and definitions.. /s/ Kerry L Quarn #B52215



## AFTER VISIT SUMMARY

**Remy Suane** MRN: 231939 DoB: 4/1/1974   📅 4/15/2022 11:45 AM   ♀ SSM HEALTH Medical Group 618-436-5200

### Instructions

You saw Dr.Brandt in the clinic today.

You voiced you have a hernia.

Dr.Brandt did an exam on you today in the clinic.

Dr.Brandt recommends a CT of the area.

As far as your hernia once we have the CT scan this will help Dr.Brandt determine what plan to make in helping you.

This CT scan will show Dr.Brandt what is going on inside.

Our office will send these orders to the nurse at the prison. They will set you up for this.

We will call with the results.

It is highly recommended that you exercise and get the weight off. This will help with your pain.

The provider at the jail needs to order a weight loss medication for you. You need to keep a calorie count.

### Today's Visit

You saw Merrilee Brandt, MD on Friday April 15, 2022.

| Blood Pressure | Temperature | Pulse | Oxygen Saturation |
|---|---|---|---|
| 154/98 | 97.5 °F | 83 | 99% |

### COVID-19 Vaccine

During your visit to SSM Health, it's the perfect time to receive your COVID-19 Vaccine if you haven't already done so or if you are due for your second dose. In this document, you will find information on the Vaccine and the benefits of getting vaccinated. Please feel free to discuss any additional questions you may have with your nurse, physician, nurse practitioner or physician assistant.

**What you need to know:**

- COVID-19 Vaccines are safe and effective.
- You may have side effects after vaccination. These are normal and should go away in a few days.

"The Bantam Medical Dictionary"
Page 200

1.) Left lateral "Hernia": n. the protrusion of an organ or tissue out of the body cavity in which it normaly lies. Hernias may be complicated by becoming impossible to return to their normal size (irreducible); swollen and fixed within their sac (incarcerated); or cut off from their blood supply, becoming "painful" and eventualy gangrenous (strangulated) The best treatment for hernias especialy if they are "painful" is Surgical repair.

2.) (Bilateral Spondylolosis at L5)

age 46 →  "Bilateral": adj. (in anatomy) relating to or affecting both sides of the body of a pair of organs.

age 407  "Spondylolsis": n. degeneration of the intervertebral disk in the cervical, thoracic or lumbar regions of the back bone, symptoms include "pain" and restriction of movement "Spondylolsis" produces a characteristic appearence on x-ray including narrowing of the space occupied by the disk and the presence of osteophytes; these features of disease (radiological spondylossis) may not be

*Page 2*

accompanied by any signs and symptoms "Pain" is releaved by wearing a collar (when neck region is affected) or a surgical belt (For the lower spine), Which prevents Movement. Very Severe cases Sometimes require Surgical Fusion.

3.) (No evidence of Spondylolisthesis)

age 407 <u>Spondylolisthesis</u>: n. a Forward Shift of one Vertebra upon another, due to a defect of the joints that normally bind them together. This may be Congenital or develope after injury

4.) (Multilevel Facet Degeneration)

age 160 <u>"Facet"</u>: n. a small Flat Surface on a bone or tooth, especialy a Surface of articulation.

age 113 <u>"Degeneration"</u>: n. the degeneration and loss of Specialized Function of the cells oF a tissue organ the changes may be caused by a defective blood Supply or by disease. Degeneration may involve the deposition of Calcium Salts, Fat (See Fatty degeneration or Fibrous tissue in the affected organ or tissue (see also in Fill tration.

Page 3

Page 162 "Fatty Degeneration" deteroration in the health of a tissue due to the deposistion of abnormally large amounts of Fat in its cells. The accumulation of Fat in the liver and heart may seriously impair their Functioning. The deposistion of Fat may be linked with inncorrect diet, excessive alcohol consumption. Or Shortage of Oxygen in the tissues Caused by poor circulation or a deficiency of hemoglobin.

Page 222 "Infiltration": n. the abnormal entry of a substance (infiltrate) into a cell, tissue or organ. Examples of infiltrates are blood cells, cancer cells, Fat, Starch, or Calcium and magnesium salts.

"From THE Bantam Medical Dictionary" Latest Medical Terms And Data Cross - Referenced...

/s/ Remy L Swan

She sent it to HCU Ignoring the issue She is Fully aware
My Severe medical issues that medical is pulling me through
She's the warden over Medical this letter came Back    8/15/22

To: Director, Rob Jeffreys, Warden \ July 15, 2022
Nonti, Warden Hariss, Wexford Medical,
Director of Nursing ♀ Centralia c.c, & Medical Director Steven Bo

According to my CT-Scan from
Dr. Stams Plastic Surgeon that i was
sent to by Dr. Pittman While in Lawrenc
c.c. I have a left flank hernia wit
my colon and spleen pushing through.
This was in July 13, 2020. According i
My CT-Scan. Now from 5/23/22.
Ordered by Dr. Brandt of Sisters of
St. Marys Hospital of Centralia Il I
have old healed lower left rib
fractures, Left lateral hernia, and
DJD Spine Bilateral Spondylolysis
at L5 No. Evidence of sondyisheis
Multilevel facet dengeration. Interpretin
Provider. Neetin Patel, M.D. only for
5/23/22 CT-Scan by Imaging at
Sisters of St. Marys Hospital. These
injuries cause me severe pain. I have a
hard time. Walking, standing, or sitting
up long. Do to the pain these injure
cause me. I often am woken up do t
this pain. And at times its even har
to go to sleep Because of my chronic
pain issues. Sometimes i only sleep
3 to 4 hrs in a 24 hr period. at

times, ive woken up at 1:30 am and have not been able to go back to sleep until 2:30 am or 3 or 4 am the next day. To only wake up again within 3 to 4 hours. Not only is this taking a toll on me physically. But also mentally as well. I am already severly Mentally Ill Bipolar 1, mixed episodes, PTSD, Anxiety and psychotic episodes. This has been going on now since December 2021. Ever since Dr. Meyers refused to refill my prescription for Hydrocodone. I have worked with him since then. And have complied with all medication's for my chronic pain issue's that he has asked me to try. None of these pain medications work. He insists to keep providing Tylenol 500 mg 2 pills equals 1000 mg 3x daily as needed. That's 3000 mg daily Thats 180 pills a month. I also take Ibuprofen 400 mg 3x daily Thats 90 pills a month. IBU is for my swelling in my left side it does work. But does nothing for pain. That's 270 pills a month And im still physically suffering daily in pain. Compared

7-19-22

2

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

to 2 Hydrocodone daily 60 pills a month only as needed. With this medication i can function i may have some pain but i can deal with it. And some days i only need one pill. 270 pills a month. Could destroy my stomach! I now have abdominal and right hip pain also. I understand Meyers is a M.D. But he is not a pain managment Doctor specialist he's treating my Chronic pain from a severe car accident in 2017. with regular Tylenol as if i had a headache or joint pain. Its way more severe than that. Your own Doctors you sent me to show this in my prison medical Records. I was going to pain managment and physical therapy every month on the outside for several years. At this time im requesting to be sent to a pain managment specialist and Physical Therapy. Or for Wexford Medical Sources & IDOC to hire a painmanagment Specialist and physical Therapist Ive suffered 8 months now do to sever Chronic pain also request to see back specialist and have a x-ray of my right hip do to pain issue.

Sincerly Thankyou

Remy Suane

To: Warden Monti                                    6/20/22

At this time I Remy Suane #B52215 am requesting for the second time. For you to please Stop allowing. Grievance officer Jeffrey Struhart and all Grievance staff. To stop allowing I.D.O.C & Wexford medical staff. To believe they can when respond to medicaly deemed emergency grievances that have been expedited by you. Deemed emergency. DR. 504.810 (a) does not apply to these grievances. But DR. 504.840 (b) does apply. By your staff allowing this. It is tampering and Hindering my grievance process. Not only that It is making the grievance process unavailable properly to me at this time. Grievance # E-22-5-45 # E-22-5-47 # E-22-5-46 5/9/22 its been a month and a half.) # E-22-5-70 5/10/22 same month and a half.) # E-22-5-158 5/20/22 its been one month) Also # E-22-5-16s not late yet. But it maybe soon. I am also requesting at this time. To stop being forced to wear a mask. It is nolonger CDC or State of Illinois mandatory. Please stop forcing CDC rules and regulations upon me That no longer apply at this time. By CDC or State of Illinois Regulations. also

*ey feel like to →*

have been inhouse quarantined since 6/16/22 in S3-D4. Your staff keeps me locked up most of the day. In extreme heat. Because my neighbor in S3-D5 tested positive. The new CDC guidelines do not require. Someone exposed to covid to be quarantined. And CDC quarantine regulation is no longer 10 days. Google it you will see what im saying is true. I have asthma/Broncitis And i am ADA Severly mentaly Ill. At this time i am being treated under cruel and unusual punishment. By being forced to wear a mask i can barely breath as it is, Forced to mainly stay in my cell. For no legit. reason policy or CDC or Illinois mandates. Im in-house quarantined. But im allowed to leave my cell to walk to pill line. Called quarantine pill line. At this time i would like to Know who has Authorized all this? At this time Warden Monti you are allowing your staff to do whatever they want to me. Please Stop your staffs poor behavior against me.

Respectfully
Submitted By:
/s/ Remy L Suane
#B52215

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

6/21/22

Bowmen & Wexford Health USPS 7/19/22 Mailed To: Warden Mon
Warden Hariss & Director of Nursing 7/20/22 Via Prison Mail

To: Director Rob Jeffreys, Warden \ July 15, 2022
Menti, Warden Hariss, Wexford Medical,
Director of Nursing & Centralia C.C, & Medical Director Steven Bo

According to my CT-Scan from
Dr. Stams Plastic Surgeon that i was
sent to by Dr. Pittman While in Lawren
c.c. I have a left flank hernia wit
my colon and spleen pushing through.
This was in July 13, 2020. According
My CT-Scan Now from 5/23/22. I
Ordered by Dr. Brandt of Sister's of
St. Mary's Hospital of Centralia Il. I
have old healed lower left rib
fractures. Left lateral hernia, and
D.J.D. Spine Bilateral Spondylolysis
at L5 No. Evidence of sondyishesis
Multilevel facet dengeration. Interpreti
Provider. Neetin Patel, M.D. only for.
5/23/22 CT-Scan by Imaging at
Sister's of St. Marys Hospital. These
injuries cause me severe pain. I have a
hard time. Walking, standing, or sitting
up long. Do to the pain these injurie
cause me. I often am woken up do t
this pain. And at times its even hard
to go to sleep Because of my chronic
pain issues. Sometimes i only sleep
3 to 4 hrs in a 24 hr period. at

times, ive woken up at 1:30 am and have not been able to go back to sleep until 2:30 am or 3 or 4 am the next day. To only wake up again within 3 to 4 hours. Not only is this taking a toll on me physically But also mentally as well. I am already Severly Mentaly Ill. Bipolar 1, mixed episodes, PTSD, Anxiety and psychotic episodes. This has been going on now since December 2021. Ever since dr. Meyers refused to refill my prescription for Hydrocodone. I have worked with him since then. And have complied with all medication's for my chronic pain issue's that he has asked me to try. None of these pain medications work. He insists to keep providing Tylenol 500 mg 2 pills equals 1000 mg 3x daily as needed. That's 3000 mg daily Thats 180 pills a month. I also take Ibuprofen 400 mg 3x daily Thats 90 pills a month. IBU is for my swelling in my left side it does work. But does Nothing for pain. That's 270 pills a month. And im still physically suffering daily in pain. Compared.

A

7-19-22

2

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

to 2 Hydrocodone daily 60 pills a month only as needed. With this medication i can function i may have some pain but i can deal with it. And some days i only need one pill. 270 pills a month. Could destroy my stomach! I now have abdominal and right hip pain also. I understand Meyers is a M.D. But he is not a pain managment Doctor Specialist he's treating my Chronic pain from a severe car accident in 2017. with regula Tylenol as if i had a headache or joint pain. Its way more severe than that your own Doctors you sent me to show this in my prison medical Records. I was going to pain managment and physical therapy every month on the outside for several years. At this time im requesting to be sent to a pain managment specialist and Physical Therapy. Or for Wexford Medical Sources & IDOC to hire. a painmanagment Specialist and physical Therapist Ive suffered 8 month now do to sever Chronic pain. also request to see back specialist and have a x-ray of my right hip do to pain issue.

Sincerly Thankyou

Remy Suane

STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

7/26/22

To: Director Rob Jeffreys, Warden Daniel Monti, Centralia Cor. Center Dietary Supervisors, Scott, Harris, Long & McCarthy. all Centralia Cor. Center Dietary Staff.

July 27, 2022

At this time you are non compliant with my medical ordered High protein diet tray. At breakfast i recieve no high protein tray at all. There is never a tray made for me at breakfast of a high protein tray. At lunch i recieve 2 Hard Boiled eggs, or one extra piece of whatever meats being served. atleast at lunch dietary trys. Dinner i get a regular tray. One piece of mystery lunch meat. Providing me regular trays with 2 eggs, or lunch meat, does not make a high protien tray. These are not High protein foods. "Fish, Tuna, Pork, Hamburger Meat. Ham" are all high protein foods. Also beans, & peas." At this time you are interfering with prescribed medical care at this time i request a proper High protein tray per Doctors orders. at dinner the last few days all ive recieved is a regular tra

Sincerly

Remy Schane

B52215



Mailed Via prison mail oN 7/28/22.
To: Dietary Supervisors, ScoTT, Harris, Long &
Mc. Carthy Also To: Warden Daniel Monti

Sent copy to Warden Hudson on

Grievance Officer

March 5, 2022

Grievance # E-21-12-2  12/3/21 never seen
again?) # E-21-11-189 deemed emergency
by Warden 11/29/12 its 3/5/22  4 months
now?) # E-21-12-41 deemed emergency by
Warden 12/8/21 sent to you for review
its 3/5/22  3 months now?) # E-21-10-334
sent to Warden 10/29/21 never seen again)
# E-22-2-12 deemed emergency by Warden
on 2/9/22 forwarded to you for review?)
# E-22-2-80 deemed emergency by Warden
2-17-22 forward to you for review?) I also
have 2 new emergency Grievances) Filed)
( Section 504.840 Emergency Procedures)
(b) If the Chief Administrative officer
determines that the grievance shall be handled
on an emergency basis, he or she shall
expedite processing of the grievance and
respond to the offender, indicating what
actions shall be or has been taken
     504.830 (e) does not apply to my
emergency grievances you do not have
60 "days" or when you can get to them.

I apoligize to the Grievance Officer

but wexford medical and certain medical Staff believe my poor health is a joke. I suffer everyday Im not gonna let it go. If these grievances are not returned to me i will not have no choice but to notify the Courts of Grievance Tampering in an attempt to help cover up what medical is doing to me sorry!

Notary

Respectfully
Submitted
By /s/ Remy Swane


STEVE SCOTT
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 18, 2025

IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel
your constitutional rights were violated. Do not include legal arguments
or citations. If you wish to present legal arguments or citations, file a
separate memorandum of law. If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.
If your claims relate to prison disciplinary proceedings, attach copies of
the disciplinary charges and any disciplinary hearing summary as
exhibits. You should also attach any relevant, supporting documentation.

I arrived at Centralia C.C. ON or about July 21, 2021 after a
long battle at another institution From August 2020 to March 2021
over my pain issues and pain medication Around or about
March 16, 2021 Dr. Doris Williams gave me back my pain medication
For Sever back injuries and left Flank Hernia were my Colon and
Spleen have pushed through my left 9th & 10th ribs which is in a
large lump on my left side the Size of a Soft ball. With my correct
pain meds i was once doing Fine again. From July 21, 2021 to October
23 2021. Do to proper pain meds i was Funtioning physicaly as bes
as i could with injuries i have. 10/23/21 My pain med prescriptio
ran out. DR. Meyers refused to refill my pain meds. It was
Fine to take it as long as he was not providing it. He allowed this
Opiod pain med. Hydrocodone Just to run out and Just Stoped it
imediately. This is dangerous these meds need to be Slowly
Tappered off and then Slowly Stoped. So i went along with Dr.
Meyers For Months once again Just like i went through in the other
institution. I Tryed all the meds he offered For my pain all
pain meds already prescribed to me before that do Not work.
So i went back to Not being able to physicaly Not be able to
Function again. Hard time walking, Sitting up long, or standing long,
Showering was hard again, Hard time reaching behind myself
to wipe after using the rest room. Constant pain in my lower
<span>Rev. 10/3, 19</span> back left side to the point i could Not Sleep
or Finaly go to Sleep but awake to pain again I

2

constantly explained my issue's to Dr. Meyers but he seemed just not to care. And just Kept prescribing Meds that just dont work Naproxen, Tylenol 500 even wanted to give me pamelor like the Dr. In the institution i came From. Which in my medical File shows is a dangerous drug to me because i am bipolar it gave me Suicidal and Homicidal thoughts. If Dr. Meyers even took the time to review my med File and records he would see the medical road he was taking me on ive already been on. There seems to be a pattern with this Dr. and the Dr. From the other prison. take what i provide you if it works or Not or do without. Or refuse the meds so we can say your refusing treatment. These Kind of Dr's in I.D.O.C. just go through the motions to make it look and Seem as you are being medicaly cared For when your realy not. Everything that involves WexFord Health revolves around money and there profits. Any Dr.'s or medical Staff who realy help us Seem to be Fired or quit. They only allow certain physical and mental Health meds by policy. So now once again im in pain. Im also severly mentaly Ill im bipolar one mixed episodes. Here we have to walk to medline to recieve our mental Health meds. At times my pain is So severe i could barely move. So Some times i

Could not make it to pill line. So now LPN Kristy Fogerson Starts writting me tickets. Stateing its I.D.O.C policy to write tickets for inmates who dont Show up for medline. Even though she was made aware of my physical pain issues. She kept writting me tickets. So not only am i Suffering from pain im being punished for it. She's the only Nurse doing this. All the other nurses know my medical Situation they refuse to write tickets on ADA mentaly and physicaly ill inmates. This policy against ADA inmates is unconstitutional Mrs. Fogerson punishes all ADA inmates by writting tickets for not coming to prison medline which she states is I.D.O.C policy according to The DR. 504. 405 Failure to report rules. According to DR. 504. 405 Definition it does not apply to medical in anyway. But this Institution and Director Rob Jeffrey allow her to do it anyways. Even though ive requested to please Stop Mrs. Fogerson from doing so. She's Still doing to All ADA and any inmates who dont make it to pill line. The adjustment committee worked with me Several times and gave me breaks on the tickets because of my medical issue's. But aventualy they Would not. So i was punished one month B grade So i could no longer call home when i wanted i was only allowed two phone calls a week and $30 commissary a month. commissary

3

I didnt care. I still could buy what items i needed. Being mentaly Ill and not being able to call my children when i was having Semi mental issues needing Someone to talk to like Family was mental torture. Worrying are my Kids ok are my grandchildren ok. Being mentaly Ill i think crazy at times worrying did Something or what if Something has happened to my Family. So i call home to check just to be sure i call home daily just to Stay mentaly Stable. My Brother died From Covid, then my Son inlaw died From covid, My aunt and Cousin also died From covid. alot of worry and crazy thoughts go through a mentaly ill persons mind. These people just dont get it. So now im Staying up all Night. barely Sleeping Vommitting For most of the month. all because of my physical pain issue's i was punished. These tickets were aventualy expunged because i Fought them. But it was to late i served the punishment already to this day Mrs. Fogerson is still writting ADA inmates tickets and there allowing it. Even though ive proved by there own definition its Not Policy. It is now her own unwritten policy she does it alot and Still does it which i will prove by all inmates who are not scared to provide affidavits to Me. For the whole time i was here i begged Dr. Meyers to send me to a

Doctor For a CT-Scan and a new general Surgeon. He refused. Finaly 3/16/22 I seen Physician Asisstant J Smith he was newly hired. he put me in to see a Surgeon, took x-rays, Stomach, chest & Abdomin here at the prison. This visit had Nothing to do with my medical requests written on 2/27/22 For having a hard time breathing and lower abdomin pain, 3/6/22 again request breathing issues, abdominal pain. Left Flank Swollen and hard Back pain 3/12/22 Stomach abdomin, Leftside bloated No Bowel Movement 4 days in pain, Leftside upper and upper left lung hurt when breathing. These medical request went ignored. The 3/16/22 visit had Nothing to do with my requests. This visit was For chronic issues Asthma, cholesterol & High Blood presure. Which P.A. J Smith Could not Figure out Why Dr. Meyers just allowed my High Cholesterol & High Blood presure meds to Just stop with No Follow up by Dr. Meyers. Also sent a medical request on 3/24/22 Same issues but now also having urination issues. Even though My 3 Medical requests went ignored. P.A. J. Smith took the time to try and address the issue's after My Chronic medical issues were addressed. My 3/24/22 request also went ignored. After my 3/16/22 visit. 4/15/22 Seen outside Dr. Brandt SSM Sister's of ST. Marys Hospital She requested CT scan, diet pills, diet meal but do to policy

4

I had to go back to the prison, and await approval for the CT Scan. 4/16/22 i talked to Nurse amy She said she gave the 4/15/22 med visit papers from Dr. Brandt to a women named pam. The CT Scan Needs to be approved that i need to See Dr. Meyers about the diet pills 4/19/22 Follow up visit with Dr. Meyers he Stated No CT Scan was ordered, and we dont have diet pills to give you. c/o West Brook heard every thing Dr. Brandt ordered. Dr. Meyers insist No CT Scan was ordered or Recommended and i was not getting a CT Scan or diet pills at this time. Even Showed me medical records from Carle Hospital trying to convince me Dr. Brandt did Not order me anything. these were old records Not Med records from 4/15/22 Visit from Dr. Brandt, I told Dr. Meyers i needed to take this issue further. He stated call the govenor. I also told him about my urine issues ~~and sample~~ and blood in my boxers he refused to address the issues said put it in a medical request we are here for the medical Furlough Follow up If it was not for P.A. J. Smith i would of never made it to the outside Hospital Dr. Meyer refused to send me out period. 4/21/22 i talked to Warden Harriss about the CT Scan issues with Dr. Meyers She Said She

Would talk to Director Renata Lowery and get a CT-Scan Scheduled. 4/28/22 Saw P.A. Smith he increased Flowmax For Urination issues, Tylenol For pain Stated a referral For CT-Scan was made by him. I asked about the diet pills he said thats only a recommendation by Dr. Brandt thats outside medical care. They have the option to give me the diet pills or Not. 4/13/22 My over the Counter meds were takin away, I Buprofen, Tylenol, Flomax, pepcid, High Blood presure and High cholesterol meds. I Asked P.A. J Smith why he stated the higher ups? Came to medical concerning my medical care. Asking questions that medical Could not answer So my over the Counter meds were takin away. Nurse Kelly was there during this Statement By P.A. J.Smith I was told by a Nurse Warden Harris was asking about my medical care. So its possible She's the one checking on my medical care. So After 4/13/22 i was once again Forced to walk to pill line, Missed several pill lines do to pain MRS. Fogerson began writting tickets again against Me. My over the Counter meds were takin away Because i reported P.A. J Smith prescribed me double meds because Dr. Meyers Kept poor medication records P.A. J Smith

5

just wanted to make sure i had all the meds i Needed. May 23, 2022 Finaly i had the CT- ScaN only because P.A. J Smith cared enough to medicaly help me. He actualy signed the medical referral 4/18/22 the day before My 4/19/22 Visit With Dr. Meyers who said no CT Scan was ordered by Dr. Brandt. My CT- Scan Show's Left Flank Hernia LS Spondyolosis and multy level Facet degeneration. These injuries cause severe chronic pain. I had a CT Scan in Lawrence C.C. IF Dr. Meyers took the time to check them he Would of Seen My Injuries were Serious Dr. Meyers just dont care His job is to Save Wexford Health Money and keep as many inmates from going to the outside Hospital to keep cost down period. P.A J. Smith Sent many inmates to the outside hospital Since he came to Centralia C.C April or March 2022 by 7/14/22 round about he was Fired. This or q This Seems to be the pattern of all medical Staff who help us! It happened in Lawrence c.c also There needs to be a full investigati one day I hope So. Ever Since Dr. Meyers took my pain meds away all i have done is Suffered in Pain daily., IM Now having

right hip pain and severe back pain. 7/16/22
I was put on the Drs list 8/2/22 again
put on the Drs list. again 8/21/22 put on
the Dr. list. Still have Not seen No Doctor. For
this issue. 7/28/22 Nurse      Stated we
have had No primary Dr. For one year
Now And Dr. Meyers is a temp Dr.
According to a written Statement by Warden
Harris  Dr. Meyers is here only 10 hrs a
week. ON 7/29/22 Nurse_____ who i talked
to to renew my medical permits For low
bunk, Waist chains and slow walk medical
permits. Which i do need for medical reasons
Stated at this time we have No doctor at
all. So theres No Doctor to renew my permits
I'm being Forced to Suffer the pain and walk
with regular line movement. IF im hand cuffed
i would slowly stop breathing. Security could
actualy Force me to walk with lines, hand
cuff me, or get on a top bunk. Because i
do Not have proper medical permits why
medical neglect period. ONe Nurse has
even Stated theres 1000 inmates on the
Dr. list Waiting to see them 8/11/22 this
was Said For the record i have all these
Nurses Names. I left them out So I.D.O.C.
Wont harass them or threatin them in anyway

6

or make them Change what ive been
told by them in anyway. as of late
July 2022 I have also had no IByprofen
to Keep the Swelling in my left side down.
Sometime in June 2022 i saw Dr. Meyers
and asked For my over the counter Meds
back. Told him they Said he took my meds
away. He Said who Said that. I did Not
tell him but its Stated in a grievance
answer i believe. He gave me the meds
back./6/9/22 1:45 pm i talked to Warden
Monti in my unit About medical issues
And Showed him my leftside how swollen it
was. And my issues with Dr. Meyers. He
Stated that WexFord is a third party
Contractor and there was Nothing he
Could do. I told him he could tell
Director Rob Jeffreys he had No reply.
The last time i Saw Dr. Meyers he
raised my Tylenol to 3000 Mg a day it
does Not Work. With the IBU when i
have them thats about 280 pills a
Month. That can destroy my Stomach
and liver Compared to 2 7.5 Mg
Hydrocodone daily 60 pills a Month. The
pain and medical care Dr. Meyers has

equals to Not properly medicaly treating me at all he's Not a pain Specialist refused to send me to one Wexford/Idoc wont hire one. Dr. Meyers is deliberate indifference, and gross negligent medicaly Constitutional Violations. LPN Kristy Fogerson is Abusing ADA inmates with policy as she States. Which Constitutes a 14 Amendment Const. Violation. Not Sure? Diretor Rob Jeffreys, Medical Director Steven Bowmen, Warden Monti & Warden Harris are all deliberate indifferent Ive Sent them all Notarized letters they do nothing. They are aware. Rob Jeffreys is in Agreement in the Lippert V, Jeffrey Case For Change with ACLU, UPLC and the Federal Courts its been 3yrs things are just getting worse. IF he dont respect the Federal Courts and comply who am i Noone. My Health well being are in danger i am in Fear of my life and Safety do to Severe medical neglect here in Centralia C.C.

"I plenty more Notes" To many to add all

Thankyou

Remy L Suane

Next Page

7

Continued: I apologize im Bipolar my mind wanders.

The begining of 2022 Jan. Feb. Maybe March. I was having an infected nail removed by Dr. Meyers after waitting two Months, He was having casual conversation with Nurse _____ and the Sargent whom name i do not Know but can identify on sight on How during the rest of the week he was also in Pickneyvile c.c. and Vienna C.C. also Before also going to Centralia C.C. to care Medicaly for us inmates. How is one Dr. taking care of 3 prisons Medicaly ill inmates adequately and effectively? Also when i came to Centralia C.C. Psychiatrist. Elisa Bell placed me back on My Anxiety Med Klonipin i was doing Fine. One Mental Health visit Dr. Bell was not available so psychiatrist Chinweze the Dr. From Lawrence C.C. who took me off Klonipin Came on the video screen. She saw it was me. She said i see they put you back on hydrocodone. And i see you talked them into putting you back on Klonipin She seemed mad. So my Next Mental

health Visit with Dr. Bell she said
she had to take me off the Klonipin
and it was not because she did not
think i needed it. But it was because
Dr. Chinweze called the medical
Director Complained i was back on
Klonipin. The medical Director forced
Dr. Bell Verbaly to remove me back
off the Klonipin. Dr. Bell Kept telling
me she was sorry. What Authority or
policy gives Dr. Chinweze or the
medical Director to demand
another Dr. or psychiatrist on how
and what medications they are allowed
to provide there patients. So once
again my pain medication Hydroco-
done and PTSD/Anxiety Medication
were taken away for no medical
reasons. There was no problems they
were working. To Follow the money
we could Stop Wexford Health /
I.D.O.C period. This company thrives
off providing poor cheap medical
Care for profits.
   Fileing suit in Profesional and Individual
capasity

8

8/24/22 my low bunk permit was renewed Finaly after being expired on 7/27/21 over a Month no low bunk permit, Waist chain permit also expired 7/27/22 But Dr. Meyers did not renew it when he renewed my low Bunk permit he did not even Follow protical when he renewed my permit For low Bunk he renewed it without even examining me or Seeing me if so i would of explained to renew my waist chains permit also and my expireing Slow walk permit that expired on 8/17/21, 8/30/22 i was Seen by nurse Staff possibly Nurse Kelly not positive. But She is the one who told me my low Bunk permit was renewed. I was referred back to medical doctor for evaluation / renewal of requested permits of Slow Walk and waist chains permit Health care unit requested to schedule individual as soon as possible. I saw Dr. Butalid on or about 9/23/22 permit For Slow walk was now expired 7/27/22 to 10/7/22 around and about for 3 Months now. Slow walk expired 8/17/22 almost two Months now 9/23/22 on or about Dr. Butalid renewed Slow walk and waist chain permits. Today is 11/5/22 About three Months later even though my permits are renewed After Months of delay do to no primary care physician being here at Centralia over one year now. I Still do not have copies of my medical permits So i can prove to security

or any staff i have these medical needs
which places my life and health in danger
Being forced to walk with regular line
Movement. IF Security states for me to cuff
up i would have to place my hands behind
my back and slowly stop breathing IF security
said get on a top bunk i would have to. I
still do Not have my permits today on 11/5/22
do to the fact. Mr. Clint Hemann a Health
Care unit asisstant acting as temporary
Health Care Unit Administrator insists. My
permits are all still expired since 10/20/22
he insists all my permits are expired. Even
though Nurse Anissa actualy Showed him
my medical Records to prove to him my
permits are renewed. This Nurse looked at
my medical File inFront of me and Nurse
Kelly and the desk Sorgent. And said its right
here in your File your permits are renewed
And walked back to Mr. Clint Hemanns
office and Showed him. He still refuses to
renew my medical permits Stating there
expired. A Sargent told me Mr. Clint is a
Secretary. So why is this man Acting as
Temporary (HCUA) Wexford has what they
call traveling Dr.'s The problem is it takes
Months to see them and places my health
and life in danger do to major delays in
medical care. Do to medical Staff Dr. & Nurse
Short Staffing here at Centralia over one year
Now and Now unqualified medical Staff
Directing the (HCU) Its all about Money

Why pay a Full time Doctor at all IDOC Facilities. When you can Send one like Dr. Meyers to Several prisons and pay one Doctor instead of three Doctors. No other reason But money. At this time i Suffer in pain daily. Urinating upon myself left side Swollen, pain in right hip, lower back, Constant urinating had x-ray of right hip they Say that it seems Fine. Abdominal pain, hard time having bowel movement taking 3 medications for bowel movement it does Not work. Once again im on the Doctors waiting list which can take Months do to No Doctor being here at Centralia C.C on the regular daily basis Im asking For the Courts help in anyway it can help me please Thankyou Sincerly

For the Record i have Left Lateral Hernia, Mild faty degeration, DJD spine Bikiteral Spondylolosis, at L5 and Multilevel Facet degeration

Instead of Finding out whats causing bowel Movement issue's Urination issue's. They just Keed increasing medcation that does Not work. Why when i urinate it often Sprays all over the place instead of a Steady Stream, whats causing the pain in my abdomin area, Kidney pain on right side the Severe delay in Seeing the prison Dr. is causing More issue.s Then instead of sending me out to Find out whats wrong take Some more of this med. ill raise it oh try this. Im taking a total almost of 200+ IBuprofen and tylenol a month which will aventualy cayse Possible Stomach lineing tear. Kidney liver damage

For months Now about a yr. Then when what the Dr. gives me dont work wait two plus months to try to see if he can solve it again it dont work Same process The Dr's here they say 10 hrs a week Sometimes Not at all for weeks. There a 1,000 plus inmates here and thousands of other inmates, wherever this Dr. maybe going as they Say the traveling Dr. goes to now many other prisons during the month. Dr. Meyers has been not here in several Months. A Dr. A. Butalid Comes when he can Sometimes Not at all. The Sever medical delay's are causing more medical issue's for me. The try this try that medication instead of Sending me out for proper testing I seen the general surgeon Dr. Brandt outside only for my hernia. I explained all this to her She said She can fix my hernia only. I would need to see another specialist for my other issue's i may need a Colon Ostopy, The ct Scan i waited a year for was mainly for my hernia. It does Not look inside my organs. I would need a MRI possibly a ct Scan with oral contrast. They dont wanna pay for an MRI you can barely get a CT-Scan. All the delays is why inmates constantly end up worse than they already are. Get Cancers die. I dont wanna end up this way. and God Forbid i do its because of very poor medical care. I dont want the best medical in the world. Im happy with anything that works. That will solve my issues or at the best maintane's my medical problems. all the pills they give me i could of maybe had proper tests I may not deserve medical care. But i sure need it
Respect fuly Kim & Shane

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

*Remy L Suane* #B52215

Plaintiff(s)   *IDoc Director*

*Dr. P. meyers, Wexford Health, Rob Jeffreys,*   Case Number: _____

*Medical Director of* Defendant(s)

*IDoc Steven Bowmen, Warden Daniel Monti;*

*Warden Harris & LPN*

*risty*   MOTION AND AFFIDAVIT TO PROCEED

*Fogerson*   IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

*lint Hemann*

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **Centralia Corc Center**
I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: You must have an authorized institutional officer complete the last page of this form.

2. *If not incarcerated.* If I am employed, my employer's name and address are

My gross pay or wages are: $ **13**, and my take-home pay or wages are: $ **13** per

(specify pay period): _____

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

a) Business, profession, or other self-employment         ☐ Yes    ☑ No
b) Rent payments, interest, or dividends                  ☐ Yes    ☑ No
c) Pension, annuity, or life insurance payments           ☐ Yes    ☑ No
d) Disability or worker's compensation payments           ☐ Yes    ☑ No
e) Gifts or inheritances                                  ☑ Yes    ☐ No
f) Any other sources                                      ☑ Yes    ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Whatever Money's My Family Can Afford to Send Me
My Daughter Virgen Suane Mostly Sometimes a Friend
Stimulis Check From IRS



4. Amount of money that I have in cash or in a checking or savings account:   $ ~~85~~ 85.76

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NO

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NoNe except Hygene, clothing any items
I Need or would like to purchase From CoMMissary
All the high protein products i can afford
From CoMMissary to keep losing weight I'm 308pnds From 378

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:   NoNe

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Restitution For lake count Court Fees
$ 1.068.00

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 11/5/22

Remy L Suane
*Applicant's signature*

Remy L Suane
*Printed name*

AO 240  (Rev. 06/09) Motion to Proceed in District Court Without Prepaying Fees or Costs  (Short Form) MODIFIED SDIL (7/2010)

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Remy L Suane #B52215

*Plaintiff(s)*

v.

Dr. P. Meyers, Wexford Health, IDOC
Director Rob Jeffreys, Medical Director
Steven Bowmen, Warden Daniel Monti
Warden Harris & LPN
Kristy Fogerson. &
Clint HeMann

*Defendant(s)*

Case Number: _____

## MOTION FOR SERVICE OF PROCESS
## AT GOVERNMENT EXPENSE

Plaintiff, __Remy Suane #B52215__, moves pursuant to Federal Rule of Civil

Procedure 4(c)(3), for the court to order that service of process be made by a United States marshal

or deputy marshal or by a person specially appointed by the court. The full name and address of the

defendant(s) are identified in the complaint

Dated: __11/5/22__

__Remy L Suane__
Signature

__Remy L Suane__
Printed Name

V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

WexFord Healths Contract Terminated, DirectoR Rob JeFFrey's Medical Director Steven BowameNto Step downN or be Fired From I.D.O.C. The Lippert V, JeFFreys agreement honored, To See a Doctor who Specializes iN pain managment. To see a Doctor, To hire a Full time primary Doctor at Centralia C.C. Financial Restitution For pain and suffering also ADA MentaL Abuse To Find out whats all Mediraly wrong iNside Me a MRI Scan From Neck to groan area

VI.   JURY DEMAND (check one box below)

The plaintiff  X does  ☐ does not request a trial by jury.

<u>DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11</u>

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:   11/5/22
          (date)

Centralia C.C. P.O. Box 7711
          Street Address

Centralia IL. 62801
          City, State, Zip

Remy L Suane
          Signature of Plaintiff

Remy L Suane
          Printed Name

B52215
          Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

## CERTIFICATION
(TO BE COMPLETED BY AN AUTHORIZED INSTITUTIONAL OFFICER)

Plaintiff/Petitioner: _Remy L. Suane_

Institution: _Centralia Corr. Center_

Register Number: _B 52215_

I, _Amanda Corzine, Account Technician I_, hereby certify that the
(Name and Title of Authorized Officer - please print)

inmate identified above currently has the sum of $ _16.14_ on account at

_Centralia Correctional Center_.
(Institution where confined)

Signature of Authorized Officer
**Amanda Corzine**

Dated: _11/15/2022_

PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Date: 11/15/2022
Time: 11:45am
d_list_inmate_trans_statement_composite

# Centralia Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 05/01/2022 thru End;   Inmate: B52215;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance
Errors Only ? : No

**Inmate: B52215 Suane, Remy L.**   Housing Unit: CEN-S3-D-04

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 56.15 |
| 05/10/22 | Mail Room | 15 JPAY | 121200 | 1428235670 | Suane, Virgen | 100.00 | 156.15 |
| 05/02/22 | Point of Sale | 60 Commissary | 121702 | 1042732 | Commissary | -96.79 | 59.36 |
| 05/11/22 | Payroll | 20 Payroll Adjustment | 131111 | | P/R month of 4 2022 | 13.00 | 72.36 |
| 05/11/22 | Point of Sale | 60 Commissary | 134801 | 1043801 | Commissary | -52.48 | 19.88 |
| 05/13/22 | Disbursements | 84 Library | 133137 | Chk #176361 | 8406050222, DOC: 523, Inv. Date: | -.40 | 19.48 |
| 05/13/22 | Disbursements | 80 Postage | 133137 | Chk #176365 | 8006050222, United St. Inv. Date: 06/09/2022 | -.53 | 18.95 |
| 05/13/22 | Disbursements | 80 Postage | 133137 | Chk #176365 | 8006050922, United St. Inv. Date: 06/09/2022 | -.20 | 18.75 |
| 05/27/22 | Point of Sale | 60 Commissary | 147182 | 1045006 | Commissary | -15.50 | 3.25 |
| 05/31/22 | Disbursements | 81 Legal Postage | 151137 | Chk #176894 | 8106051322, United St. Inv. Date: 05/27/2022 | -.53 | 2.72 |
| 05/31/22 | Disbursements | 80 Postage | 151137 | Chk #176894 | 8006051822, United St. Inv. Date: 05/18/2022 | -1.36 | 1.36 |
| 05/31/22 | Disbursements | 80 Postage | 151137 | Chk #176894 | 8006050222, United St. Inv. Date | -1.36 | .00 |
| 06/04/22 | Mail Room | 15 JPAY | 155200 | 1400156 | Gnapp, Tammy | 45.00 | 45.00 |
| 06/08/22 | Payroll | 20 Payroll Adjustment | 143700 | | P/R month of 5 2022 | 35.76 | 55.56 |
| 06/13/22 | Point of Sale | 60 Commissary | 164792 | 1046133 | Commissary | -57.11 | .45 |
| 06/17/22 | Mail Room | 15 JPAY | 167200 | 1444550549 | Suane, Virgen | 50.00 | 50.45 |
| 06/22/22 | Mail Room | 15 JPAY | 173200 | 1446232328 | Suane, Virgen | 300.00 | 350.45 |
| 06/30/22 | Disbursements | 84 Library | 181137 | Chk #177870 | 8406062922, DOC: 523, Inv. Date: 06/29/2022 | -1.40 | 349.05 |
| 06/30/22 | Disbursements | 84 Library | 181137 | Chk #177870 | 8406062922, DOC: 523, Inv. Date: 06/29/2022 | -1.40 | 347.65 |
| 06/30/22 | Disbursements | 81 Legal Postage | 181137 | Chk #177871 | 8106061522, United St. Inv. Date: 06/29/2022 | -.45 | 347.20 |
| 06/30/22 | Disbursements | 80 Postage | 181137 | Chk #177871 | 8006062222, United St. Inv. Date: 06/15/2022 | -1.36 | 345.84 |
| 06/30/22 | Disbursements | 80 Postage | 181137 | Chk #177871 | 8006062922, United St. Inv. Date: 06/22/2022 | -3.75 | 342.09 |
| 06/30/22 | Disbursements | 80 Postage | 181137 | Chk #177871 | 8006063022, United St. Inv. Date: 06/30/2022 | -3.75 | 338.34 |
| 07/20/22 | Point of Sale | 60 Commissary | 188763 | 1047386 | Commissary | -137.80 | 200.54 |
| 07/20/22 | Payroll | 20 Payroll Adjustment | 188177 | | P/R month of 6 2022 | 13.00 | 213.54 |
| 07/11/22 | Disbursements | 84 Library | 193137 | Chk #178192 | 8406070122, DOC: 523, Inv. Date: 07/01/2022 | -1.10 | 212.44 |
| 07/12/22 | Disbursements | 80 Postage | 193137 | Chk #178193 | 8006pp070522, United, Inv. Date: 07/05/2022 | -3.60 | 208.84 |
| 07/26/22 | Point of Sale | 60 Commissary | 207192 | 1048097 | Commissary | -139.20 | 69.64 |
| 07/29/22 | Disbursements | 84 Library | 210137 | Chk #178816 | 8306071522, DOC: 523, Inv. Date: 07/13/2022 | -.20 | 69.44 |
| 07/29/22 | Disbursements | 80 Postage | 210137 | Chk #178817 | 8006072022, United St. Inv. Date: 07/20/2022 | -.57 | 68.87 |
| 07/29/22 | Disbursements | 80 Postage | 210137 | Chk #178817 | 8006072622, United St. Inv. Date: 07/26/2022 | -1.44 | 67.43 |
| 07/29/22 | Disbursements | 82 Debts due to State | 210137 | Chk #178818 | 8306072122, DOC: 523, Inv. Date: 07/21/2022 | -2.10 | 65.33 |
| 08/05/22 | Mail Room | 06 Fed & State Tax Refunds (non-postage) | 217203 | 404505989750 | US Treasury | 1,249.80 | 1,315.13 |
| 08/09/22 | Point of Sale | 60 Commissary | 221786 | 1042780 | Commissary | -106.97 | 1,208.16 |
| 08/10/22 | Disbursements | 88 Gift | 222137 | Chk #179270 | 60309, McDaniels, Tr. Inv. Date: 08/10/2022 | -100.00 | 1,108.16 |

Page 1

**Date:** 11/15/2022
**Time:** 11:45am

# Centralia Correctional Center
# Trust Fund
## Inmate Transaction Statement

d_list_inmate_trans_statement_composite

REPORT CRITERIA - Date: 05/01/2022 thru End: Inmate: B52215: Active Status Only ? : No: Print Restrictions ? : Yes:
Transaction Type: All Transaction Types: Print Furloughs / Restitutions ? : Yes: Include Inmate Totals ? : Yes: Print Balance
Errors Only ? : No

**Inmate: B52215 Suane, Remy L.**　　　　**Housing Unit: CEN-S3-D-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 08/11/22 | Payroll | 20 Payroll Adjustment | 223117 | | P/R month of 7 2022 | 13.00 | 1,121.16 |
| 08/12/22 | Disbursements | 88 Gift | 224137 Chk #179154 | 63325, Nicole Parker- Inv. Date: 08/11/2022 | | -100.00 | 1,021.16 |
| 08/12/22 | Disbursements | 88 Gifts to my loves | 224137 Chk #179257 | 63387, Virgen Suane, Inv. Date: 08/12/2022 | | -222.00 | 799.16 |
| 08/18/22 | Disbursements | 88 Invoice #038266659 | 230237 Chk #179442 | 60563, Ciox Health, Inv. Date: 08/12/2022 | | -2.98 | 796.18 |
| 08/18/22 | Point of Sale | 60 Commissary | 231763 105109 | | | -181.51 | 614.67 |
| 08/17/22 | Disbursements | 84 Library | 243137 Chk #179781 | 84408321 DOC: 523, Inv. Date: 08/17/2022 | | -8.20 | 606.47 |
| 08/17/22 | Disbursements | 81 Legal Postage | 243137 Chk #179782 | 81408317 22, United St. Inv. Date: 08/17/2022 | | -.24 | 606.23 |
| 08/18/22 | Disbursements | 80 Postage | 243137 Chk #179782 | 80408182 22, United St. Inv. Date: 08/18/2022 | | -.24 | 605.99 |
| 08/18/22 | Disbursements | 80 Postage | 243137 Chk #179782 | 80408182 22, United St. Inv. Date: 08/18/2022 | | -.24 | 605.75 |
| 08/19/22 | Disbursements | 80 Postage | 243137 Chk #179782 | 80408192 22, United St. Inv. Date: 08/19/2022 | | -.24 | 605.51 |
| 08/31/22 | Point of Sale | 60 Commissary | 252166 | | | -187.75 | 417.76 |
| 08/22/22 | Payroll | 20 Payroll Adjustment | 252117 | | P/R month of 8 2022 | 13.00 | 430.76 |
| 09/22/22 | Disbursements | 84 Library | 265137 Chk #179985 | 84A091222, DOC: 523, Inv. Date: | | -.20 | 430.56 |
| 09/13/22 | Point of Sale | 60 Commissary | 267137 105424 | | Commissary | -136.19 | 294.37 |
| 09/13/22 | Point of Sale | 60 Commissary | 267186 105420 | | Commissary | -136.82 | 157.55 |
| 09/30/22 | Disbursements | 84 Library | 2733177 Chk #180501 | 84A092022, DOC: 523, Inv. Date: 09/20/2022 | | -.60 | 156.95 |
| 09/30/22 | Disbursements | 81 Legal Postage | 2733177 Chk #180502 | 813049522, United St. Inv. Date: 09/16/2022 | | -9.25 | 147.70 |
| 09/05/22 | Point of Sale | 60 Commissary | 278763 105567 8 | | | -75.44 | 72.26 |
| 10/06/22 | Payroll | 20 Payroll Adjustment | 279137 | | P/R month of 9 2022 | 13.00 | 85.26 |
| 11/22/22 | Mail Room | 15 JPAY | 285200 | 148606061 | Suane, Virgen | 100.00 | 185.26 |
| 10/13/22 | Point of Sale | 60 Commissary | 286763 105614 | | Commissary | -25.34 | 109.92 |
| 10/24/22 | Mail Room | 10 Western Union - Not Held | 292700 | 875034521 | Mitchell, April | 50.00 | 159.92 |
| 10/24/22 | Point of Sale | 60 Commissary | 297769 105759 | | Commissary | -145.08 | 14.84 |
| 10/20/22 | Mail Room | 15 JPAY | 306200 | 14933150Z | Suane, Virgen | 50.00 | 64.84 |
| 11/03/22 | Point of Sale | 60 Commissary | 307763 105897 | | Commissary | -61.22 | 3.62 |
| 11/07/22 | Payroll | 20 Payroll Adjustment | 311137 | | P/R month of 10 2022 | 13.00 | 16.62 |
| 11/07/22 | Disbursements | 80 Postage | 3113137 Chk #181280 | 80a110222, United St. Inv. Date: 11/02/2022 | | -.24 | 16.38 |

| | |
|---|---|
| Total Inmate Funds: | 16.38 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .24 |
| Funds Available: | 16.14 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

Page 2

Date: 11/15/2022
Time:    11:45am

list_inmate_trans_statement_composite

**Centralia Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 3

REPORT CRITERIA - Date: 05/01/2022 thru End;     Inmate: B52215;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance
Errors Only ? : No

Inmate: **B52215 Suane, Remy L.**                    Housing Unit: CEN-S3-D -04

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 4/2022 | 81a111422 | Disb | Legal Postage | 84 United States Postal Service | $0.24 |
| | | | | **Total Restrictions:** | $0.24 |

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

Remy L Suane          )
Plantiff              )        Case No:
                      )         22-2716-SPM
                      )
Meyers et al          )
Defendants            )
                            "Motion"
        (To  submit   a  complete complaint)

Tuesday November 22, 2022 3:19 I
Filed civil complaint # 22-2716-SPM The law
library has a very small E-File machine all the
documents were filed in small portions. The
documents i recieved back from the court
were imcomplete. (pages eight and nine of
the one to Nine were missing from my
statement of claims )2) Defendants # 4
Steven Bowmen # 5 Warden Monti and also
#6 Warden Harris All there Defendant
information was missing)3) There are also
grievances missing. Grievance # E-21-10-30.
Was Not in its Complete Form Nor was
grievance # E-22-5-46. At this time i
believe the Courts did not recieve a
Complete Fileing of my Claim # 22-2716-SPM
At this time i humbly apologize to the

Courts and respectfully request to submit a complete complaint at this time.

Respectfully
Submitted
By /s/ Remy L Suane